Axios Capital Solutions LLC
8 The Green, Suite R
Dover, DE 19901

Foster Graham Milstein & Calisher LLP
Counsel for Axios
Attn: Michael G. Milstein
        Lauren E. M. Thompson
360 S. Garfield Street, 6th Floor
Denver, Colorado 80209

Attorney General of the United States
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Bill Essayli
US Attorney Central District of California
312 N. Spring St.
Suite 1200
Los Angeles, CA 90012

Benjamin L. Wallace
US Attorney District of Delaware
1313 N Market Street
PO Box 2046
Wilmington, DE 19801

Robert F. Kennedy, Jr.
U.S. Department of Health & Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

Dr. Mehmet Oz
Centers for Medicare & Medicaid Services
Office of the Administrator
7500 Security Boulevard
Baltimore, MD 21244

Civil Process Clerk, Office of U.S. Attorney
Room 7516 Federal Building
300 North  Los Angeles St.
Los Angeles, CA 90012

US_ACTIVE\138081431\V-1

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

California Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

California Department of Health Care Services
DHCS Office of Legal Services
P.O. Box 997413
MS 0010
Sacramento, CA 95899-7413

Hamid Rafatjoo, Counsel for Axios
c/o Raines Feldman Littrell LLP
4675 MacArthur Ct
Suite 1550
Newport Beach, CA 92660

Mary H. Rose, Counsel for Reliq
Buchalter
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-1730