**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PACIFICA OF THE VALLEY<br>CORPORATION,<br><br>      Debtor. | Chapter 11<br><br>Case No. 26-11060 (TMH) |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby enter their appearance on behalf of Axios Capital Solutions, LLC ("**Axios**") and, pursuant to section 1109(b) of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), request that copies of all notices, motions, pleadings (courtesy copies), subpoenas (courtesy copies), and other papers filed or served in the above-captioned bankruptcy case (this "**Case**"), be served upon the persons identified below at the following addresses, and further request that they be added to the service list:

**RAINES FELDMAN LITTRELL LLP**
Thomas J. Francella, Jr. (No. 3835)
Mark W. Eckard (No. 4542)
824 North Market Street, Suite 805
Wilmington, DE 19801
Telephone: (302) 772-5803
tfrancella@raineslaw.com
meckard@raineslaw.com

- and –

**RAINES FELDMAN LITTRELL LLP**
Hamid R. Rafatjoo, Esquire
4675 MacArthur Ct., Suite 1550
Newport Beach, CA 92660
HRafatjoo@RainesLaw.com

- and -

10544727.3

**RAINES FELDMAN LITTRELL LLP**
Carollynn H.G. Callari, Esquire
1350 Avenue of the Americas, 22nd Floor
New York, NY 10019
ccallari@raineslaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in Bankruptcy Rules 2002, 3017, 4001, 9007, and 9010(b), but also includes, without limitation, any notices of any orders, pleadings (courtesy copies), subpoenas (courtesy copies), motions, applications, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the aforementioned and any other documents brought before this Court with respect to this Case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, e-mail, delivery, telephone, facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that nothing in this *Notice of Appearance and Request for Service of Notices and Papers* (this "**Notice**") is intended to, or does, (i) authorize the undersigned to accept service of any subpoena or pleading on behalf of Axios (ii) waives Axios' rights to proper formal service pursuant to Bankruptcy Rules 7004 and 9016, Federal Rules of Civil Procedure 4 and 45, or any other applicable rules or statutes.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to be a submission to the Bankruptcy Court's jurisdiction or a waiver of any of the rights of Axios, including, without limitation, to (i) have final orders in noncore matters entered only after de novo review by a District Court judge, (ii) trial by jury in any proceeding so triable in this Case or any case, controversy, or proceeding related to this Case, (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs,

10544727.3

or recoupments to which Axios is or may be entitled, in law or in equity, all of which rights, claims,

actions, defenses, setoffs, and recoupments are hereby expressly reserved.

**RAINES FELDMAN LITTRELL LLP**

Dated: July 6, 2026
     Wilmington, Delaware

*/s/ Mark W. Eckard*

Thomas J. Francella, Jr. (No. 3835)
Mark W. Eckard (No. 4542)
824 North Market Street, Suite 805
Wilmington, DE 19801
Telephone: (302) 772-5803
Email: tfrancella@raineslaw.com
     meckard@raineslaw.com

Counsel to Axios Capital Solutions, LLC

10544727.3