**Fill in this information to identify the case:**

Debtor name  Pacifica of the Valley Corporation dba Pacifica Hospital of the Valley

United States Bankruptcy Court for the District of

Case number (If known): _____26-11060_____

☒ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (on a Consolidated Basis)    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1. | Internal Revenue Service Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346 | Attn: Unknown Email: Unknown Tel: (800) 973-0424 | Tax | | | | $45,448,272.29 |
| 2. | Department of Health Care Access and Information 2020 West El Camino Ave, Suite 1000 Sacramento, CA 95833 | Attn: Ali Sumer Email: ali.sumer@hcai.ca.gov Tel: (916) 326-3244 | Compliance | | | | $9,264,338.72 |
| 3. | Employment Development Department 800 Capital Mall, Sacramento, CA 95814 | Attn: Johanna Escalante Email: johanna.escalante@edd.ca.gov Tel: (916) 237-2849 | Tax | | | | $7,281,783.32 |
| 4. | Los Angeles Department of Water & Power PO Box 30808 Los Angeles, CA 90030-0808 | Attn: Bryan Schweickert Email: bryan.schweickert@ladwp.com Tel: (888) 922-4467 | Utility | | | | $5,782,380.44 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 5. Emergency Medical Services Authority 11120 International Drive 2nd Floor Rancho Cordova, CA 95670 | Attn: Elizabeth Basnett Email: director@emsa.ca.gov Tel: (916) 322-4336 | COVID Staffing | Disputed, Unliquidated | | | $4,650,000.00 |
| 6. Larry Tablante c/o Diversity Law Group, PC 515 S. Figueroa Street Suite 1250 Los Angeles, CA 90071 | Attn: Larry W. Lee Email: lwlee@diversitylaw.com Tel: (213) 488-6555 | Settlement | | | | $3,275,400.00 |
| 7. Office of Finance, City of Los Angeles 200 N. Main Street, Room 920 Los Angeles, CA 90012 | Attn: Shaun Swiger Email: shaun.swiger@lacity.org Tel: (213) 978-7770 | Tax | | | | $2,773,891.46 |
| 8. California Department of Tax and Fee Administration Account Information Group, MIC:29, P.O. Box 942879 Sacramento, CA 94279-0029 | Attn: Chris Schutz Email: chris.schutz@cdtfa.ca.gov Tel: (916) 662-2629 | Franchise Tax | | | | $2,457,311.33 |
| 9. M G Industries 909 Lake Carolyn Parkway, Suite 1100 Irving, TX 75039 | Attn: Frank Patel Email: fpatel@mathesongas.com Tel: (800) 284-0481 | Vendor | | | | $2,167,076.58 |
| 10. McKesson Medical Surgical, Inc 9954 Mayland Drive, Suite 4000 Henrico, VA 23233 | Attn: Russell Nelson Email: russell.nelson@mckesson.com Tel: (972) 446-4800 | Vendor | | | | $1,886,636.35 |
| 11. Sun Valley Emergency Physicians, PC PO Box 740666 Atlanta, GA 30374-0666 | Attn: Sharon Urias Email: sharon.urias@gmlaw.com Tel: (480) 306-5458 | Litigation | Disputed, Unliquidated | | | $1,699,740.62 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 12. Allied Benefit Systems, LLC 200 West Adams Street, Suite 500 Chicago, IL 60606 | Attn: Edward Enyeart Email: ed.enyeart@alliedbenefit.com Tel: (312) 906-8080 | Employee Health Insurance | | | | $1,654,133.89 |
| 13. Hill Risk Services LLC 3518 Glen Ave. Carlsbad, CA 92010 | Attn: Brent Hill Email: brent@hill-risk.com Tel: (602) 819-6995 | Insurance Broker | | | | $1,536,330.73 |
| 14. Nelson Hardiman LLP 11835 W. Olympic Blvd., Suite 900 Los Angeles, CA 90064 | Attn: Harry Nelson Email: hnelson@leechtishman.com Tel: (310) 203-2800 | Legal Services | | | | $1,341,727.04 |
| 15. Leech Tishman 525 William Penn Place Floor 28 Pittsburgh, PA 15219 | Attn: Harry Nelson Email: hnelson@leechtishman.com Tel: (310) 203-2800 | Legal Services | | | | $1,245,352.77 |
| 16. Healthnow Administrative Services 512 Township Line Road One Blue Bell, PA 19422 | Attn: Ann Joo Kim Email: annjoo.kim@hnas.com Tel: (412) 544-6098 | Benefits Administrator | | | | $1,106,904.57 |
| 17. Premier Access Insurance Company 10 Hudson Yards New York, NY 10001 | Attn: Diana Robinson Email: diana@premierlife.com Tel: (949) 218-6644 | Employee Health Insurance | | | | $921,287.89 |
| 18. Sierra Health Group LLC 440 Frankling Street, Suite 300 Bloomfield, NJ 07003 | Attn: Rosanna Dovgala Email: rdovgala@sierrahealth.net Tel: (973) 517-5016 | Billing | | | | $921,160.72 |
| 19. U.S. Food Service, Inc. Attn: US Food Lockbod 50631 2706 Media Center Dr. Los Angeles, CA 90065-1733 | Attn: Tim Johnson Email: legalnotices.shared@usfoods.com Tel: (800) 882-1739 | Vendor | | | | $908,147.19 |
| 20. Vicki Burris c/o Drake Law Group 19935 Ventura Blvd. Third Floor Woodland Hills, CA 91364 | Attn: Nicole Glassman Jones Email: nicole@drakelawgroup.com Tel: (844) 513 -7253 | Litigation | Disputed | | | $891,720.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21. Tiger Valley Medical Group Inc. 16655 La Maida Street Encino, CA 91436 | Attn: Robin Chorn Email: chorn55@yahoo.com Tel: (310) 498-2298 | Physician Group | | | | $840,000.00 |
| 22. SEIU United Healthcare Workers West PO Box 45218 San Francisco, CA 94145 | Attn: Rosanna Mendez Email: mendezr@seiu121rn.org Tel: (626) 375-0081 | Union Dues | | | | $752,330.88 |
| 23. Los Angeles County Tax Collector PO Box 54027 Los Angeles, CA 90054-0018 | Attn: Dawyn R. Harrison Email: reply@counsel.lacounty.gov Tel: (213) 626-7446 | Tax | | | | $681,772.40 |
| 24. Edmond Melikterminas 1312 Cleveland Road Glendale, CA 91202 | Attn: Edmond Melikterminas Email: edmond.melik@yahoo.com Tel: (818) 331-7687 | Physician | | | | $604,200.00 |
| 25. Huron Managed Services, LLC 550 W. Van Buren Street, Suite 1700 Chicago, IL 60607 | Attn: Hope Katz Email: hkatz@hcg.com Tel: (312) 583-8700 | Consulting Group | | | | $576,885.70 |
| 26. Alliance Pharmacy Inc. 1585 West Broadway Suite B Anaheim, CA 92802 | Attn: James Nguyen Email: james.nguyen@alliancerx.us Tel: (657) 200-8054 | Pharmacy | | | | $564,509.57 |
| 27. Department of Health Care Services P.O. Box 997413, MS 0000 Sacramento, CA 95899-7413 | Attn: Judith Recchio Email: Judith.recchio@dhcs.ca.gov Tel: (916) 445-4336 | Government | | | | $560,000.00 |
| 28. Addis Medical Group 4712 Admiralty Way, Suite 579 Marina Del Rey, CA 90292 | Attn: Dr. Hiruy Gessesse Email: hiruy4@gmail.com Tel: (310) 770-4724 | Physician Group | | | | $555,000.00 |
| 29. Senthil Durairaj 575 Palmorstone Drive La Canada, CA 91011 | Attn: Senthil Durairaj Email: durairas@gmail.com Tel: (415) 794-1308 | Physician Fees | | | | $516,369.86 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 30. Francke Juste M.D. 9676 E. Las Tunas Dr. Temple City, CA 91780 | Attn: Dr. Francke Juste Email: etsuj@aol.com Tel: (760) 550-5980 | Physician Fees | | | | $500,700.00 |

DE:4907-3893-6506.1 68700.001