## Exhibit A

(Proposed Order)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Pacifica of the Valley Corp.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11060 (TMH)<br><br>Docket Ref. No. ___ |

**ORDER GRANTING MOTION OF DEBTOR FOR ORDER (I) AUTHORIZING THE DEBTOR TO REDACT COMMERCIALLY SENSITIVE OR PERSONALLY IDENTIFIABLE INFORMATION; AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtor and debtor in possession, (the "Debtor"), for entry of an order (i) authorizing the Debtor to redact commercially sensitive or personally identifiable information and (ii) granting related relief, as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtor's estates, its creditors, and other parties in interest; and this Court having found that the Debtor's notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and determined that the legal

---

[1] The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is: Pacifica of the Valley Corporation d/b/a Pacifica Hospital of the Valley [7312]. The Debtor's mailing address is 9449 San Fernando Road, Sun Valley, CA 91352.

[2] Capitalized terms used, but not otherwise defined, herein have the meaning given to them in the Motion.

and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1.      The Motion is GRANTED as set forth herein.

2.      Any objections to the entry of this Order, to the extent not withdrawn or settled, are overruled.

3.      The Debtor is authorized, pursuant to § 107(b)(1), to redact the names, addresses, and email addresses of their customers from any filings with the Court or made publicly available in the Chapter 11 Case.

4.      The Debtor is authorized, pursuant to § 107(c)(1), to redact on the Creditor Matrix, the Schedules and Statements, affidavits of service, and any other documents filed with the Court, the home and email addresses of natural persons, including individual creditors and individual equity holders.  The Debtor shall provide an unredacted version of the Creditor Matrix, the Schedules and Statements, and any other filings redacted pursuant to this Final Order to:  (a) the Court, the U.S. Trustee, and counsel to any official committee appointed in these chapter 11 cases,; and (b) any party in interest upon a request to the Debtor (email is sufficient) or to the Court that is reasonably related to these chapter 11 cases; *provided* that any receiving party shall not transfer or otherwise provide such unredacted document to any person or entity not party to the request. In each case, this would be subject to a review of whether such disclosure, on a case-by-case basis, would violate any obligation under any privacy or data protection law or regulation.  The Debtor shall inform the U.S. Trustee promptly after denying any request for an unredacted document pursuant to this Order.

5.      Nothing herein precludes a party in interest's right to file a motion requesting that the Court unseal the information redacted by this Order.

6.      The Debtor shall file a redacted version of the Creditor Matrix, Schedules and Statements, or other document filed with the Court.

7.      The Debtor shall file an unredacted Creditor Matrix under seal with the Court.

8.      Nothing in this Order shall waive or otherwise limit the service of any document upon, or the provision of any notice to, any natural person whose personally identifiable information is sealed or redacted pursuant to this Order.  Service of all documents and notices upon individuals whose personally identifiable information is sealed or redacted pursuant to this Order shall be confirmed in the corresponding certificate of service.

9.      To the extent a party in interest files a document on the docket in the Chapter 11 Case that is required to be served on creditors whose information is under seal pursuant to this Order, such party in interest shall contact counsel for the Debtor, who shall work in good faith to effectuate service on such party's behalf.

10.     All pleadings required to be served on employees will be served at their residential address.

11.     The Debtor is authorized to serve all pleadings and papers on all parties listed on the Creditor Matrix.

12.     Notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion, and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

13.     The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

4

14.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.