## EXHIBIT A

Proposed Order

4916-3891-2443.1 68804.00001
4916-3891-2443.1 68804.00001

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>Pacifica of the Valley Corp.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11060 (TMH) |

**ORDER AUTHORIZING CERTAIN PROCEDURES TO MAINTAIN**
**CONFIDENTIALITY OF PATIENT INFORMATION**
**AS REQUIRED BY APPLICABLE PRIVACY RULES**

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtor and debtor in possession (the "Debtor") for entry of an order (this "Order"), pursuant to sections 105(a), 107, and 521(a)(1) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 1007, 9018, and 9037 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), and Rule 1007 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), authorizing certain procedures to maintain the confidentiality of patient information as required by applicable privacy rules, all as more fully set forth in the Motion; and the Court having found that it has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and upon consideration of the First Day Declaration in support thereof; and the Court having found that consideration of the Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that venue of these proceedings in this District is

---

[1] The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is: Pacifica of the Valley Corporation d/b/a Pacifica Hospital of the Valley [7312]. The Debtor's mailing address is 9449 San Fernando Road, Sun Valley, CA 91352.

[2] Capitalized terms used and not defined herein have the meanings ascribed in the Motion.

proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion as set forth therein is sufficient under the circumstances; and the Court having reviewed the Motion and having considered statements in support of the Motion at the hearing held before this Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1.  The Motion is GRANTED as set forth herein.

2.  The following procedures (the "Privacy Procedures") shall apply in the Chapter 11 Case:

   a.  the Debtor shall omit any reference to current or former patients from the matrix of creditors and any certificate of service;

   b.  the Debtor shall identify current or former patients in the Schedules and Statements solely by a code number, such as "Patient 1," "Patient 2," and so forth, and shall make an unredacted copy of the Schedules and Statements available to (i) the Court and to the United States Trustee upon request; and (ii) any other party-in-interest only after this Court has entered an order, after notice and a hearing, authorizing the Debtor to do so;

   c.  the Debtor and/or their proposed claims and noticing agent shall maintain a list of all current or former patients (the "Patient List") that appear on the matrix of creditors, and shall make the Patient List, or any portion thereof, available to any party-in-interest only after this Court has entered an order, after notice and a hearing, authorizing the Debtor to do so; and

   d.  when the Debtor serves any paper upon any person listed on the Patient List, the Debtor shall note in the respective certificate of service that the parties served include persons listed on the Patient List.

3.  Nothing in this Order shall affect the rights or obligations of any patient care ombudsman or long-term care ombudsman appointed in these cases pursuant to 11 U.S.C. § 333.

4.  The Debtor's compliance with the foregoing Privacy Procedures shall constitute compliance with § 521, Bankruptcy Rule 1007(a), and Local Rule 1007.

5.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.