**EXHIBIT C**

(Utility Services List)

4924-9618-9115.1 68804.00001

| Name of Provider | Type of Utility | Location of Service | Account # |
|---|---|---|---|
| Dept of Water & Power | Water/Sewer/Electric | PO Box 30808 Los Angeles, CA 90030-0808 | 4288841000 5288841000 6288841000 |
| Southern CA Gas Company | Natural Gas | PO BOX C Monterey Park, CA 91756-5111 | 18572175398 ***75533 (UCC) |
| Spectrum/Charter Communications | Internet | P.O. BOX 223085 PITTSBURGH, PA 15251-2085 (888)812-2591 | 187728101 (PHV) 160613601 (UCC) |
| AT&T | Phone/Telecom | PO Box 6463 Carol Stream, IL 60197-6463 PO Box 5019 Carol Stream, IL 60197-5019 | 861784759 (long distance) 28731286718 (Mobility) 20228772 (PHONES) |
| Republic Services | Trash | 2531 E 67th St Long Beach, CA 90805 | 3-0902-0138268 |
| DirecTV | Television | PO Box 5006 Carol Stream, IL 60197-5006 | 035917046 |

4924-9618-9115.1 68804.00001