## EXHIBIT C

(Bank Account Chart)

**Bank Account Chart**

| Account Holder | Account Number (Last 4 Digits) | Account Type | Bank | Draft Arrangement | Balance as of July 4, 2026 | Purpose |
|---|---|---|---|---|---|---|
| Pacifica of the Valley Corporation | 2426 | Checking | California Federal Credit Union | None | $1,222.48 | Operating Account |
| Pacifica of the Valley Corporation | 2499 | Checking | California Federal Credit Union | None | $0.00 | Government Collections Account |
| Pacifica of the Valley Corporation | 2501 | Checking | California Federal Credit Union | None | $2,340.49 | Non-Government Collections Account |
| Pacifica of the Valley Corporation | 2435 | Checking | California Federal Credit Union | None | $7,704.00 | Accounts Payable |
| Pacifica of the Valley Corporation | 2444 | Checking | California Federal Credit Union | None | $227,935.49 | Payroll |
| Pacifica of the Valley Corporation | 2453 | Checking | California Federal Credit Union | None | $1,026.34 | Payroll Tax & Benefits |
| Pacifica of the Valley Corporation | 2480 | Checking | California Federal Credit Union | None | $559.05 | ERISA |
| Pacifica of the Valley Corporation | 2462 | Money Market | California Federal Credit Union | None | $10.00 | Business Money Market |
| Pacifica of the Valley Corporation | 2417 | Checking | California Federal Credit Union | None | $0.01 | Not in use |
| Pacifica of the Valley Corporation | 2510 | Checking | California Federal Credit Union | None | $0.00 | Collections |
| Pacifica of the Valley Corporation and Serra Clinic | 3913 | Restricted | Columbia Bank | None | $0.00 | Account for Capitated Plan |
| Pacifica of the Valley Corporation and Serra Clinic | 5184 | Restricted | Columbia Bank | None | $244,200.92 | Account for Capitated Plan |
| Pacifica of the Valley Corporation and Serra Clinic | 8518 | Restricted, Savings | Columbia Bank | None | $671,903.33 | Money Market Account for Capitated Plan |

US_ACTIVE\138036584