## EXHIBIT D

(Cash Flow Diagram)

# *Pacifica Hospital Bank Accounts*



- California Federal Credit Union ("CFCU")
- Department of Mental Health ("DMH")