**<u>Exhibit B</u>**

**Gershbein Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>Pacifica of the Valley Corp.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11060 (TMH) |

**DECLARATION OF EVAN GERSHBEIN IN SUPPORT OF DEBTOR'S APPLICATION
FOR AUTHORIZATION TO EMPLOY AND RETAIN KURTZMAN CARSON
CONSULTANTS, LLC DBA VERITA GLOBAL
AS CLAIMS AND NOTICING AGENT EFFECTIVE AS OF JULY 4, 2026**

I, Evan Gershbein, being duly sworn, state the following under penalty of perjury:

1.      I am an Executive Vice President of Corporate Restructuring Services for Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), whose offices are located at 222 N. Pacific Coast Highway, 3rd Floor, El Segundo, California 90245.  Except as otherwise noted, I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2.      This declaration (this "Declaration") is made in support of the *Debtor's Application for Authorization to Employ and Retain Kurtzman Carson Consultants LLC dba Verita Global as Claims and Noticing Agent Effective as of July 4, 2026* (the "Application").[2]

3.      Verita comprises leading industry professionals with significant experience in both the legal and administrative aspects of large, complex chapter 11 cases.  Verita's professionals have experience in noticing, claims administration, solicitation, balloting and facilitating other

---

[1]     The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is 7312. The Debtor's mailing address is 9449 San Fernando Road, Sun Valley, CA 91352.

[2]     Capitalized terms used herein but not otherwise defined herein shall have the meanings ascribed to them in the Application.

administrative aspects of chapter 11 cases.  Verita has acted as official claims and noticing agent in many large bankruptcy cases in this district and in other districts nationwide.  Verita's recent cases in this district include: *In re Reliz Technology Group Holdings Inc., et al*., Case No. 26-10371 (TMH) (Bankr. D. Del. Mar. 18, 2026); *In re Avenger Flight Group, LLC, et al*., Case No. 26-10183 (MFW) (Bankr. D. Del. Feb. 13, 2026); *In re Salt House, Inc. (f/k/a Food52, Inc.)*, Case No. 25-12277 (LSS) (Bankr. D. Del. Dec. 31, 2025); *In re Apple Tree Life Sciences, Inc., et al*., Case No. 25-12177 (LSS) (Bankr. D. Del. Dec. 17, 2025); *In re American Signature, Inc., et al*., Case No. 25-12105 (JKS) (Bankr. D. Del. Nov. 26, 2025); *In re Hudson 1701/1706, LLC, et al*., Case No. 25-11853 (KBO) (Bankr. D. Del. Nov. 3, 2025); *In re AGDP Holding Inc., et al*., Case No. 25-11446 (MFW) (Bankr. D. Del. Aug. 5, 2025); *In re Marelli Automotive Lighting USA LLC, et al*., Case No. 25-11034 (CTG) (Bankr. D. Del. Jun. 12, 2025); *In re Molecular Templates, Inc., et al*., Case No. 25-10739 (BLS) (Bankr. D. Del. Apr. 22, 2025); *In re Leisure Investments Holdings LLC, et al*., Case No. 25-10606 (LSS) (Bankr. D. Del. Apr. 2, 2025); *In re F21 OpCo, LLC, et al*., Case No. 25-10469 (MFW) (Bankr. D. Del. Mar. 18, 2025); *In re Village Roadshow Entertainment Group USA Inc., et al*., Case No. 25-10475 (TMH) (Bankr. D. Del. Mar. 18, 2025); *In re Dynamic Aerostructures LLC, et al.*, Case No. 25-10292 (LSS) (Bankr. D. Del. Feb. 27, 2025); *In re Grtistone bio, Inc.,* Case No. 24-12305 (Bankr. D. Del. Oct. 16, 2024); *In re Fulcrum Bioenergy, Inc.*, et al., Case No. 24-12008 (Bankr. D. Del. Sep. 12, 2024); *In re QLess, Inc.*, Case No. 24-11395 (BLS) (Bankr. D. Del. Jun. 21, 2024); *In re Fisker Inc., et al.*, Case No. 24-11390 (TMH) (Bankr. D. Del. Jul 2, 2024); *In re Supply Source Enterprises, Inc., et al.*, Case No. 24-11054 (BLS) (Bankr. D. Del. Jun. 13, 2024); *In re ProSomnus, Inc., et al.*, Case No. 24-10972 (JTD) (Bankr. D. Del. May 9, 2024); *In re Sticky's Holding LLC, et al.*, Case No. 24-10856 (JKS) (Bankr. D. Del. Apr. 26, 2024); *In re SC Healthcare Holding, LLC, et al.*, Case No. 24-10443

(TMH) (Bankr. D. Del. Mar. 22, 2024); *In re Cano Health, Inc., et. al.*, Case No. 24-10164 (KBO) (Bankr. D. Del. Feb. 6, 2024); *In re InVivo Therapeutics Corporation, et al.*, Case No. 24-10137 (MFW) (Bankr. D. Del. Feb. 6, 2024).

4.      As agent and custodian of the Court records pursuant to 28 U.S.C. § 156(c), Verita will perform at the request of the Clerk's office the noticing and claims-related services specified in the Application.  In addition, at the Debtor's request, Verita will perform such other noticing, claims, technical, administrative, and support services specified in the Application, subject to 28 U.S.C. § 156(c) and the Claims Agent Protocol.

5.      Verita represents, among other things, the following:

(a)      Verita is not a creditor of the Debtor;

(b)      Verita is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code;

(c)      Verita will not consider itself employed by the United States government and will not seek any compensation from the United States government in its capacity as the claims and noticing agent in this chapter 11 case;

(d)      by accepting employment in this chapter 11 case, Verita waives any rights to receive compensation from the United States government as claims and noticing agent;

(e)      in its capacity as the claims and noticing agent in this chapter 11 case, Verita will not be an agent of the United States and will not act on behalf of the United States;

(f)      Verita will not employ any past or present employees of the Debtor in connection with its work as the claims and noticing agent in this chapter 11 case;

(g)      in its capacity as claims and noticing agent in this chapter 11 case, Verita will not intentionally misrepresent any fact to any person;

(h)      Verita will be under the supervision and control of the Clerk's office with respect to the receipt and recordation of claims and claim transfers;

3

(i)     Verita will comply with all requests of the Clerk's office and the guidelines promulgated by the Judicial Conference of the United States for the implementation of 28 U.S.C. § 156(c); and

(j)     none of the services provided by Verita as claims and noticing agent will be at the expense of the Clerk's office.

6.      Although the Debtor does not propose to retain Verita under section 327 of the Bankruptcy Code pursuant to the Application,[3] and Verita is an administrative service provider who does not provide legal or other professional advice, I caused to be submitted for review by our conflicts system the names of all known potential parties-in-interest (the "Potential Parties in Interest") in this chapter 11 case.  The list of Potential Parties in Interest was provided by the Debtor and included, among other things, the Debtor, non-Debtor affiliates, significant equity holders, the Debtor's current and former directors and officers, secured creditors, top 50 unsecured creditors, vendors, and other parties.  The results of the conflict check were compiled and reviewed by Verita professionals under my supervision.  Based on this review, Verita is not aware of any connection to disclose as part of the Application other than as described below.  Should Verita discover any new relevant facts or relationships bearing on the matters described herein during the period of its retention, Verita will use reasonable efforts to promptly file a supplemental declaration.

7.      In addition, to the best of my knowledge, and based solely upon information provided to me by the Debtor, and except as provided herein, neither Verita, nor any of its professionals, has any material adverse connection to the Debtor's estate with respect to any matter upon which Verita is to be engaged.  Certain of the Debtor's creditors may be involved as vendors

---

[3]     As stated in the Application, such retention will be sought by separate application.

in cases in which Verita serves or has served in a neutral capacity as claims and noticing agent or administrative advisor for another chapter 11 debtor.

8.    On May 1, 2023, funds affiliated with GCP Capital Partners LLC ("GCP") indirectly acquired a controlling equity interest in Verita (the "Acquisition"). Pursuant to the Acquisition, an indirect, non-controlling, beneficial minority interest in Verita was acquired by funds affiliated with J.P. Morgan Investment Management Inc. ("JPMIM").  GCP is a middle-market private equity investment firm based in New York. GCP has made investments in a number of industries, including tech-enabled business services, payments, and select financials.  JPMIM is a U.S. registered investment adviser. Designees of GCP are members of the Board of Managers (the "Board") of Verita's ultimate parent company, KCC Parent LLC ("Parent"). Parent wholly owns Verita Intermediate, LLC, which in turn wholly owns Verita Global, LLC, which in turn wholly owns Verita Global Services, LLC, which in turn wholly owns Verita. One representative of JPMIM is entitled to attend and observe (but not vote) at all meetings of the Board, but no designee of JPMIM is a member of the Board.

9.    Verita searched all entities listed in the list of Potential Parties in Interest against an internal database that includes (i) Verita's parent entities, affiliates, and subsidiaries and (ii) GCP, GCP's funds, and each such fund's respective portfolio companies and investments as set forth in the list most recently provided to Verita by GCP. Based solely on the foregoing search, Verita has determined, to the best of its knowledge, that there are no material connections.

10.    To the extent Verita learns of any other connections between the funds or investments included in the above-described conflicts search and the Debtor, Verita will promptly file a supplemental disclosure.  In addition, Verita may have had, may currently have, or may in

the future have business relationships unrelated to the Debtor with one or more GCP or JPMIM entities including, among others, portfolio companies of GCP.

11. Verita has no contract or relationship with XClaim Inc. or with any other party under which Verita provides or will provide exclusive access to claims data and/or under which Verita will be compensated for claims data that is made available by Verita.

12. Verita has and will continue to represent clients in matters unrelated to this chapter 11 case. In addition, Verita and its personnel have and will continue to have relationships in the ordinary course of its business with certain vendors, professionals and other parties in interest that may be involved in the Debtor's chapter 11 case. Verita may also provide professional services to entities or persons that may be creditors or parties in interest in this chapter 11 case, which services do not directly relate to, or have any direct connection with, this chapter 11 case or the Debtor.

13. Verita has working relationships with certain of the professionals retained by the Debtor and other parties herein, but such relationships, except to the extent that Verita has communicated with the Debtor's other professionals concerning the preparation of this case, are completely unrelated to this Chapter 11 Case. Francine Gordon Durrer, a Senior Managing Director of Corporate Restructuring Services at Verita, is married to Van C. Durrer II, a partner with the law firm of Dentons, proposed counsel to the Debtor. Ms. Durrer will not be utilized by Verita to perform services for the Debtor.

14. To the best of my knowledge, neither Verita nor any of its employees represent any interest materially adverse to the Debtor's estate with respect to any matter upon which Verita is to be engaged. Based on the foregoing, I believe that Verita is a "disinterested person" as that term

is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

[*Remainder of Page Intentionally Left Blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

Dated: July 6, 2026                     Respectfully submitted,
      El Segundo, CA

*/s/ Evan Gershbein*
Evan Gershbein
Executive Vice President
Kurtzman Carson Consultants, LLC dba
Verita Global
Telephone: (310) 823-9000