## EXHIBIT A

**Prepetition Organizational Structure**

## PACIFICA HOSPITAL OF THE VALLEY
## ORGANIZATIONAL CHART (01/2025)

