**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>Pacifica of the Valley Corporation,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11060 (TMH) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 8, 2026 AT 12:30 P.M. (ET)[2] (PREVAILING EASTERN
TIME) BEFORE THE HONORABLE THOMAS M. HORAN IN THE
UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET
STREET, 5TH FLOOR, COURTROOM 5, WILMINGTON, DELAWARE 19801**

**This proceeding will be conducted as a hybrid proceeding.  Delaware counsel is expected to appear in person and all other parties are permitted to appear remotely via Zoom.  Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements.  Registration is required no later than one hour prior to the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

**Petition**

1.       Voluntary Petition:

         A.       Pacifica of the Valley Corporation [Filed 7/4/2026, Docket No. 1]

**First Day Declaration**

2.       Declaration of Precious Mayes in Support of Emergency First Day Motions [Filed 7/7/2026, Docket No. 16]

---

[1]     The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is 7312. The Debtor's mailing address is 9449 San Fernando Road, Sun Valley, CA 91352.

[2]     This Agenda contains hyperlinks to filed documents pursuant to the Court's *Interim Order RE: Cessation of Hand Deliveries*, dated March 13, 2020.  Parties may access the filed documents through the hyperlinks for a fee through the Court's website at https://www.deb.uscourts.gov.

Status: The Debtor will ask the Court to admit the Declaration into evidence. To the extent that the Court or any party in interest has questions regarding the Declaration or the factual bases for the requested first day relief, Ms. Mayes will be available on the Zoom platform.

**Administrative Motions**

3.  Motion of Debtor for Order (I) Authorizing the Debtor to Redact Commercially Sensitive or Personally Identifiable Information; and (II) Granting Related Relief [Filed 7/6/2026, Docket No. 7]

    Status: This matter will go forward.

4.  Debtor's Motion for Entry of an Order Authorizing Certain Procedures to Maintain Confidentiality of Patient Information as Required by Applicable Privacy Rules [Filed 7/7/2026, Docket No. 8]

    Status: This matter will go forward.

5.  Debtor's Application for Authorization to Employ and Retain Kurtzman Carson Consultants, LLC DBA Verita Global as Claims and Noticing Agent Effective as of July 4, 2026 [Filed 7/7/2026, Docket No. 15]

    Status: This matter will go forward.

**First Day Motions Pertaining to Operations**

6.  Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue Operating Its Existing Cash Management System, Including Maintaining Existing Bank Accounts, Checks, and Business Forms, and (B) Continue Its Existing Deposit Practices, (II) Waiving Certain U.S. Trustee Guidelines, (III) Modifying Requirements of Section 345(b) of the Bankruptcy Code, and (IV) Granting Related Relief [Filed 7/7/2026, Docket No. 11]

    Status: This matter will go forward with respect to an interim order.

7.  Motion of Debtor for (I) Authorization to (A) Pay Employee Obligations, and (B) Continue Employee Benefit Programs, and (II) Granting Related Relief [Filed 7/7/2026, Docket No. 12]

    Status: This matter will go forward with respect to an interim order.

8.  Motion Of the Debtor Pursuant To 11 U.S.C. §§ 105(A) and 366 And Fed. R. Bankr. P. 6003 And 6004 for Entry of Interim and Final Orders (I) Approving Debtor's Proposed Form Of Adequate Assurance Of Payment To Utility Companies, (II) Establishing Procedures For Resolving Objections By Utility Companies, (III) Prohibiting Utility Companies From Altering, Refusing, Or Discontinuing Service; and (IV) Granting Related Relief [Filed 7/7/2026, Docket No. 10]

Status: This matter will go forward with respect to an interim order.

## Cash Collateral Motion

9.     Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Use Cash Collateral and (B) Grant Liens and Superpriority Administrative Claims; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 7/7/2026, Docket No. 13]

      a.     Declaration of Peter Chadwick in Support of the Debtor's Cash Collateral Motion [Filed 7/7/2026, Docket No. 14]

Status: This matter will go forward with respect to an interim order.  The Debtor will ask the Court to admit the Declaration into evidence.  To the extent that the Court or any party in interest has questions regarding the Declaration or the factual bases for the requested first day relief, Mr. Chadwick will be available on the Zoom platform.

## Motion for Scheduling

10.    Motion of Debtor for an Order (I) Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs, and (II) Granting Related Relief [Filed 7/7/2026, Docket No. 9]

Status: This matter will be scheduled for a later hearing.

*[Remainder of Page Intentionally Left Blank]*

3

Dated: July 7, 2026          **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19899
Tel:     (302) 652-4100
Email: ljones@pszjlaw.com
       tcairns@pszjlaw.com

-and -

**DENTONS US LLP**
Tania M. Moyron ([*pro hac vice* forthcoming])
Samuel R. Maizel ([*pro hac vice* forthcoming])
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email:  tania.moyron@dentons.com
       samuel.maizel@dentons.com

John D. Beck (*pro hac vice* forthcoming)
Geoffrey Miller (*pro hac vice* forthcoming)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email:  john.beck@dentons.com
       geoffrey.miller@dentons.com

*Proposed Counsel to Debtor and Debtor in Possession*

4