**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>Pacifica of the Valley Corporation,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11060 (TMH) |

Hearing Date: July 8, 2026 at 12:30 p.m. (ET)

**NOTICE OF HEARING ON DEBTOR'S MOTION FOR ENTRY OF
INTERIM AND FINAL ORDERS (I)  AUTHORIZING THE DEBTOR TO
(A) USE CASH COLLATERAL AND (B) GRANT LIENS AND SUPERPRIORITY
ADMINISTRATIVE EXPENSE CLAIMS; (II) GRANTING ADEQUATE PROTECTION
TO PREPETITION SECURED PARTIES; (III) SCHEDULING A FINAL HEARING;
AND (IV) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on July 7, 2026, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Use Cash Collateral and (B) Grant Liens and Superpriority Administrative Claims; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief* [Docket No. 13] (the "Cash Collateral Motion").

**PLEASE TAKE FURTHER NOTICE** that the Debtor attached to the Cash Collateral Motion the proposed *Interim Order (I) Authorizing the Debtor to (A) Use Cash Collateral and (B) Grant Liens and Superpriority Administrative Claims; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief* (the "Proposed Interim Order").  A copy of the Proposed Interim Order is attached hereto as **Exhibit A.**

---

[1]    The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is 7312. The Debtor's mailing address is 9449 San Fernando Road, Sun Valley, CA 91352.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to seek interim approval of the Cash Collateral Motion and entry of the Proposed Interim Order in substantially the form attached hereto at a hybrid hearing (in-person and by Zoom video conference) (the "Interim Hearing") before the Honorable Thomas M. Horan at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801, on **July 8, 2026 at 12:30 p.m. (prevailing Eastern Time)**. A copy of the Cash Collateral Motion may be obtained for a fee through the Court's website at https://www.deb.uscourts.gov, referencing Case No. 26-11060 (TMH), or for free by accessing the Debtor's restructuring website at https://www.veritaglobal.net/pacificaofthevalley.

**PLEASE TAKE FURTHER NOTICE** that after the Interim Hearing, the Debtor will serve upon you a complete copy of (a) the Cash Collateral Motion, (b) any Interim Order entered by the Court at the Interim Hearing, and (c) notice of the final hearing on the Cash Collateral Motion.

**PLEASE TAKE FURTHER NOTICE** that the Debtor reserves the right to modify, if necessary, the Proposed Interim Order before or at the Interim Hearing.

Dated: July 7, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19899
Tel:     (302) 652-4100
Email: ljones@pszjlaw.com
           tcairns@pszjlaw.com

-and -


**DENTONS US LLP**
Tania M. Moyron ([*pro hac vice* forthcoming])
Samuel R. Maizel ([*pro hac vice* forthcoming])
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email:  tania.moyron@dentons.com
           samuel.maizel@dentons.com

John D. Beck (*pro hac vice* forthcoming)
Geoffrey Miller (*pro hac vice* forthcoming)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email:  john.beck@dentons.com
           geoffrey.miller@dentons.com

*Proposed Counsel to Debtor and Debtor in Possession*