**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Pacifica of the Valley Corporation,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11060 (TMH) |

Hearing Date: July 8, 2026 at 12:30 p.m. (ET)

**NOTICE OF HEARING ON FIRST DAY MOTIONS**

**PLEASE TAKE NOTICE** that on July 4, 2026 (the "Petition Date"), the above-captioned debtor and debtor in possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that, on July 7, 2026, the Debtor filed the following motions set forth below (collectively, the "First Day Motions"). The Debtors intend to seek approval of certain of the First Day Motions on an interim basis at a hybrid hearing (in-person/Zoom video conference) (the "First Day Hearing") before the Honorable Thomas M. Horan at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801, on **July 8, 2026 at 12:30 p.m. (prevailing Eastern Time)**.

1.  Motion of Debtor for Order (I) Authorizing the Debtor to Redact Commercially Sensitive or Personally Identifiable Information; and (II) Granting Related Relief [Filed 7/6/2026, Docket No. 7]

---

[1]  The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is 7312. The Debtor's mailing address is 9449 San Fernando Road, Sun Valley, CA 91352.

2.	Debtor's Motion for Entry of an Order Authorizing Certain Procedures to Maintain Confidentiality of Patient Information as Required by Applicable Privacy Rules [Filed 7/7/2026, Docket No. 8]

3.	Debtor's Application for Authorization to Employ and Retain Kurtzman Carson Consultants, LLC DBA Verita Global as Claims and Noticing Agent Effective as of July 4, 2026 [Filed 7/7/2026, Docket No. 15]

4.	Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue Operating Its Existing Cash Management System, Including Maintaining Existing Bank Accounts, Checks, and Business Forms, and (B) Continue Its Existing Deposit Practices, (II) Waiving Certain U.S. Trustee Guidelines, (III) Modifying Requirements of Section 345(b) of the Bankruptcy Code, and (IV) Granting Related Relief [Filed 7/7/2026, Docket No. 11]

5.	Motion of Debtor for (I) Authorization to (A) Pay Employee Obligations, and (B) Continue Employee Benefit Programs, and (II) Granting Related Relief [Filed 7/7/2026, Docket No. 12]

6.	Motion Of the Debtor Pursuant To 11 U.S.C. §§ 105(A) and 366 And Fed. R. Bankr. P. 6003 And 6004 for Entry of Interim and Final Orders (I) Approving Debtor's Proposed Form Of Adequate Assurance Of Payment To Utility Companies, (II) Establishing Procedures For Resolving Objections By Utility Companies, (III) Prohibiting Utility Companies From Altering, Refusing, Or Discontinuing Service; and (IV) Granting Related Relief [Filed 7/7/2026, Docket No. 10]

7.	Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Use Cash Collateral and (B) Grant Liens and Superpriority Administrative Claims; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 7/7/2026, Docket No. 13]

**PLEASE TAKE FURTHER NOTICE that** copies of the First Day Motions may be obtained for a fee through the Court's website at https://www.deb.uscourts.gov, referencing Case No. 26-11060 (TMH), or for free by accessing the Debtor's restructuring website at https://www.veritaglobal.net/pacificaofthevalley.

**PLEASE TAKE FURTHER NOTICE** that any and all objections to the First Day Motions may be made at the First Day Hearing.

2

Dated: July 7, 2026           **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19899
Tel:    (302) 652-4100
Email: ljones@pszjlaw.com
      tcairns@pszjlaw.com

-and -

**DENTONS US LLP**
Tania M. Moyron ([*pro hac vice* forthcoming])
Samuel R. Maizel ([*pro hac vice* forthcoming])
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email:  tania.moyron@dentons.com
      samuel.maizel@dentons.com

John D. Beck (*pro hac vice* forthcoming)
Geoffrey Miller (*pro hac vice* forthcoming)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email:  john.beck@dentons.com
      geoffrey.miller@dentons.com

*Proposed Counsel to Debtor and Debtor in Possession*

3