**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Pacifica of the Valley Corporation,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11060 (TMH) |

**DEBTOR'S WITNESS AND EXHIBIT LIST FOR FIRST DAY HEARING**

The above-captioned debtor and debtor in possession (the "Debtor") hereby submits this Witness and Exhibit List in connection with the hearing scheduled for **July 8, 2026 at 12:30 p.m. (prevailing Eastern Time)** before the Honorable Thomas M. Horan at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801 (the "Hearing"), at which time the first day motions are scheduled to be heard.

**WITNESSES**

The Debtor designates the following persons as witnesses in connection with the Hearing:

(1)    Precious Mayes, President and CEO of the Debtor – Ms. Mayes has submitted a declaration in support of the petitions and the first day motions.  The Debtor may call Ms. Mayes to provide additional testimony regarding the same.

(2)    Peter Chadwick, Chief Restructuring Officer of the Debtor – Mr. Chadwick has submitted a declaration in support of *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Use Cash Collateral and (B) Grant Liens and Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief*.  The Debtor may call Mr. Chadwick to provide additional testimony regarding the same.

---

1    The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is 7312. The Debtor's mailing address is 9449 San Fernando Road, Sun Valley, CA 91352.

As of the time of filing of this Witness and Exhibit List, no other party has identified witnesses in connection with the matters to be heard at the Hearing.  To the extent that any party designates witnesses, the Debtor reserves the right to cross-designate all witnesses so designated and reserves the right to call any necessary rebuttal or impeachment witnesses.

## **EXHIBITS**

The Debtor designates the following exhibits that may be used at the Hearing:

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 1. | Declaration of Precious Mayes in Support of Emergency First Day Motions | 16 |
| 2. | Declaration of Peter Chadwick in Support of the Debtor's Cash Collateral Motion | 14 |
| 3. | Any exhibit necessary to establish the authenticity or admissibility of documents | |
| 4. | Any exhibit listed or introduced by any other party | |
| 5. | Any documents filed in the above-captioned bankruptcy cases | |
| 6. | Rebuttal and impeachment exhibits as necessary | |

The Debtor reserves the right to object to the entry into evidence of any exhibit, including those listed above.  The Debtor also reserves the right to amend, shorten, or supplement this Witness and Exhibit List prior to or during the Hearing.

Dated: July 7, 2026                    **PACHULSKI STANG ZIEHL & JONES LLP**

                                       */s/ Laura Davis Jones*
                                       Laura Davis Jones (DE Bar No. 2436)
                                       Timothy Cairns (DE Bar No. 4228)
                                       919 North Market Street, 17th Floor
                                       Wilmington, DE 19899
                                       Tel:    (302) 652-4100
                                       Email: ljones@pszjlaw.com
                                                tcairns@pszjlaw.com

                                       -and -


                                       **DENTONS US LLP**
                                       Tania M. Moyron ([*pro hac vice* forthcoming])
                                       Samuel R. Maizel ([*pro hac vice* forthcoming])
                                       601 S. Figueroa Street #2500
                                       Los Angeles, CA 90017
                                       Telephone:  (213) 623-9300
                                       Facsimile:  (213) 623-9924
                                       Email:  tania.moyron@dentons.com
                                                samuel.maizel@dentons.com

                                       John D. Beck (*pro hac vice* forthcoming)
                                       Geoffrey Miller (*pro hac vice* forthcoming)
                                       1221 Avenue of the Americas
                                       New York, NY 10020-1089
                                       Telephone:  (212) 768-6700
                                       Facsimile:  (212) 768-6800
                                       Email:  john.beck@dentons.com
                                                geoffrey.miller@dentons.com

                                       *Proposed Counsel to Debtor and Debtor in
                                       Possession*