## N THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Pacifica of the Valley Corporation,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11060 (TMH) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010–1 and the attached certification, counsel moves for the admission *pro hac vice* of Casey Doherty of Dentons US LLP as counsel to represent the above-captioned debtor and debtor in possession in these cases.

Dated: July 7, 2026

/s/ *Laura Davis Jones*

Laura Davis Jones (DE Bar No. 2436)
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19899-8705
Telephone: (302) 652-4100
Email: ljones@pszjlaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/2023.  I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated:  July 7, 2026

/s/ *Casey Doherty*

Casey Doherty
Dentons US LLP
1300 Post Oak Blvd., Suite 650
Houston, TX  77056
Email: casey.doherty@dentons.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED THAT counsel's motion for admission *pro hac vice* is granted.

---

[1] The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is 7312. The Debtor's mailing address is 9449 San Fernando Road, Sun Valley, CA 91352.

4906-9475-3723.1 40173.00001