**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>Pacifica of the Valley Corporation,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11060 (TMH)<br><br>**Re: Docket No. 11** |

**CERTIFICATION OF COUNSEL REGARDING**
**INTERIM ORDER (I) AUTHORIZING THE DEBTOR**
**TO (A) CONTINUE OPERATING ITS EXISTING CASH MANAGEMENT SYSTEM,**
**INCLUDING MAINTAINING EXISTING BANK ACCOUNTS, CHECKS, AND**
**BUSINESS FORMS, AND (B) CONTINUE ITS EXISTING DEPOSIT PRACTICES, (II)**
**WAIVING CERTAIN U.S. TRUSTEE GUIDELINES, (III) SCHEDULING A FINAL**
**HEARING, (IV) MODIFYING THE REQUIREMENTS OF SECTION 345(b) OF THE**
**BANKRUPTCY CODE; AND (V) GRANTING RELATED RELIEF**

The undersigned proposed counsel for the above-captioned debtor and debtor in possession (the "Debtor") hereby certifies that:

1.      On July 7, 2026, the Debtor filed the *Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue Operating Its Existing Cash Management System, Including Maintaining Existing Bank Accounts, Checks, and Business Forms, and (B) Continue Its Existing Deposit Practices, (II) Waiving Certain U.S. Trustee Guidelines, (III) Modifying Requirements of Section 345(b) of the Bankruptcy Code, and (IV) Granting Related Relief* (the "Motion") [Docket No. 11].

2.      After the filing of the Motion, the Debtor received comments on the form of interim order submitted with the Motion from the Office of the U.S. Trustee (the "UST").

---

[1]    The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is 7312. The Debtor's mailing address is 9449 San Fernando Road, Sun Valley, CA 91352.

3.      On July 7, 2026, the Court held a hearing on the Motion (the "First Day Hearing").   At the First Day Hearing, the Debtor presented a revised interim order that incorporated the comments of the UST.

4.      Attached hereto as **Exhibit A** is a form of interim order (the "Proposed Order") that includes the UST comments.  There are no objections to entry of the Proposed Order.

5.      Attached hereto as **Exhibit B** is a blackline that compares the Proposed Order with the version of interim order filed with the Motion.

6.      The Debtor respectfully requests entry of the Proposed Order at the Court's convenience.

Dated: July 8, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19899
Tel:   (302) 652-4100
Email: ljones@pszjlaw.com
         tcairns@pszjlaw.com

-and -

**DENTONS US LLP**
Tania M. Moyron ([*pro hac vice* forthcoming])
Samuel R. Maizel ([*pro hac vice* forthcoming])
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email:  tania.moyron@dentons.com
         samuel.maizel@dentons.com

John D. Beck (*pro hac vice* forthcoming)
Geoffrey Miller (*pro hac vice* forthcoming)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email:  john.beck@dentons.com
         geoffrey.miller@dentons.com

*Proposed Counsel to Debtor and Debtor in Possession*