**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>Pacifica of the Valley Corporation,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11060 (TMH)<br><br>**Re: Docket No. 10** |

**CERTIFICATION OF COUNSEL REGARDING**
**INTERIM ORDER GRANTING MOTION OF THE DEBTOR PURSUANT TO 11 U.S.C. §§**
**105(a) AND 366 AND FED. R. BANKR. P. 6003 AND 6004 FOR ENTRY OF AN ORDER (I)**
**APPROVING DEBTOR'S PROPOSED FORM OF ADEQUATE**
**ASSURANCE OF PAYMENT TO UTILITY COMPANIES, (II) ESTABLISHING**
**PROCEDURES FOR RESOLVING OBJECTIONS BY UTILITY COMPANIES,**
**(III) PROHIBITING UTILITY COMPANIES FROM ALTERING,**
**REFUSING, OR DISCONTINUING SERVICE; AND (IV) GRANTING RELATED RELIEF**

The undersigned proposed counsel for the above-captioned debtor and debtor in possession (the "Debtor") hereby certifies that:

1.     On July 7, 2026, the Debtor filed the *Motion Of the Debtor Pursuant To 11 U.S.C. §§ 105(A) and 366 And Fed. R. Bankr. P. 6003 And 6004 for Entry of Interim and Final Orders (I) Approving Debtor's Proposed Form Of Adequate Assurance Of Payment To Utility Companies, (II) Establishing Procedures For Resolving Objections By Utility Companies, (III) Prohibiting Utility Companies From Altering, Refusing, Or Discontinuing Service; and (IV) Granting Related Relief* (the "Motion") [Docket No. 10].

2.     After the filing of the Motion, the Debtor received comments on the form of order from the Office of the U.S. Trustee (the "UST").

---

[1]     The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is 7312. The Debtor's mailing address is 9449 San Fernando Road, Sun Valley, CA 91352.

DE:4931-7537-6572.1 68804.00001

3.      On July 8, 2026, the Court held a hearing on the Motion (the "First Day Hearing").  At the First Day Hearing, the Debtor presented a revised order that incorporated the comments of the UST.

4.      Attached hereto as **Exhibit A** is a form of order (the "Proposed Order") that includes the UST comments.  There are no objections to entry of the Proposed Order.

5.      Attached hereto as **Exhibit B** is a blackline that compares the Proposed Order with the version filed with the Motion.

6.      The Debtor respectfully requests entry of the Proposed Order at the Court's convenience.

Dated: July 8, 2026                    **PACHULSKI STANG ZIEHL & JONES LLP**

                                       */s/ Laura Davis Jones*
                                       Laura Davis Jones (DE Bar No. 2436)
                                       Timothy Cairns (DE Bar No. 4228)
                                       919 North Market Street, 17th Floor
                                       Wilmington, DE 19899
                                       Tel:    (302) 652-4100
                                       Email: ljones@pszjlaw.com
                                              tcairns@pszjlaw.com

                                       -and -

                                       **DENTONS US LLP**
                                       Tania M. Moyron ([*pro hac vice* forthcoming])
                                       Samuel R. Maizel ([*pro hac vice* forthcoming])
                                       601 S. Figueroa Street #2500
                                       Los Angeles, CA 90017
                                       Telephone:  (213) 623-9300
                                       Facsimile:  (213) 623-9924
                                       Email:  tania.moyron@dentons.com
                                               samuel.maizel@dentons.com

                                       John D. Beck (*pro hac vice* forthcoming)
                                       Geoffrey Miller (*pro hac vice* forthcoming)
                                       1221 Avenue of the Americas
                                       New York, NY 10020-1089

Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email:  john.beck@dentons.com
         geoffrey.miller@dentons.com

*Proposed Counsel to Debtor and Debtor in Possession*