**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>Pacifica of the Valley Corporation,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11060 (TMH)<br><br>**Re: Docket Nos. 11 & 47** |

**Objection Deadline: July 31, 2026 at 4:00 p.m. (ET)**
**Hearing Date: August 7, 2026 at 10:00 a.m. (ET)**

**NOTICE OF FINAL HEARING ON MOTION OF THE DEBTOR FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTOR TO (A) CONTINUE OPERATING ITS EXISTING CASH MANAGEMENT SYSTEM, INCLUDING MAINTAINING EXISTING BANK ACCOUNTS, CHECKS, AND BUSINESS FORMS, AND (B) CONTINUE ITS EXISTING DEPOSIT PRACTICES, (II) WAIVING CERTAIN U.S. TRUSTEE GUIDELINES, (III) MODIFYING REQUIREMENTS OF SECTION 345(b) OF THE BANKRUPTCY CODE, AND (IV) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on July 7, 2026, the above-captioned Debtor and Debtor in possession (collectively, the "Debtor") filed the *Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue Operating Its Existing Cash Management System, Including Maintaining Existing Bank Accounts, Checks, and Business Forms, and (B) Continue Its Existing Deposit Practices, (II) Waiving Certain U.S. Trustee Guidelines, (III) Modifying Requirements of Section 345(b) of the Bankruptcy Code, and (IV) Granting Related Relief* [Docket No. 11] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").  A copy of the Motion is attached hereto as **Exhibit 1**.

---

[1]  The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is 7312. The Debtor's mailing address is 9449 San Fernando Road, Sun Valley, CA 91352.

**PLEASE TAKE FURTHER NOTICE** that the Debtor presented certain first-day motions at a hearing before the Honorable Thomas M. Horan at the Bankruptcy Court on July 8, 2026.  The Bankruptcy Court granted the relief requested by the Motion on an interim basis and entered the *Interim Order (I) Authorizing the Debtor to (A) Continue Operating Its Existing Cash Management System, Including Maintaining Existing Bank Accounts, Checks, and Business Forms, and (B) Continue Its Existing Deposit Practices, (II) Waiving Certain U.S. Trustee Guidelines, (III) Scheduling a Final Hearing, (IV) Modifying the Requirements of Section 345(b) of the Bankruptcy Code; and (V) Granting Related Relief* (the "Interim Order") [Docket No. 47]. A copy of the Interim Order is attached hereto as **Exhibit 2**.

**PLEASE TAKE FURTHER NOTICE** any response or objection to the entry of a final order with respect to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **July 31, 2026 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon:  (a) Pacifica of the Valley Corp. d/b/a Pacifica Hospital of the Valley, 9449 San Fernando Road, Sun Valley, CA 91352; (b) proposed co-counsel for the Debtor, (i) Dentons US LLP, 601 S. Figueroa Street, #2500, Los Angeles, CA 90017, Attn: Tania M. Moyron (tania.moyron@dentons.com) and Samuel Maizel (samuel.maizel@dentons.com), Dentons US LLP, 1221 Avenue of the Americas, New York, NY 10020, Attn: John Beck (john.beck@dentons.com) and Geoffrey Miller (geoffrey.miller@dentons.com), and (ii) proposed local counsel to the Debtor, Pachulski Stang Ziehl & Jones LLP, 919 Market Street, 17th Floor, Wilmington, DE 19899, Attn: Laura Davis Jones (ljones@pszjlaw.com); (c) counsel to the official committee of unsecured creditors, if one is appointed; and (d) the Office of the United States Trustee, Attn: Hannah J. McCollum (hannah.mccollum@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER APPROVAL OF THE MOTION ON A FINAL BASIS WILL BE HELD ON **AUGUST 7, 2026 AT 10:00 A.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE THOMAS M. HORAN, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE FINAL RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

*[Remainder of Page Intentionally Left Blank]*

Dated: July 9, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19899
Tel:    (302) 652-4100
Email:  ljones@pszjlaw.com
        tcairns@pszjlaw.com

-and -

**DENTONS US LLP**
Tania M. Moyron ([*pro hac vice* forthcoming])
Samuel R. Maizel ([*pro hac vice* forthcoming])
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email:  tania.moyron@dentons.com
        samuel.maizel@dentons.com

John D. Beck (*pro hac vice* forthcoming)
Geoffrey Miller (*pro hac vice* forthcoming)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email:  john.beck@dentons.com
        geoffrey.miller@dentons.com

*Proposed Counsel to Debtor and Debtor in Possession*