# **Exhibit 1**

## **Budget**

Pacifica
3 Week Cash Flow
($ in 000s)

| | Week # | 1 | 2 | 3 | 3 Week |
|---|---|---|---|---|---|
| | Week Ending | 7/10/26 | 7/17/26 | 7/24/26 | Total |
| | Actual / Forecast | Forecast | Forecast | Forecast | Forecast |
| **I. Receipts** | | | | | |
| 1.) | Government | 802 | 281 | 1,343 | 2,425 |
| 2.) | Non-Government | 221 | 156 | 156 | 534 |
| 3.) | QAF | - | - | - | - |
| 4.) | DSH | - | - | - | - |
| 5.) | LACare | 388 | 5,221 | 221 | 5,831 |
| 6.) | Other | 914 | 92 | 292 | 1,299 |
| 7.) | **Total Receipts** | **2,326** | **5,751** | **2,013** | **10,089** |
| **II. Operating Disbursements** | | | | | |
| 8.) | Payroll | (868) | (1,302) | (868) | (3,039) |
| 9.) | Benefits | (168) | (252) | (168) | (588) |
| 10.) | Rent | - | - | - | - |
| 11.) | Supplies | (95) | (95) | (95) | (285) |
| 12.) | Pharmaceuticals | (12) | (12) | (12) | (36) |
| 13.) | Purchased Services | (174) | (174) | (174) | (521) |
| 14.) | Repairs and Maintenance | (15) | (15) | (15) | (46) |
| 15.) | Utilities | (117) | - | (8) | (125) |
| 16.) | Insurance | - | - | (1,076) | (1,076) |
| 17.) | QAF Fees | - | - | - | - |
| 18.) | Medical Professional Fees | (82) | (82) | (82) | (247) |
| 19.) | Other | (579) | (151) | (151) | (882) |
| 20.) | **Total Operating Disbursements** | **(2,111)** | **(2,084)** | **(2,650)** | **(6,845)** |
| 21.) | **Net Operating Cash Flow** | **215** | **3,667** | **(637)** | **3,244** |
| **III. Non-Operating Disbursements** | | | | | |
| 22.) | Professional Fees | - | - | (368) | (368) |
| 23.) | UST Fees | - | - | - | - |
| 24.) | CapEx | - | (270) | - | (270) |
| 25.) | Other Non-Recurring | - | - | - | - |
| 26.) | **Total Non-Operating Disbursements** | **-** | **(270)** | **(368)** | **(638)** |
| 27.) | **Net Cash Flow** | **215** | **3,396** | **(1,005)** | **2,607** |
| **VI. Liquidity Summary** | | | | | |
| 28.) | Beginning Cash Balance | 241 | 456 | 3,852 | 241 |
| 29.) | Net Cash Flow | 215 | 3,396 | (1,005) | 2,607 |
| 30.) | **Ending Cash Balance** | **456** | **3,852** | **2,847** | **2,847** |