**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>Pacifica of the Valley Corporation,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11060 (TMH) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 23, 2026 AT 11:00 A.M. (ET)[2] (PREVAILING EASTERN
TIME) BEFORE THE HONORABLE THOMAS M. HORAN IN THE
UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET
STREET, 5TH FLOOR, COURTROOM 5, WILMINGTON, DELAWARE 19801**

**AS NO MATTERS ARE GOING FORWARD
THE HEARING HAS BEEN CANCELLED WITH THE COURT'S PERMISSION**

**ADJOURNED MATTER**

1.  Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Use Cash Collateral and (B) Grant Liens and Superpriority Administrative Claims; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 7/7/2026, Docket No. 13]

    Response Deadline:  July 16, 2026 at 4:00 p.m. Eastern Time [Extended further for Axios]

    Responses Received:

    a)  Limited Objection and Reservation of Rights of Axios Capital Solutions, LLC to Debtors Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Use Cash Collateral and (B) Grant Liens and Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Prepetition Secured Parties; (III)

---

[1]   The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is 7312. The Debtor's mailing address is 9449 San Fernando Road, Sun Valley, CA 91352.

[2]   This Agenda contains hyperlinks to filed documents pursuant to the Court's *Interim Order RE: Cessation of Hand Deliveries*, dated March 13, 2020.  Parties may access the filed documents through the hyperlinks for a fee through the Court's website at https://www.deb.uscourts.gov.

Scheduling a Final Hearing; And (IV) Granting Related Relief  [Filed 7/8/26] (Docket No. 36)

Related Documents:

a)   Declaration of Peter Chadwick in Support of the Debtor's Cash Collateral Motion [Filed 7/7/2026, Docket No. 14]

b)   Certification of Counsel Regarding Interim Order (I) Authorizing the Debtor to (A) Use Cash Collateral and (B) Grant Liens and Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 7/9/06] (Docket No. 51)

c)   [Signed] Interim Order (I) Authorizing the Debtor to (A) Use Cash Collateral and (B) Grant Liens and Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Prepetition Secured Parties (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Entered 7/9/26] (Docket No. 57)

d)   Combined Notice of Further Interim Hearing and Final Hearing on Debtor's Motion For Entry Of Interim And Final Orders (I) Authorizing The Debtor To (A) Use Cash Collateral And (B) Grant Liens And Superpriority Administrative Expense Claims; (II) Granting Adequate Protection To Prepetition Secured Parties; (III) Scheduling A Final Hearing; And (IV) Granting Related Relief [Filed 7/13/26] (Docket No. 59)

Status: This matter is continued to the hearing on August 7, 2026 at 10:00 a.m. (ET).  As no matters are going forward the hearing is cancelled.

Dated:  July 21, 2026                    **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19899
Tel:    (302) 652-4100
Email: ljones@pszjlaw.com
          tcairns@pszjlaw.com

-and -

**DENTONS US LLP**
Tania M. Moyron ([*pro hac vice* forthcoming])
Samuel R. Maizel ([*pro hac vice* forthcoming])
601 S. Figueroa Street #2500

2

Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email:  tania.moyron@dentons.com
          samuel.maizel@dentons.com

John D. Beck (*pro hac vice* forthcoming)
Geoffrey Miller (*pro hac vice* forthcoming)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email:  john.beck@dentons.com
          geoffrey.miller@dentons.com

*Counsel to Debtor and Debtor in Possession*

3