**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Pacifica of the Valley Corporation,[1] | Case No. 26-11060 (TMH) |
| Debtor. | **Re: Docket Nos. 13, 57** |

**NOTICE REGARDING AMENDED BUDGET AND EXTENSION OF INTERIM ORDER (I) AUTHORIZING THE DEBTOR TO (A) USE CASH COLLATERAL AND (B) GRANT LIENS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS; (II) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES (III) SCHEDULING A FINAL HEARING; AND (IV) GRANTING RELATED RELIEF**

The undersigned proposed counsel for the above-captioned debtor and debtor in possession (the "Debtor") hereby provides notice that:

1. On July 7, 2026, the Debtor filed the *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Use Cash Collateral and (B) Grant Liens and Superpriority Administrative Claims; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief* (the "Motion") [Docket No. 13].[2]

2. On July 9, 2026, the Court entered the *Interim Order (I) Authorizing The Debtor To (A) Use Cash Collateral And (B) Grant Liens And Superpriority Administrative Expense Claims; (II) Granting Adequate Protection To Prepetition Secured Parties (III) Scheduling A Final Hearing; And (Iv) Granting Related Relief* (the "Interim Cash Collateral Order") [Docket No. 57].

[1] The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is 7312. The Debtor's mailing address is 9449 San Fernando Road, Sun Valley, CA 91352.

2 All Capitalized terms not otherwise defined herein are ascribed the meaning give in the Motion or the Interim Cash Collateral Order, as applicable.

3. Pursuant to Section 3 of the Interim Cash Collateral Order, the Debtor is authorized to use Cash Collateral in accordance with the Budget through the Expiration Date of July 24, 2026. Section 3 further provides that the Budget and the Expiration Date may be amended or extended with the consent of the Prepetition Secured Parties.

4. Since entry of the Interim Cash Collateral Order, the Debtor has continued discussions with the Prepetition Secured Parties, each of which has consented to extend the Debtor's use of Cash Collateral through and including August 8, 2026, in accordance with the amended budget attached hereto as **Exhibit A**, each of which shall constitute the "Expiration Date" and the "Budget", respectively, for all purposes under the Interim Cash Collateral Order.

5. All other provisions and terms of the Interim Cash Collateral Order shall remain in full force and effect.

6. The Committee of Unsecured Creditors (the "Committee") was recently appointed in these cases and is continuing its review of the Budget. The Debtor has been engaging constructively with the Committee and will continue to work cooperatively to address any questions or concerns it may raise.

Dated: July 21, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19899
Tel: (302) 652-4100
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com

-and -

**DENTONS US LLP**
Tania M. Moyron (*pro hac vice*)
Samuel R. Maizel (*pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
samuel.maizel@dentons.com

John D. Beck (*pro hac vice*)
Geoffrey Miller (*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
geoffrey.miller@dentons.com

*Proposed Counsel to Debtor and Debtor in Possession*