# EXHIBIT A

Pacifica of the Valley Corporation
5-Week Cash Flow Forecast

| Week # | 1 | 2 | 3 | 4 | 5 | 5 Week |
|---|---|---|---|---|---|---|
| Week Ending | 7/11/26 | 7/18/26 | 7/25/26 | 8/1/26 | 8/8/26 | Total |
| Actual / Forecast | Actual | Actual | Forecast | Forecast | Forecast | Forecast |
| **I. Receipts** | | | | | | |
| 1.) Government | $ 986,906 | $ 1,538,960 | $ 64,216 | $ 273,681 | $ 198,681 | $ 3,062,445 |
| 2.) Non-Government | 262,481 | 165,106 | 335,343 | 145,282 | 145,282 | 1,053,494 |
| 3.) Sale to LACare of QAF | - | - | - | 5,000,000 | - | 5,000,000 |
| 4.) DSH | - | - | - | - | - | - |
| 5.) LACare | 414,453 | 39,436 | 387,764 | 221,215 | 221,215 | 1,284,082 |
| 6.) Other | 91,052 | 66,452 | 106,855 | 1,111,501 | 705,985 | 2,081,846 |
| 7.) **Total Receipts** | **$ 1,754,892** | **$ 1,809,954** | **$ 894,179** | **$ 6,751,680** | **$ 1,271,163** | **$ 12,481,867** |
| **II. Operating Disbursements** | | | | | | |
| 8.) Payroll | $ 1,318,377 | $ 919,091 | $ 963,763 | $ 714,605 | $ 759,763 | $ 4,675,600 |
| 9.) Payroll Taxes | - | 38,348 | 206,674 | 411,445 | 245,022 | 901,488 |
| 10.) Benefits | 3,867 | 265 | 8,779 | 447,495 | 279,976 | 740,382 |
| 11.) Rent | - | - | - | 630,478 | - | 630,478 |
| 12.) Supplies | 31,512 | 29,658 | 97,477 | 49,000 | 49,000 | 256,646 |
| 13.) Pharmaceuticals | 3,551 | 4,194 | 11,464 | 10,000 | 10,000 | 39,208 |
| 14.) Purchased Services | 35,000 | 8,623 | 72,342 | 24,000 | 47,500 | 187,465 |
| 15.) Repairs and Maintenance | - | - | 1,675 | 10,000 | 17,000 | 28,675 |
| 16.) Utilities | - | - | 80,091 | - | 9,700 | 89,791 |
| 17.) Insurance | - | - | 40,812 | 223,322 | 109,350 | 373,484 |
| 18.) QAF Fees | - | - | - | - | - | - |
| 19.) Medical Professional Fees | - | - | 118,000 | 67,675 | 67,675 | 253,350 |
| 20.) Other | 10,595 | 5,736 | - | - | - | 16,331 |
| 21.) **Total Operating Disbursements** | **$ 1,402,902** | **$ 1,005,914** | **$ 1,601,077** | **$ 2,588,020** | **$ 1,594,986** | **$ 8,192,899** |
| 22.) **Net Operating Cash Flow** | **$ 351,990** | **$ 804,040** | **$ (706,899)** | **$ 4,163,660** | **$ (323,822)** | **$ 4,288,968** |
| **III. Non-Operating Disbursements** | | | | | | |
| 23.) Professional Fees | $ - | $ - | $ - | $ - | $ 840,000 | $ 840,000 |
| 24.) UST Fees | - | - | - | - | - | - |
| 25.) CapEx | - | - | 248,677 | - | 800 | 249,477 |
| 26.) Other Non-Recurring | - | - | - | - | - | - |
| 27.) **Total Non-Operating Disbursements** | **$ -** | **$ -** | **$ 248,677** | **$ -** | **$ 840,800** | **$ 1,089,477** |
| 28.) **Net Cash Flow** | **$ 351,990** | **$ 804,040** | **$ (955,576)** | **$ 4,163,660** | **$ (1,164,622)** | **$ 3,199,491** |
| **VI. Liquidity Summary** | | | | | | |
| 29.) Beginning Cash Balance | $ 240,798 | $ 592,787 | $ 1,396,827 | $ 441,252 | $ 4,604,911 | $ 240,798 |
| 30.) Net Cash Flow | 351,990 | 804,040 | (955,576) | 4,163,660 | (1,164,622) | 3,199,491 |
| 31.) **Ending Cash Balance** | **$ 592,787** | **$ 1,396,827** | **$ 441,252** | **$ 4,604,911** | **$ 3,440,289** | **$ 3,440,289** |