**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Pacifica of the Valley Corporation,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11060 (TMH)<br><br>**Re: Docket No. 98** |

**ORDER GRANTING DEBTOR'S MOTION FOR ORDER SHORTENING NOTICE OF HEARING ON THE DEBTOR'S EMERGENCY MOTION TO (I) SELL HQAF RECEIVABLES TO L.A. CARE PURSUANT TO SECTION 363, (II) STIPULATE TO THE VALIDITY AND NON-AVOIDABILITY OF PREPETITION SALES OF HQAF RECEIVABLES TO L.A. CARE (III) GRANT L.A. CARE A RELEASE OF ANY ESTATE CLAIMS  (IV) GRANT ADMINISTRATIVE CLAIMS IN FAVOR OF L.A. CARE, (V) TO THE EXTENT NECESSARY MODIFY THE AUTOMATIC STAY AND (VI) GRANT RELATED RELIEF**

Upon the motion (the "Motion")[2] of the Debtor for entry of an order (this "Order") shortening notice of the Sale Motion requesting approval the sale of HQAF receivables to L.A. Care; the Court having reviewed the Motion and found that the relief requested therein is justified under the circumstances,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED.

2. The Sale Motion will be considered at a hearing on **August 3, 2026 at 10:00 a.m. (EST)**.   The hearing will take place **before the Honorable Thomas M. Horan in the United States Bankruptcy Court, 824 N. Market Street, Wilmington, DE 19801, Courtroom 7.**  This proceeding will be **conducted as a hybrid proceeding**.

---

[1] The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is: Pacifica of the Valley Corporation d/b/a Pacifica Hospital of the Valley (7312). The Debtor's mailing address is 9449 San Fernando Road, Sun Valley, CA 91352.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

3. Objections, if any, to the relief requested in the Sale Motion may be presented at **the hearing**.

4. The Court retains jurisdiction to construe and enforce the terms of this Order.

*Thomas M. Horan*

**Dated: July 30th, 2026**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**