**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Pacifica of the Valley Corporation,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11060 (TMH) |

**DEBTOR'S WITNESS AND EXHIBIT LIST FOR HEARING ON AUGUST 3, 2026 AT 10:00 A.M. (ET) (PREVAILING EASTERN TIME)**

The above-captioned debtor and debtor in possession (the "Debtor") hereby submits this Witness and Exhibit List in connection with the hearing scheduled for **August 3, 2026 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Thomas M. Horan at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801 (the "Hearing").

**WITNESSES**

The Debtor designates the following persons as witnesses in connection with the Hearing:

(1)    Peter Chadwick, Chief Restructuring Officer of the Debtor – Mr. Chadwick has submitted a declaration in support of *Debtor's Emergency Motion to (I) Sell HQAF Receivables to L.A. Care Pursuant to Section 363, (II) Stipulate to the Validity and Non-Avoidability of Pre-Petition Sales of HQAF Receivables to L.A. Care, (III) Grant L.A. Care a Release of any Estate Claims, (IV) Grant Administrative Claims in Favor of L.A. Care, (V) To the Extent Necessary Modify the Automatic Stay and (VI) Grant Related Relief* (the "Sale Motion").  The Debtor may call Mr. Chadwick to provide additional testimony regarding the same.

As of the time of filing of this Witness and Exhibit List, no other party has identified witnesses in connection with the matters to be heard at the Hearing.  To the extent that any party

---

1    The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is 7312. The Debtor's mailing address is 9449 San Fernando Road, Sun Valley, CA 91352.

1

designates witnesses, the Debtor reserves the right to cross-designate all witnesses so designated and reserves the right to call any necessary rebuttal or impeachment witnesses.

## **EXHIBITS**

The Debtor designates the following exhibits that may be used at the Hearing:

| Exhibit No. | Document Description | Docket No. |
| --- | --- | --- |
| 1. | Declaration of Peter Chadwick in Support of the Debtor's Sale Motion | 97 |
| 2. | Any exhibit necessary to establish the authenticity or admissibility of documents | |
| 3. | Any exhibit listed or introduced by any other party | |
| 4. | Any documents filed in the above-captioned bankruptcy cases | |
| 5. | Rebuttal and impeachment exhibits as necessary | |

The Debtor reserves the right to object to the entry into evidence of any exhibit, including those listed above.  The Debtor also reserves the right to amend, shorten, or supplement this Witness and Exhibit List prior to or during the Hearing.

2

Dated: July 30, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19899
Tel:    (302) 652-4100
Email: ljones@pszjlaw.com
         tcairns@pszjlaw.com

-and -


**DENTONS US LLP**
Tania M. Moyron (admitted *pro hac vice*)
Samuel R. Maizel (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Facsimile:  (213) 623-9924
Email:  tania.moyron@dentons.com
         samuel.maizel@dentons.com

John D. Beck (admitted *pro hac vice*)
Geoffrey Miller (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:  (212) 768-6800
Email:  john.beck@dentons.com
         geoffrey.miller@dentons.com

*Proposed Counsel to Debtor and Debtor in Possession*