**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>Pacifica of the Valley Corporation,[1]<br><br>    Debtor. | Chapter 11<br><br>Case No. 26-11060 (TMH) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 3, 2026 AT 10:00 A.M. (ET)[2] (PREVAILING EASTERN
TIME) BEFORE THE HONORABLE THOMAS M. HORAN IN THE
UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET
STREET, 5TH FLOOR, COURTROOM 7, WILMINGTON, DELAWARE 19801**

> **This proceeding will be conducted as a hybrid proceeding.  Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements.  Registration is required no later than one hour prior to the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

**<u>MATTER GOING FORWARD</u>**

1. Debtor's Emergency Motion to (I) Sell HQAF Receivables to L.A. Care Pursuant to Section 363, (II) Stipulate to the Validity and Non-Avoidability of Pre-Petition Sales of HQAF Receivables to L.A. Care, (III) Grant L.A. Care a Release of any Estate Claims, (IV) Grant Administrative Claims in Favor of L.A. Care, (V) To the Extent Necessary Modify the Automatic Stay and (VI) Grant Related Relief [Filed 7/29/26](Docket No. 97)

 <u>Response Deadline</u>:  at the hearing.

 <u>Responses Received</u>:  None to date

 <u>Related Documents</u>:

 a) Debtor's Motion for Order Shortening Notice of Hearing on the Debtor's Emergency Motion to (I) Sell HQAF Receivables to L.A. Care Pursuant to Section 363, (II) Stipulate

---

[1] The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is 7312. The Debtor's mailing address is 9449 San Fernando Road, Sun Valley, CA 91352.

[2] This Agenda contains hyperlinks to filed documents pursuant to the Court's *Interim Order RE: Cessation of Hand Deliveries*, dated March 13, 2020.  Parties may access the filed documents through the hyperlinks for a fee through the Court's website at https://www.deb.uscourts.gov.

to the Validity and Non-Avoidability of Pre-Petition Sales of HQAF Receivables to L.A. Care, (III) Grant L.A. Care a Release of any Estate Claims, (IV) Grant Administrative Claims in Favor of L.A. Care, (V) To the Extent Necessary Modify the Automatic Stay and (VI) Grant Related Relief [Filed 7/29/2026] (Docket No. 98)

b) Order Granting Debtor's Motion for Order Shortening Notice of Hearing on the Debtor's Emergency Motion to (I) Sell HQAF Receivables to L.A. Care Pursuant to Section 363, (II) Stipulate to the Validity and Non-Avoidability of Pre-Petition Sales of HQAF Receivables to L.A. Care, (III) Grant L.A. Care a Release of any Estate Claims, (IV) Grant Administrative Claims in Favor of L.A. Care, (V) To the Extent Necessary Modify the Automatic Stay and (VI) Grant Related Relief [Entered 7/30/26] (Docket No. 99)

c) Debtor's Witness and Exhibit List for Hearing on August 3, 2026 at 10:00 a.m. [Filed 7/30/26] (Docket No. 100)

Status: This matter is going forward.

Dated: July 30, 2026          **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19899
Tel:     (302) 652-4100
Email: ljones@pszjlaw.com
        tcairns@pszjlaw.com

-and -

**DENTONS US LLP**
Tania M. Moyron (*pro hac vice admitted*)
Samuel R. Maizel (*pro hac vice admitted*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
       samuel.maizel@dentons.com

John D. Beck (*pro hac vice admitted*)
Geoffrey Miller (*pro hac vice admitted*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com

2

geoffrey.miller@dentons.com

*Counsel to Debtor and Debtor in Possession*