## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Pacifica of the Valley Corporation, [1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11060 (TMH) |

### CERTIFICATE OF SERVICE

I, Andres Estrada, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtor in the above-captioned case.

On July 29, 2026, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Debtor's Emergency Motion to (I) Sell HQAF Receivables to L.A. Care Pursuant to Section 363, (II) Stipulate to the Validity and Non-Avoidability of Prepetition Sales of HQAF Receivables to L.A. Care (III) Grant L.A. Care a Release of any Estate Claims (IV) Grant Administrative Claims in Favor of L.A. Care, (V) to the Extent Necessary Modify the Automatic Stay and (VI) Grant Related Relief** [Docket No. 97]

- **Debtor's Motion for Order Shortening Notice of Hearing on the Debtor's Emergency Motion to (I) Sell HQAF Receivables to L.A. Care Pursuant to Section 363, (II) Stipulate to the Validity and Non-Avoidability of Prepetition Sales of HQAF Receivables to L.A. Care, (III) Grant L.A. Care a Release of any Estate Claims, (IV) Grant Administrative Claims in Favor of L.A. Care, (V) to the Extent Necessary Modify the Automatic Stay and (VI) Grant Related Relief** [Docket No. 98]

Dated: July 30, 2026

/s/ Andres Estrada
Andres Estrada
Verita
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is 7312. The Debtor's mailing address is 9449 San Fernando Road, Sun Valley, CA 91352.

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Landlord and Reliq Pacifica LLC and Beverly Gemini Investments, LLC | Buchalter LLP | Mary H. Rose | mrose@buchalter.com |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Ice Miller LLP | Christopher M. Samis, Aaron H. Stulman, Andrew C. Ehrmann | christopher.samis@icemiller.com; aaron.stulman@icemiller.com; andrew.ehrmann@icemiller.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| LA Care | L.A. Care Health Plan | Martha Santana-Chin, CEO | MSantana-Chin@lacare.org; AHaydel@lacare.org |
| Counsel to Reliq Pacifica LLC and Beverly Gemini Investments, LLC | Landis Rath & Cobb LLP | Matthew R. Pierce, Esq., George A. Williams, III, Esq. | pierce@lrclaw.com; williams@lrclaw.com |
| Counsel to Axios Capital Solutions, LLC | Law Office of Michael Eskander, PLC | Michael Eskander, Esq. | michael@eskanderlaw.com |
| Committee of Unsecured Creditors | McKesson Medical-Surgical, Inc. | Stephanie Hampton | Stephanie.Hampton@McKesson.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Hannah J McCollum | hannah.mccollum@usdoj.gov |
| Counsel to Axios Capital Solutions, LLC | Raines Feldman Littrell LLP | Carollynn H.G. Callari, Esquire | ccallari@raineslaw.com |
| Counsel to Axios Capital Solutions, LLC | Raines Feldman Littrell LLP | Hamid R. Rafatjoo, Esquire | HRafatjoo@RainesLaw.com |
| Counsel to Axios Capital Solutions, LLC | Raines Feldman Littrell LLP | Thomas J. Francella, Jr., Mark W. Eckard | tfrancella@raineslaw.com; meckard@raineslaw.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Committee of Unsecured Creditors | SEIU United Healthcare Workers-West | Kimberly Benzie | kbenzie@seiu-uhw.org |
| Committee of Unsecured Creditors | SERRA Community Medical Clinic d/b/a SERRA Medical Group | Senthil Durairaj | durairaj@serramedicalclinic.com |
| Top 30 Creditor, Committee of Unsecured Creditors | Sierra Health Group LLC | Rosanna Dovgala | rdovgala@sierrahealth.net |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Sills Cummis & Gross P.C. | Andrew H. Sherman, Esq., Boris I. Mankovetskiy, Esq. | asherman@sillscummis.com; bmankovetskiy@sillscummis.com |
| Committee of Unsecured Creditors | Sun Valley Emergency Physicians, P.C. | Dr. Andrew Kassinove | akassinove@apollomd.com |
| Counsel to McKesson Medical Surgical, Inc. | The Powell Firm, LLC | Jason C. Powell, Esquire, Thomas J. Reichert, Esquire | jpowell@delawarefirm.com; treichert@delawarefirm.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |