**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Pacifica of the Valley Corporation,[1] | Case No. 26-11060 (TMH) |
| Debtor. | **Hearing Date: August 3, 2026, at 10:00 a.m. (ET)** **Objection Deadline: At Hearing** **Re: Docket No. 97** |

**DECLARATION OF MATTHEW P. MILANA IN SUPPORT OF AXIOS CAPITAL SOLUTIONS, LLC's LIMITED OBJECTION TO DEBTOR'S EMERGENCY MOTION TO (I) SELL HQAF RECEIVABLES TO L.A. CARE PURSUANT TO SECTION 363, (II) STIPULATE TO THE VALIDITY AND NON-AVOIDABILITY OF PREPETITION SALES OF HQAF RECEIVABLES TO L.A. CARE, (III) GRANT L.A. CARE A RELEASE OF ANY ESTATE CLAIMS, (IV) GRANT ADMINISTRATIVE CLAIMS IN FAVOR OF L.A. CARE, (V) TO THE EXTENT NECESSARY MODIFY THE AUTOMATIC STAY AND (VI) GRANT RELATED RELIEF**

I, Matthew P. Milana, declare and state as follows:

The following facts are personally known to me, and if called to do so, I could and would competently testify thereto.

1.      I am a partner in the law firm of Raines Feldman Littrell LLP, counsel to Axios Capital Solutions, LLC ("**Axios**"), a secured creditor in the above-referenced case.  I submit this declaration in support of Axios's *Limited Objection* to the above-captioned debtor's (the "**Debtor**") *Emergency Motion to (i) sell HQAF receivables to L.A. Care Pursuant to Section 363, (ii) stipulate to the validity and non-avoidability of prepetition sales of HQAF receivables to L.A. Care, (iii) grant L.A. Care a release of estate claims, (iv) grant administrative claims in favor of L.A. Care, (v) to the extent necessary, modify the automatic stay, and (vi) grant related relief* [D.I. 97].

---

[1]  The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is: Pacifica of the Valley Corporation d/b/a Pacifica Hospital of the Valley (7312). The Debtor's mailing address is 9449 San Fernando Road, Sun Valley, CA 91352.

2

2. Attached hereto as **Exhibit A** is a true and correct copy of the *Main Street Priority Loan Agreement* dated as of December 10, 2020 among the Debtor and First Western Trust Bank ("**FWTB**").

3. Attached hereto as **Exhibit B** is a true and correct copy of Axios's UCC-1 financing statement with the Delaware Secretary of State, File No. 20254995547.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Sale and Assignment Agreement between FWTB and Axios, together with the related Promissory Note and Allonge.

5. Attached hereto as **Exhibit D** is a true and correct copy of Axios's *Amended Complaint* against Paul Tuft, *et al.*, filed on June 7, 2024, in the Superior Court of the State of California for the County of Los Angeles – West District (Case No. 23SMCV06029).

6. Attached hereto as **Exhibit E** is a true and correct copy of the *Institution Affiliation Agreement*, Joint Venture Agreement between Brain Health USA Van Nuys and Pacifica Hospital of the Valley, the Debtor.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 3, 2026          *Matthew P. Milana*
      Wilmington, Delaware          Matthew P. Milana (No. 6681)