# EXHIBIT B

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| ONLINESUPPORT@FICOSO.COM |

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

```
FIRST CORPORATE SOLUTIONS, INC
914 S STREET
SACREMENTO, CA 95811
US
```

**Delaware Department of State**
**U.C.C. Filing Section**
**Filed: 02:33 PM 12/24/2025**
**U.C.C. Initial Filing No: 2025 9887446**

**Service Request No:  20254995547**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| PACIFICA OF THE VALLEY CORPORATION | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 9449 SAN FERNANDO RD | SUN VALLEY | CA | 91352-1421 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| AXIOS CAPITAL SOLUTIONS, LLC, A DELAWARE LLC, AS ASSIGNEE OF THE CLAIM HELD BY FIRST WESTERN TRUST BANK | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| M. ESKANDER 1921 S. ALMA SCHOOL RD #310 | MESA | AZ | 85210 | US |

4. COLLATERAL: This financing statement covers the following collateral:

See attached Exhibit 1
Collateral Description - please see attached

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative | |
|---|---|---|
| 6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | 6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing | |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor | | |

8. OPTIONAL FILER REFERENCE DATA:
[UCC1-1735538] AXIOS GAH

International Association of Commercial Administrator

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

**EXHIBIT 1**

All of the Pacifica of the Valley Corporation's (the "Debtor") right, title and interest in, to, and under all personal property and other assets of the Debtor, whether now existing, owned by or owing to, or hereafter acquired by or arising in favor of the Debtor (including under any trade name or derivations of the Debtor), whether owned or consigned by or to, or leased from or to, the Debtor, and regardless of where located, together with any products, proceeds and payments, whether tangible or intangible, on account thereof, including, without limitation:

    i.    all Accounts;[1]
    ii.    all Chattel Paper;
    iii.    all Copyrights, Patents and Trademarks;
    iv.    all Documents;
    v.    all Equipment;
    vi.    all Fixtures;
    vii.    all General Intangibles;
    viii.    all Goods;
    ix.    all Instruments;
    x.    all Inventory;
    xi.    all Investment Property;
    xii.    all cash or cash equivalents;
    xiii.    all letters of credit, Letter-of-Credit Rights and Supporting Obligations;
    xiv.    all Deposit Accounts with any bank or other financial institution;
    xv.    all Commercial Tort Claims; and
    xvi.    all accessions to, substitutions for an replacements, proceeds (including Stock Rights), insurance proceeds and products of the foregoing, together with all books and records, customer lists, credit files, computer files, programs, printouts and other computer materials and records related thereto and any General Intangibles at any time evidencing or relating to any of the foregoing.

---

[1] All capitalized terms not defined herein shall have the meaning set forth in Article 9 of the UCC and the Pledge and Security Agreement entered between the Debtor and First Western Trust Bank.