# EXHIBIT C
## (Part 2)

## PROMISSORY NOTE

December [10], 2020

Denver, Colorado

FOR VALUE RECEIVED, PACIFICA OF THE VALLEY CORPORATION (the "**Borrower**") hereby promise to pay to the order of FIRST WESTERN TRUST BANK, as Lender, in lawful money of the United States, and in immediately available funds, the principal sum of THIRTY FIVE MILLION and No/100 Dollars ($35,000,000.00) or so much thereof as may be advanced to Borrower by the Lender from time to time, which shall be payable on the dates and in the principal amounts provided in the Loan Agreement (defined below), and to pay interest on the unpaid principal amount at such office, in like money and funds, for the period commencing on the date hereof until paid in full, at the rates per annum and on the dates provided in the Loan Agreement.

This Promissory Note (this "**Note**") evidences the Priority Loan referred to in that certain Main Street Priority Loan Agreement, dated as of even date herewith (as amended, restated, supplemented or otherwise modified and in effect from time to time, the "**Loan Agreement**"), by and among the Borrower, the other Loan Parties party thereto and Lender. Terms used but not defined in this Note have the respective meanings assigned to them in the Loan Agreement.

Borrower agrees to pay the principal sums advanced under this Note and interest on the unpaid principal sums advanced under this Note and all other amounts due under the Loan Agreement and the other Loan Documents from time to time outstanding, at the rates and at the times specified in the Loan Agreement.

In the event of default hereunder, the undersigned agree to pay all costs and expenses of collection, including reasonable attorneys' fees. The undersigned waive demand, presentment, notice of nonpayment, protest, notice of protest and notice of dishonor.

Any reference herein to the Lender shall be deemed to include and apply to every subsequent holder of this Note. Reference is made to the Loan Agreement for provisions concerning optional and mandatory prepayments, acceleration and other material terms affecting this Note.

**This Note shall be governed by and construed under the laws of the State of Colorado whose laws Borrower expressly elect to apply to this Note. Borrower agrees that any action or proceeding brought to enforce or arising out of this Note may be commenced in the state and federal courts located in the City and County of Denver, Colorado.**

[Signatures on following pages]

4811-6338-1203.1

1

BORROWER:

PACIFICA OF THE VALLEY CORPORATION

By: _Paul Tuft_____

Name: PAUL TUFT

Title: Executive Chairman

[Signature Page to Promissory Note]

4811-6338-1203.1

## ALLONGE

FOR VALUE RECEIVED, FIRST WESTERN TRUST BANK, a Colorado state banking corporation (the "Assignor") as of the date hereof, hereby endorswes, assigns, conveys and transfers unto AXIOS CAPITAL SOLUTIONS, LLC, a Delaware limited liabilty company (the "Assignee"), as defined in the Sale and Assignment Agreement between Assignor and Assignee, the within Note and any and all of the Assignor's right, title and interest in and to the Note and the right to collect all sums due thereunder. All terms used and not defined in this Allonge have the meaning given to them in the Note.

IN WITNESS WHEREOF, the undersigned has delivered this Allonge as of September 29, 2025.

**ASSIGNOR:**

First Western Trust Bank,
a Colorado corporation

By: _____
Name: Piper Pierce
Its: Authorized Agent

4899-6500-4394.1