# EXHIBIT E

BRAIN HEALTH USA
C E N T E R    n

## INSTITUTIONAL AFFILIATION AGREEMENT

### Brain Health USA Van Nuys

### And

### Pacifica Hospital of the Valley

This Joint Venture Agreement will serve as an official Agreement between **Brain Health USA Van Nuys** (hereafter the "**Sponsoring Institution**") and **Pacifica Hospital of the Valley** (hereinafter the "**Participating Institution**"). This Program Letter of Agreement is an educational statement that sets forth important points of agreement between the two parties involved.

This Affiliation Agreement is effective on **November 1, 2024** (regardless of the date of implementation) and will remain effective for **ten (10) years** or until updated, changed, or terminated by mutual agreement or by **Sponsoring Institution** through the recommendation of the DIO and the Program Director. Notification of termination of this Letter of Agreement by either **Sponsoring Institution** or the **Participating Institution** must be provided in written notice **90 days** prior to termination to the other party and shall be subject to the terms and conditions contained in the Affiliation Agreement(s). Either party may terminate the Agreement (subject to a thirty (30) day opportunity to cure) with ninety (90) days written notice of noncompliance with regulatory standards essential to resident safety or program integrity.

**Section 1**: RESPONSIBLE FOR RESIDENT EDUCATION

**Sponsoring Institution**
Name: Wakelin McNeel, MD                Name: George Yakoub, NP
Title: Program Director                 Title: Designated Institutional Official (DIO)
Department: Psychiatry                   Department: Graduate Medical Education

**Participating Institution**
Name: Precious Mayes
Title: Chief Executive Officer

**Responsibilities of Sponsoring Institution (Brain Health USA – Van Nuys)**
  **1.1. Maintain Ultimate Authority and Oversight**

-   Governance and Compliance: Maintain ultimate authority over all aspects of the Psychiatry Residency Program, ensuring compliance with ACGME standards.

-   Designated Institutional Official (DIO): Gorge Yakoub, MSN, will oversee compliance, monitor the quality of resident education, and ensure adherence to ACGME's Institutional, Common, and Psychiatry-specific Program Requirements.

-   Graduate Medical Education Committee (GMEC): Conduct regular meetings to review program performance, resident progress, and clinical learning environments, including training at Pacifica Hospital.

  **1.2. Provide Oversight of Residents at Pacifica Hospital**
-   Structured Educational Experiences: Ensure residents' educational experiences at Pacifica Hospital are structured, supervised, and aligned with ACGME competencies.

2

PACIFICA-00000717

- Supervision and Evaluation: Ensure adequate supervision, credentialing of faculty, and appropriate clinical activities for residents based on their level of training.
- Monitoring Compliance: Monitor duty hours, case diversity, and workload to ensure residents gain necessary experiences while maintaining patient safety and compliance with ACGME regulations.

### 1.3. Allocate Educational Resources

- Resource Provision: Allocate and maintain necessary resources for education, including physical facilities, educational tools, and administrative support.
- Access to Educational Tools: Provide residents at Pacifica Hospital access to medical libraries, electronic health records, and clinical resources necessary for their education.
- Amenities: Ensure residents have access to on-call rooms, meals, parking, and other basic amenities during their shifts at Pacifica Hospital.

### 1.4. Ensure Compliance with ACGME Requirements

- Accreditation Compliance: Ensure both the residency program and participating sites comply with all ACGME guidelines, including timely submission of accreditation reports and adherence to curriculum requirements.
- Faculty Training: Ensure faculty and staff involved in the residency program are appropriately trained in ACGME requirements and residency oversight, including evaluation methods and milestone assessments.

- Sponsoring Institution shall assume full responsibility for the training, credentialing, and oversight of residents.

### Responsibilities of the Participating Hospital (Pacifica Hospital of the Valley)

### 2.1 Provide Adequate Facilities and Supervision

- Clinical Facilities: Provide necessary facilities for residents' clinical education, including access to medical wards, psychiatric units, outpatient clinics, and consultation-liaison services.
- Resident Support: Ensure residents have adequate workspace, access to computers for clinical documentation, rest areas, and access to meals during long shifts or on-call rotations.

### 2.2 Assign Qualified Supervising Faculty

- Faculty Qualifications: Assign faculty members who are qualified to supervise resident rotations. Supervising faculty must be American Board of Medical Specialties (ABMS) or American Osteopathic Association (AOA) board-certified in their respective specialties.
- Faculty Appointments: Supervising faculty must be appointed as adjunct faculty at Brain Health USA-Van Nuys.
- Resident Evaluation: Faculty will provide competency-based evaluations and are responsible for assessing residents' clinical skills, professionalism, and progress toward meeting ACGME competencies.

### 2.3 Ensure Compliance with Accreditation and Legal Standards

- Accreditation Standards: Comply with all relevant accreditation standards, including ACGME, Centers for Medicare & Medicaid Services (CMS) regulations, and legal requirements such as the Health Insurance Portability and Accountability Act (HIPAA).

PACIFICA-00000718

- Program Administration: Collaborate with Brain Health USA-Van Nuys to ensure smooth administration of the residency program, providing necessary data for accreditation and compliance.

### 2.4 Support Resident Education

- Diverse Clinical Exposure: Ensure residents receive exposure to a diverse patient population with a variety of psychiatric and medical conditions.
- Educational Opportunities: Provide appropriate educational activities such as grand rounds, case conferences, and access to continuing medical education opportunities.

SECTION 2 : RESIDENCY PROGRAM INFORMATION

Name of the Residency Program: Brain Health USA-Van Nuys Psychiatry Residency Program

Rotations Provided by Participating Hospital (Pacifica Hospital Of The Valley)

- Pacifica Hospital Of The Valley will provide a range of clinical rotations for residents enrolled in the Brain Health USA-Van Nuys Psychiatry Residency Program, with a primary focus on four core rotations:
    - Inpatient Internal Medicine Service
    - Inpatient Psychiatry (Adult, and Child & Adolescent) Service
    - Consultation-Liaison Psychiatry
    - Emergency Psychiatry

### Section 3: EDUCATIONAL GOALS AND OBJECTIVES

The content of the resident's educational experiences at **Participating Institution** has been developed according to the ACGME program requirements, and include the goals and objectives delineated in the attached document (Exhibit I)

### Section 4: ASSIGNMENTS OF RESIDENTS AT THE PARTICIPATING INSTITUTION

To ensure that proper educational goals and objectives are obtained by the residents, the recommended educational assignments are described as follows:

**Rotation Name:** Internal Medicine
**Educational Level/Duration:** PGY-1/ 1-4 months
**Faculty: Farough Kerendi, MD**

**Rotation Name:** Inpatient Psychiatry (Adult, and Child & Adolescent)
**Educational Level/Duration**: PGY-1, PGY-2, PGY-3/ 1-6 months
**Faculty: Hiruy Gessesse, MD**

**Rotation Name:** Consultation-Liaison Psychiatry
**Educational Level/Duration:** PGY-2, PGY-3/ 2 months
**Faculty: Mehboob Makhani, MD**

**Rotation Name:** Emergency Psychiatry
**Educational Level/Duration:** PGY-2, PGY-3/ 1-month
**Faculty: Clifford Iriele, MD**

4

PACIFICA-00000719

**Section 5:** INSTITUTIONAL RESPONSIBILITY FOR TEACHING, SUPERVISION, AND EVALUATION OF RESIDENTS

The responsible parties as outlined above as appointed by the Program Director will be responsible for providing appropriate teaching of the residents along with providing adequate supervision of the residents during the course of their educational experience while rotating at the **Participating Institution** as described by both **Sponsoring Institution** and the **Participating Institution** medical staff policies. The resident's supervisors at the **Participating Institution** must provide appropriate supervision of residents in patient care activities and maintain a learning environment conducive to educating the resident in the competency areas, as applicable.

The designated individuals at the **Participating Institution** will be responsible for completing resident's performance evaluations and provide the **Sponsoring Institution** Program Director with the written **evaluation** of the performance of each resident at the end of the rotation or more frequently if needed.

**Section 6:** POLICIES AND PROCEDURES GOVERNING RESIDENTS

While rotating at the **Participating Institution**, the residents will be under the general direction of the **Sponsoring Institution** Graduate Medical Education Committee and the Program's Manual of Policies and Procedures. Residents are subject to all policies, rules, regulations, and procedures as outlined in the **Sponsoring Institution** GME House Staff Manual of Policies and Procedures (as amended from time to time). Residents are also subject to all policies, rules, regulations and procedures of **Participating Institution** as well as all governmental (federal, state, or local) laws, rules and regulations to which the Program, Sponsoring Institution and/or the Participating Institution may be subject, all as in effect or amended from time to time. Sponsoring Institution agrees to meet specific performance metrics and compliance benchmarks to be determined, including adherence to ACGME accreditation standards and duty hour limitations. Performance reviews will be conducted at least every six month, with prompt action required to address any deficiencies identified. In the event of failure to meet performance expectations after a reasonable opportunity to cure or in the event of any risk to patient or resident safety, Participating Institution may terminate the Agreement without penalty.

**Section 7:** RESIDENTS INSURANCE, BENEFITS:
While rotating at the **Participating Institution**, the residents are employees of the **Sponsoring Institution**. The **Sponsoring Institution** shall always be responsible for employment **benefits and salary** of Program Residents while rotating at the **Participating Institution**. The **Sponsoring Institution** shall provide and maintain throughout the educational training program Professional and General Liability to cover resident's activities at the **Participating Institution** facilities, for all its participating program residents and faculty members providing services within the scope of this agreement. Certificates of insurance showing the required coverage in the minimum amount of $1,000,000 per occurring and $3,000,000 aggregate shall be provided to the **Participating Institution** by the **Sponsoring Institution** upon request. Participating Institution reserves the right to audit and confirm the scope of coverage to ensure alignment with residency activities and associated risks.

With respect to benefits, Residents will be under the general direction of the Memorandum of Understanding between Los Angeles County and the Interns and Resident Physicians Employee Representation Unit currently in effect.

**Section 8:** CMS Funding Payment Structure and Allocation

5

Participating Institution's financial responsibility for residency-related educational costs shall be limited to those amounts mutually agreed in writing. Sponsoring Institution shall provide Participating Institution with a proposed annual budget for residency-related expenditures at the start of each fiscal year. All costs and capital expenditures borne by Participating Institution must receive Participating written approval before implementation. Participating Institution shall not be held financially responsible for any funding shortfalls from CMS or penalties due to compliance issues arising from documentation or reporting managed by Sponsoring Instituion. Sponsoring Institution agrees to bear responsibility for costs associated with any governmental audits, findings, or penalties related to residency training.

## 1. Medicare GME Payment Eligibility

- Pacifica Hospital of The Valley will be eligible to receive Direct Graduate Medical Education (DGME) and Indirect Medical Education (IME) payments from CMS for training services provided to residents enrolled in the Brain Health USA-Van Nuys Psychiatry Residency Program.

## 2. Direct Graduate Medical Education (DGME) Payments

- Full-Time Equivalent (FTE) Residents: Payments will be calculated based on the total number of FTE residents completing rotations at Pacifica Hospital.
- Per Resident Amount (PRA): The CMS-approved PRA will determine the amount Pacifica Hospital is eligible to receive per resident.
- Cost Allocation: DGME payments will first cover the direct costs incurred by Pacifica Hospital in supporting resident training, including faculty supervision, educational infrastructure, and administrative support.
- Additional Funding Allocation: Any DGME funds received, after coveringPacifica Hospital's direct costs,will be disbursed on the following allocation: 75% to Brain Health USA-Van Nuys to support additional resident-related costs such as salaries, benefits, and malpractice insurance; and 25% to Pacifica Hospital in recognition of its investment in clinical education infrastructure and support for the residency program."

## 3. Indirect Medical Education (IME) Payments

- Case Mix Index (CMI): IME payments will be calculated based on the complexity of care provided at Pacifica Hospital.
- Resident Participation: IME payments will increase with the number of residents participating in inpatient care.
- Medicare Inpatient Days: The proportion of Medicare inpatient days to total inpatient days will determine the IME payment allocation.
- Additional Funding Allocation: Any IME funds received that exceed Pacifica Hospital's direct costs related to resident training will be allocated to Brain Health USA-Van Nuys to cover resident-related expenses.

## 4. Submission of Resident Data

- Pacifica Hospital agrees to submit all required documentation to CMS, including the annual Medicare Cost Report, for the purpose of claiming DGME and IME payments. This includes providing accurate records of FTE resident counts and financial data detailing the costs incurred in supporting resident training.

## 5. Payment Disbursement

6

PACIFICA-00000721

- Direct Payments: Pacifica Hospital will receive payments directly from CMS based on approved funding levels and in accordance with CMS regulations.

- Allocation of Excess Funds: After covering its incurred costs for resident training, Pacifica Hospital will allocate any remaining CMS funding to Brain Health USA-Van Nuys to support additional residency-related costs.

- Funding Shortfalls: Brain Health USA-Van Nuys will not be responsible for any shortfall in funding but will assist Pacifica Hospital in meeting compliance requirements necessary for CMS funding eligibility.

## 6. Indemnification

- Both parties agree to defend, indemnify, and hold each other harmless from the indemnifying party's acts or omissions giving rise to claims, liabilities, and losses to the indemnified party in connection with this Agreement, including without limitation liabilities arisingnon-compliance with CMS funding regulations or errors in the submission of required documentation.

**Section 9**: ADDENDUMS This document contains:

- Exhibit I: Rotations Goals and Objectives

- Exhibit II: Duty Hours

7

PACIFICA-00000722

**Section 9**: <u>SIGNATURES</u>

## Sponsoring Institution

**Brain Health USA, Van Nuys**

14541 Delano St., Van Nuys, CA 91411, Tel 877-515 8113

### <u>Designated Institutional Official</u>

Signature: *George Yakoub*

Printed Name: Gorge Yakoub, MSN

Title: Designated Institutional Official

Date:      11/01/2024

### <u>Program Director</u>

Signature:

Printed Name:   Wakelin McNeel, MD

Title:     Program Director

Date:        11/05/2024

## Participating Institution

**Pacifica Hospital of the Valley**
9449 San Fernando Rd. Sun Valley CA 91352, Tel. (818) 767-3310

### <u>Site Director</u>

Signature:

Printed Name: Precious Mayes

Title: Chief Executive Officer

Date: November 1, 2024

8

PACIFICA-00000723

Exhibit I
**Rotation Name:** Internal Medicine
**Educational Level/Duration:** PGY-1/ 1-4 months

## GOALS

1. Gain proficiency in evaluating and managing common medical conditions in adults, essential for comprehensive psychiatric care.
2. Recognize and manage medical comorbidities in psychiatric patients, understanding the interplay between physical and mental health.
3. Formulate differential diagnoses and effective treatment plans for medical conditions, integrating evidence-based practices.
4. Provide patient care that is safe, effective, timely, patient-centered, and equitable.
5. Demonstrate the ACGME competencies, incorporating feedback into clinical practice for continuous improvement.

## OBJECTIVES

### PATIENT CARE

1. Perform thorough medical histories and physical examinations, including relevant mental status evaluations.
2. Formulate accurate differential diagnoses and management plans for common medical conditions.
3. Recognize and initiate management of acute medical emergencies.
4. Educate patients and families about medical conditions, treatments, and preventive health strategies.
5. Coordinate care with other healthcare professionals, making appropriate referrals when necessary.
6. Maintain accurate, timely, and comprehensive medical records.

### MEDICAL KNOWLEDGE

1. Demonstrate knowledge of pathophysiology, presentation, and management of common internal medicine conditions.
2. Understand indications, contraindications, side effects, and interactions of medications used in internal medicine.
3. Recognize how medical conditions affect psychiatric symptoms and vice versa.
4. Apply current scientific evidence to clinical decision-making.
5. Understand principles of disease prevention and health promotion.

### INTERPERSONAL AND COMMUNICATION SKILLS

1. Communicate clearly and compassionately with patients, families, and the healthcare team.
2. Build rapport with patients, demonstrating empathy and cultural sensitivity.
3. Work effectively within multidisciplinary teams to optimize patient care.
4. Educate patients and families, advocating for their needs within the healthcare system.
5. Present patient cases effectively, both orally and in writing.

PACIFICA-00000724

## PROFESSIONALISM

1. Demonstrate integrity, respect, and adherence to ethical principles, including patient confidentiality and informed consent.
2. Exhibit reliability in fulfilling professional duties and commitments.
3. Show sensitivity to diverse patient populations, respecting differences in culture, age, gender, and socioeconomic status.
4. Maintain appropriate boundaries with patients and colleagues.
5. Recognize personal limitations and seek guidance when necessary.

## SYSTEMS-BASED PRACTICE

1. Understand how patient care is influenced by the healthcare system, including resource allocation.
2. Practice judicious use of healthcare resources without compromising quality.
3. Advocate for patients' needs and navigate system complexities on their behalf.
4. Participate in efforts to identify and address system errors to enhance patient safety.
5. Facilitate continuity of care across different settings and providers.

## PRACTICE-BASED LEARNING AND IMPROVEMENT

1. Continuously assess one's own performance and identify areas for improvement.
2. Actively seek and integrate feedback from supervisors and peers.
3. Engage in ongoing learning activities to stay current with medical advancements.
4. Utilize medical literature to inform clinical practice and decision-making.
5. Participate in the education of patients, families, and healthcare professionals.

**Rotation Name:** Inpatient Psychiatry
**Educational Level/Duration:** PGY-1, PGY-2, PGY-3/ 1-6 months

### GOALS

1. Manage acute psychiatric conditions in an inpatient setting with increasing autonomy.
2. Develop advanced diagnostic skills using DSM-5 criteria for diverse psychiatric disorders.
3. Formulate and implement effective, individualized treatment plans.
4. Manage psychiatric crises, including risk assessments for suicide and aggression.
5. Work effectively within a multidisciplinary team to provide holistic care.

### OBJECTIVES

## PATIENT CARE

1. Conduct thorough psychiatric assessments, including history, mental status examination, and risk assessment.
2. Accurately diagnose psychiatric disorders and develop biopsychosocial formulations.
3. Implement treatment plans incorporating psychopharmacology, psychotherapy, and psychosocial interventions.
4. Recognize and manage psychiatric emergencies, ensuring patient and staff safety.
5. Engage families in the treatment process, providing education and support.

PACIFICA-00000725

6. Maintain detailed and timely clinical records, including treatment plans and progress notes.

## MEDICAL KNOWLEDGE

1. Understand the signs, symptoms, and course of major psychiatric disorders.
2. Demonstrate knowledge of psychiatric medications, including mechanisms, side effects, and interactions.
3. Apply principles of various psychotherapeutic modalities appropriate for inpatient settings.
4. Recognize and manage medical comorbidities and their impact on psychiatric care.
5. Understand legal aspects of inpatient care, including involuntary hospitalization and patients' rights.

## INTERPERSONAL AND COMMUNICATION SKILLS

1. Build and maintain therapeutic alliances with patients from diverse backgrounds.
2. Communicate effectively with team members, contributing to collaborative care planning.
3. Explain diagnoses and treatment options clearly to patients and families.
4. Navigate challenging interpersonal dynamics with patients and team members professionally.
5. Demonstrate leadership in team meetings and when supervising junior trainees.

## PROFESSIONALISM

1. Uphold ethical standards, including confidentiality and informed consent.
2. Display reliability, punctuality, and responsibility in clinical duties.
3. Provide culturally competent care, respecting diversity in all forms.
4. Recognize signs of burnout and employ strategies for personal well-being.
5. Serve as a role model and mentor for junior residents and students.

## SYSTEMS-BASED PRACTICE

1. Use hospital resources effectively to provide optimal patient care.
2. Plan for discharge, coordinating with outpatient providers and community resources.
3. Participate in initiatives to improve inpatient care processes and outcomes.
4. Advocate for patient access to necessary services and support systems.
5. Understand policies affecting inpatient psychiatric care.

## PRACTICE-BASED LEARNING AND IMPROVEMENT

1. Regularly reflect on clinical experiences to identify learning needs.
2. Use feedback to refine clinical skills and knowledge.
3. Engage in case discussions, journal clubs, and research projects.
4. Educate patients, families, and healthcare learners about psychiatric conditions.
5. Identify areas for system improvement and contribute to solutions.

**Rotation Name:** Consultation-Liaison Psychiatry
**Educational Level/Duration:** PGY-2, PGY-3/ 2 months

## GOALS

1. Provide expert psychiatric consultation to medical and surgical services.
2. Manage psychiatric conditions in medically ill patients, integrating care plans.

11

PACIFICA-00000726

3. Enhance collaboration skills with a range of healthcare professionals.
4. Navigate complex clinical situations involving medical and psychiatric comorbidities.
5. Demonstrate advanced competencies in consultation-liaison psychiatry.

## OBJECTIVES

### PATIENT CARE

1. Perform timely and thorough psychiatric evaluations upon consultation requests.
2. Assess and manage psychiatric symptoms influenced by medical conditions and treatments.
3. Provide clear, evidence-based recommendations to primary teams.
4. Discuss findings and plans with patients and families sensitively and effectively.
5. Ensure continuity of care, including appropriate referrals and coordination with outpatient providers.

### MEDICAL KNOWLEDGE

1. Understand neuropsychiatric aspects of medical illnesses.
2. Manage psychiatric medications considering medical comorbidities.
3. Recognize and treat acute cognitive disturbances.
4. Identify and manage conditions where psychological factors affect physical symptoms.
5. Navigate consent, capacity evaluations, and end-of-life issues.

### INTERPERSONAL AND COMMUNICATION SKILLS

1. Communicate psychiatric assessments and recommendations clearly to consulting teams.
2. Work collaboratively within multidisciplinary teams to enhance patient care.
3. Provide education to non-psychiatric clinicians about psychiatric aspects of patient care.
4. Address disagreements with consulting teams professionally.
5. Prepare concise and informative consultation notes.

### PROFESSIONALISM

1. Demonstrate respect for patients' values and preferences.
2. Apply ethical principles in complex medical-psychiatric scenarios.
3. Acknowledge and address cultural factors influencing patient care.
4. Be accountable for timely responses to consultation requests.
5. Reflect on professional behavior and strive for continuous improvement.

### SYSTEMS-BASED PRACTICE

1. Understand hospital systems to facilitate efficient patient care.
2. Utilize hospital and community resources to support patients' needs.
3. Be knowledgeable about hospital policies affecting consultation-liaison practice.
4. Participate in efforts to improve consultation services.
5. Advocate for integrated care addressing both medical and psychiatric needs.

### PRACTICE-BASED LEARNING AND IMPROVEMENT

1. Learn from complex cases to enhance clinical skills.
2. Apply current research findings to patient care.

PACIFICA-00000727

3. Use feedback from peers and supervisors to refine consultation skills.
4. Educate healthcare team members about psychiatric issues.
5. Identify areas for

**Rotation Name:** Emergency Psychiatry
**Educational Level/Duration:** PGY-2, PGY-3/ 1 months

## GOALS

1. Master rapid assessment techniques for psychiatric emergencies.
2. Develop effective strategies for managing acute psychiatric crises.
3. Enhance skills in assessing and mitigating risks of harm to self or others.
4. Understand legal considerations in emergency psychiatric care.
5. Maintain professionalism in high-stress situations and practice self-care.

## OBJECTIVES

### PATIENT CARE

1. Conduct efficient psychiatric assessments in emergency settings.
2. Evaluate suicide, homicide, and other safety risks thoroughly.
3. Implement immediate interventions for acute psychiatric symptoms.
4. Determine appropriate levels of care and facilitate transfers or discharges.
5. Work with law enforcement, crisis teams, and medical staff to ensure patient and public safety.

### MEDICAL KNOWLEDGE

1. Recognize presentations of acute psychosis, severe mood disorders, and substance-related crises.
2. Understand pharmacologic and non-pharmacologic interventions suitable for emergencies.
3. Identify medical conditions that can present as psychiatric emergencies.
4. Manage intoxication, withdrawal, and overdose situations.
5. Comprehend involuntary commitment laws and patients' rights in emergencies.

### INTERPERSONAL AND COMMUNICATION SKILLS

1. Utilize verbal and non-verbal techniques to calm agitated patients.
2. Provide concise information to patients, families, and team members under time constraints.
3. Collaborate effectively with emergency department personnel and first responders.
4. Ensure legal and clinical documentation meets standards for emergency care.
5. Address cultural and linguistic needs during crisis interventions.

### PROFESSIONALISM

1. Maintain ethical standards despite high-stress conditions.
2. Show empathy towards patients in crisis, respecting their dignity.
3. Recognize personal stress responses and seek support when needed.
4. Adhere to mandatory reporting requirements and legal obligations.
5. Uphold professional boundaries even in challenging interactions.

### SYSTEMS-BASED PRACTICE

13

1. Efficiently use emergency services and community resources.
2. Facilitate smooth transitions between emergency and other levels of care.
3. Apply departmental protocols and procedures appropriately.
4. Contribute to a safe environment for patients and staff.
5. Advocate for system improvements to enhance emergency psychiatric care.

## PRACTICE-BASED LEARNING AND IMPROVEMENT

1. Analyze emergency cases to improve future practice.
2. Stay updated on emergency psychiatry best practices.
3. Participate in initiatives to improve emergency care processes.
4. Seek and utilize feedback to enhance crisis management skills.
5. Share knowledge with peers and staff through teaching moments.

PACIFICA-00000729

Exhibit II
ACGME Duty Hours 2024
**Resident/Fellow Duty Hours and the Working Environment**

1. **Supervision of Residents**

Patient care will be supervised by qualified faculty. The program director will ensure, direct, and document adequate supervision of residents always. Residents/fellows will be provided with rapid, reliable systems for communicating with supervising faculty. Faculty schedules will be structured to provide residents with continuous supervision and consultation. Faculty and residents will be educated to recognize the signs of fatigue and adopt and apply policies to prevent and counteract the potential negative effects.

2. **Duty Hours - GRADUATE MEDICAL EDUCATION**

The Designated Institutional Official, the GMEC and each Program Director are responsible for establishing guidelines regarding intern/resident's duty hours. Respectively these guidelines must follow ACGME Basic Standards and communicated to the house staff.

I. The base institution, DIO, and program directors shall make every effort to stay away from scheduling excessive work hours leading to sleep deprivation, fatigue or inability to conduct personal activities. The institutional policies will be reported in the GME house staff manual and be available for review at all program's site reviews. Evidence of review of the resident's duty hours by the medical education committee shall occur quarterly.

II. The trainee shall not be assigned to work physically on duty in excess of 80 hours per week averaged over a 4-week period, inclusive of in-house night call and any allowed moonlighting. No exceptions to this policy shall be permitted.

III. The trainee **should not work** more than **24 consecutive hours**. Grants for already initiated clinical care, transfer of care, educational debriefing and formal didactic activities may occur, however **shall not exceed 4 additional hours** and will be reported by the resident in writing with rationale to the DIO/program director and reviewed by the GMEC for monitoring individual residents and program.

These allowances are not permitted for PGY-1 trainees. Residents **shall not assume responsibility** for a new patient or any new clinical activity **after working 24 consecutive hours.**

IV. The trainee will **have 48-hour periods off** on alternate weeks, or at least **one 24-hour period** off each week and shall have no call responsibility during that time.

V. Upon conclusion of a 20-24-hour duty shift, trainees **shall have a minimum of 12 hours** off before being required to be on duty or on call again. Upon completing a duty period of at least 12 but less than 20 hours, **a minimum period of 10 hours** off shall be provided.

VI. All off-duty time shall be **totally free** from clinical, on call and educational activity.

VII. Rotations in which a trainee is assigned to Emergency Department duty shall ensure that trainees **work no longer than 12 hour shifts** with **no more than 2 additional hours for transfer of care** and any educational activities and must be reported by the resident in writing to the DIO/program director and reviewed by the MEC for monitoring individual residents and program.

VIII. In cases where a trainee is occupied in patient responsibility which cannot be interrupted at the duty hour limits, additional coverage shall be assigned as soon as possible by the attending staff to relieve the resident involved. Patient care responsibility **is not** precluded by the duty hour's policy.

IX. The trainee shall not be assigned to in-hospital call more often than **every third night** averaged over any consecutive four-week period.
   - Home call is not subject to this policy; however, it must satisfy the requirement for time off.
   - Any time spent returning to the hospital shall be included in the **80-hour** maximum limit.

X. The institution shall provide comfortable sleep facilities to trainees who are excessively fatigued

1

PACIFICA-00000730

at shift conclusion to safely drive, at the trainee's request.

XI. There shall be always appropriate supervision and backup established for the on-call intern/resident.

XII. **Moonlighting** shall not interfere with the ability of the resident to achieve the objectives of the program. Time spent by residents in Internal and External Moonlighting must be **counted towards the 80-hour** Maximum Weekly Hour Limit. **PGY 1** resident cannot moonlight.

XIII. **Fatigue**: Our training programs will instruct all faculty members and residents to recognize the signs of fatigue and sleep deprivation; educate all faculty members and residents in alertness management and fatigue mitigation processes; and, adopt fatigue mitigation processes to manage the potential negative effects of fatigue on patient care and learning, such as naps or back-up call schedules.

PACIFICA-00000731



## BRAIN HEALTH USA
### C E N T E R

## PROGRAM LETTER OF AGREEMENT (PLA)

### Brain Health USA Van Nuys
### And

### Dr. Awada Medical Group

This Program Letter of Agreement will serve as an official Agreement between **Brain Health USA Van Nuys** (hereafter the "**Primary Training Site**") and **Dr. Awada Medical Group** (hereinafter the "**Participating Institution**"). This Program Letter of Agreement is an educational statement that sets forth important points of agreement between the two parties involved.

This Letter of Agreement is effective on 2/27/2024 (regardless of the date of implementation) and will remain effective for **ten (10) years** or until updated, changed, or terminated by **Primary Training Site** through the recommendation of the DIO and the Program Director. Notification of termination of this Letter of Agreement by either **Primary Training Site** or the **Participating Institution** must be provided in written notice **90 days** prior to termination to the other party and shall be subject to the terms and conditions contained in the Affiliation Agreement(s).

**Section 1**: RESPONSIBLE FOR RESIDENT EDUCATION

**Primary Training Site**

Name:  Wakelin McNeel, MD
Title:    Program Director
Department: Psychiatry

Name: George Yakoub, NP
Title: Designated Institutional Official (DIO)
Department: Graduate Medical Education

**Participating Institution**
Name: Awada Ali, MD
Title: Affiliate Site Director

**Responsibilities of Primary Training Site Residency Program Director**
The **Primary Training Site** Program Director is ultimately responsible for the content and conduct of educational activities at all training sites, including outside rotations at the **Participating Institution**. The **Primary Training Site** Program Director and the program's faculty determines the educational goals and objectives of the resident's rotations at **Participating Institution**. The **Primary Training Site** Program Director shall develop the curriculum, approve teaching staff, and assign residents to ensure an educational experience which meets the program's goals and objectives following the Requirements of the Essentials of Accredited Residencies.

**Responsibilities of Local Resident Site Director/Supervisor at Participating Institution**
The **Participating Institution** shall appoint a **Site Director** and resident's supervisors in collaboration with the Primary Training Site Respective Program Director and shall be identified in the respective Program Letter of Agreement (PLA). The **Site Director** is responsible for the day-to-day oversight of resident activities in collaboration with the **Primary Training Site** Program Director. This includes such activities as scheduling, training, supervision, evaluations, lecture, and monitor work hours (following Accreditation Council for Graduate Medical Education's (ACGME) duty hour requirements), etc. The resident supervisor shall maintain a learning environment conducive to educating the residents in the core competency areas and consistent with the ACGME requirements.

**Section 2:** <u>EDUCATIONAL GOALS AND OBJECTIVES</u>
The content of the resident's educational experiences at **Participating Institution** has been developed according to the ACGME program requirements, and include the goals and objectives delineated in the attached document (Exhibit I)

**Section 3:** <u>ASSIGNMENTS OF RESIDENTS AT THE PARTICIPATING INSTITUTION</u>
To ensure that proper educational goals and objectives are obtained by the residents, the recommended educational assignments are described as follows:

**Rotation Name:** Pediatrics
**Educational Level/Duration:** PGY-1; 16 weeks.
**Faculty:** Ali Awada M.D. (Pediatrics)

**Section 4:** <u>INSTITUTIONAL RESPONSIBILITY FOR TEACHING, SUPERVISION, AND EVALUATION OF RESIDENTS</u>
The responsible parties as outlined above as appointed by the Program Director will be responsible for providing appropriate teaching of the residents along with providing adequate supervision of the residents during the course of their educational experience while rotating at the **Participating Institution** as described by both **Primary Training Site** and the **Participating Institution** medical staff policies. The resident's supervisors at the **Participating Institution** must provide appropriate supervision of residents in patient care activities and maintain a learning environment conducive to educating the resident in the competency areas, as applicable.

The designated individuals at the **Participating Institution** will be responsible for completing resident's performance evaluations and provide the **Primary Training Site** Program Director with the written **evaluation** of the performance of each resident at the end of the rotation or more frequently if needed.

**Section 5:** <u>POLICIES AND PROCEDURES GOVERNING RESIDENTS</u>

While rotating at the **Participating Institution**, the residents will be under the general direction of the **Primary Training Site** Graduate Medical Education Committee and the Program's Manual of Policies and Procedures. Residents are subject to all policies, rules, regulations, and procedures as outlined in the **Primary Training Site** GME House Staff Manual of Policies and Procedures (as amended from time to time). Residents are also subject to all policies, rules, regulations and procedures of **Participating Institution** as well as all governmental (federal, state, or local) laws, rules and regulations to which the Program, Primary Training site and/or the Participating Institution may be subject, all as in effect or amended from time to time.

**Section 6:** <u>RESIDENTS INSURANCE, BENEFITS:</u>

While rotating at the **Participating Institution**, the residents are employees of the **Primary Training Site**. The **Primary Training Site** shall always be responsible for employment **benefits and salary** of Program Residents while rotating at the **Participating Institution**. The **Primary Training Site** shall provide and maintain throughout the educational training program Professional and General Liability to cover resident's activities at the **Participating Institution** facilities, for all its participating program residents and faculty members providing services within the scope of this agreement. Certificates of insurance showing the required coverage shall be provided to the **Participating Institution** by the **Primary Training Site** by request. With respect to benefits, Residents will be under the general direction of the Memorandum of Understanding between Los Angeles County and the Interns and Resident Physicians Employee Representation Unit currently in effect.

**Section 7:** <u>ADDENDUMS</u>
This document contains:
- Exhibit I: Rotations Goals and Objectives
- Exhibit II: Duty Hours

2

PACIFICA-00000733

## Section 8: SIGNATURES

### Primary Training Site

**Brain Health USA, Van Nuys**
14541 Delano St., Van Nuys, CA 91411, Tel 877-515-8113

### Designated Institutional Official

Signature: _____

Printed Name: _____George Yakoub, NP_____

Title: Designated Institutional Official

Date: _10/16/2024_

### Program Director

Signature: _____

Printed Name: _____Wakelin McNeel, M.D_____

Title: _____Program Director_____

Date: _____10/25/24_____

### Participating Institution

**Dr. Awada Medical Group Site Director**
11633 Hawthorne Blvd Hawthorne, CA 90250, Tel 310-355-0054

### Site Director

Signature: _____

Printed Name: _____Awada, Ali, M.D_____

Title: _M D_ _Affiliate Site Director_____

Date: _10/16/2024_

3

Exhibit I
**Rotation Name:** Pediatrics
**Educational Level/Duration:** PGY-1 /4 months

## Goals and Objectives

### Goals and Objectives for Patient Care (PC)

| PC Goal | Objective | Learning Activities | Evaluation Tools | Milestone Subcompetency | PGY1 Responsibilities |
|---|---|---|---|---|---|
| **PC Goal #1:** Provide comprehensive pediatric evaluations for patients presenting with medical and behavioral symptoms in the outpatient setting. | Perform detailed pediatric assessments, including growth charts and developmental milestones. | Direct patient care under supervision. | Faculty evaluations, self-assessment quizzes, case presentations, direct observations | PC1: Gather accurate pediatric histories and exam findings. | Conduct assessments under direct supervision |
| | Develop differential diagnoses for common and complex pediatric presentations | Role-play scenarios. | Faculty evaluations, self-assessment quizzes | PC2: Develop appropriate pediatric differential diagnoses. | Assist in diagnostic formulation with attending oversight |
| | Formulate evidence-based treatment plans. | Supervised interviews. | Faculty evaluations, patient feedback | PC3: Formulate treatment plans for outpatient pediatric patients. | Create treatment plans independently, with attending review |

4

PACIFICA-00000735

| | Manage patients experiencing pediatric emergencies. | Emergency simulations. | Faculty evaluations, direct observation | PC4: Manage acute pediatric crises. | Assist in managing crises under supervision |
|---|---|---|---|---|---|
| **PC Goal #2:** Coordinate care with multidisciplinary teams, ensuring comprehensive management of pediatric conditions. | Collaborate with healthcare professionals | Multidisciplinary care team meetings, role-play | Faculty evaluations, patient feedback, direct observation | PC5: Work with healthcare teams to ensure comprehensive care | Observe team discussions, participate under attending supervision |
| | Facilitate transitions of care | Case management discussions, discharge planning | Faculty evaluations, case presentations, direct observation | PC6: Ensure continuity of care | Assist with care transitions under supervision |

**Table 3: Goals and Objectives for Medical Knowledge (MK)**

| MK Goal | Objective | Learning Activities | Evaluation Tools | Milestone Subcompetency | PGY1 Responsibilities |
|---|---|---|---|---|---|
| **MK Goal #1:** Acquire and apply knowledge of pediatric conditions in outpatient settings. | Understand diagnostic criteria for major pediatric conditions. | Didactic sessions, case discussions, and review of AAP guidelines. | Faculty evaluations, case presentations, self-assessment quizzes | MK1: Apply diagnostic criteria for pediatric conditions. | Learn pediatric diagnoses under attending guidance. |

5

PACIFICA-00000736

| | Understand developmental stages and their implications on health.Underst and the impact of family and social context on child health. | Didactic sessions, case discussions, review of AAP guidelines, and family dynamics seminars. | Faculty evaluations, self-assessment quizzes | MK2: Understand developmental and social aspects of child health. | Develop knowledge through study and discussion. |
| MK Goal #2: Stay updated on evolving treatments in pediatrics. | Apply evidence-based guidelines for pediatric disorders.Unde rstand vaccination schedules and preventive care measures. | Journal club, literature reviews, and preventive care workshops. | Faculty evaluations, self-assessment quizzes, journal club participation. | MK3: Implement evidence-based treatments in pediatrics. | Participate in evidence-based management under attending review |

**Table 4: Goals and Objectives for Systems-Based Practice (SBP)**

| SBP Goal | Objective | Learning Activities | Evaluation Tools | Milestone Subcompetency | PGY1 Responsibilities |
|---|---|---|---|---|---|

6

PACIFICA-00000737

| SBP Goal #1: Understand healthcare systems in outpatient pediatric care. | Recognize the role of healthcare systems in pediatric care, including insurance and community resources. | Healthcare systems lectures, insurance and resource seminars | Faculty evaluations, self-assessment quizzes | SBP1: Understand healthcare systems relevant to pediatrics. | Observe and participate in the coordination of care |
|---|---|---|---|---|---|
| | Coordinate care with outpatient providers, schools, and social services. | School health interface discussions. | Faculty evaluations, direct observations, case presentations | SBP3: Ensure continuity of care across systems. | Assist with care coordination under supervision |

**Table 5: Goals and Objectives for Practice-Based Learning and Improvement (PBLI)**

| PBLI Goal | Objective | Learning Activities | Evaluation Tools | Milestone Subcompetency | PGY1 Responsibilities |
|---|---|---|---|---|---|
| **PBLI Goal #1:** Improve clinical practice through feedback and self-reflection | Reflect on clinical performance, identifying strengths and areas for improvement | Self-assessment quizzes, faculty mentorship | Self-reflection reports, faculty feedback | PBLI1: Use self-reflection and feedback for improvement | Engage in guided self-reflection with attending feedback |

**Table 6: Goals and Objectives for Professionalism (PROF)**

| PROF Goal | Objective | Learning Activities | Evaluation Tools | Milestone Subcompetency | PGY1 Responsibilities |
|---|---|---|---|---|---|
| | | | | | |

7

PACIFICA-00000738

| PROF Goal #1: Demonstrate professionalism in patient interactions | Show respect, integrity, and compassion | Simulation labs, role-playing, family meeting workshops | Faculty and patient feedback, direct observation | PROF1: Display professionalism in all interactions | Demonstrate professionalism in all patient interactions |

**Table 7: Goals and Objectives for Interpersonal and Communication Skills (ICS)**

| ICS Goal | Objective | Learning Activities | Evaluation Tools | Milestone Subcompetency | PGY1 Responsibilities |
|---|---|---|---|---|---|
| ICS Goal #1: Demonstrate effective communication with patients, families, and healthcare professionals | Effectively communicate medical information in a clear and compassionate manner | Communication skills workshops | Faculty evaluations, patient and family feedback, direct observation | ICS1: Communicate effectively with patients and families | Participate in patient communication with direct oversight |
| | Establish rapport with pediatric patients and their families. | Family meeting simulations and team-building exercises | Faculty evaluations, patient and family feedback, direct observation | ICS2: Work effectively as a team member. Participate in patient communication with direct oversight | Engage in team discussions under supervision. |

**Table 8: Learning Activities and Evaluation Tools**

| Learning Activity | Description |
|---|---|
| Direct Patient Care | Conduct outpatient pediatric assessments, manage common conditions, and provide follow-up care under supervision. |
| Role-Play and Simulation Labs | Simulations for pediatric emergencies and communication with children and families. |

8

PACIFICA-00000739

| | |
|---|---|
| Didactic Sessions and Case Discussions | Weekly sessions to enhance understanding of pediatric conditions and their management. |
| Workshops | Focus on preventive care, vaccination, developmental screenings, and family dynamics. |
| Journal Club and Literature Reviews | Weekly reviews of the latest literature on pediatric medicine and its intersection with psychiatry. |

| Evaluation Tool | Description |
|---|---|
| Faculty Evaluations | Regular feedback from Dr. Awada Ali based on direct observation and case reviews. |
| Self-Assessment Quizzes | Periodic quizzes to assess the resident's knowledge and clinical skills. |
| Case Presentations | Formal case presentations during didactics and interdisciplinary meetings. |
| Direct Observations | Assessment of resident's ability to perform pediatric exams and manage care. |
| Patient and Family Feedback | Feedback on communication skills and professionalism from patients and peers. |
| Milestone-Based Competency Evaluations | Residents' progress tracked through milestone-based competency evaluations. |

9

PACIFICA-00000740

Exhibit II

ACGME Duty Hours 2024

**Resident/Fellow Duty Hours and the Working Environment**

1. **Supervision of Residents**

Patient care will be supervised by qualified faculty. The program director will ensure, direct, and document adequate supervision of residents always. Residents/fellows will be provided with rapid, reliable systems for communicating with supervising faculty. Faculty schedules will be structured to provide residents with continuous supervision and consultation. Faculty and residents will be educated to recognize the signs of fatigue and adopt and apply policies to prevent and counteract the potential negative effects.

## 2. Duty Hours - GRADUATE MEDICAL EDUCATION

The Designated Institutional ●fficial, the GMEC and each Program Director are responsible for establishing guidelines regarding intern/resident's duty hours. Respectively these guidelines must follow ACGME Basic Standards and communicated to the house staff.

I.   The base institution, DIO, and program directors shall make every effort to stay away from scheduling excessive work hours leading to sleep deprivation, fatigue or inability to conduct personal activities. The institutional policies will be reported in the GME house staff manual and be available for review at all program's site reviews. Evidence of review of the resident's duty hours by the medical education committee shall occur quarterly.

II.  The trainee shall not be assigned to work physically on duty in excess of 80 hours per week averaged over a 4-week period, inclusive of in-house night call and any allowed moonlighting. No exceptions to this policy shall be permitted.

III. The trainee **should not work** in excess of **24 consecutive hours**. Grants for already initiated clinical care, transfer of care, educational debriefing and formal didactic activities may occur, however **shall not exceed 4 additional hours** and will be reported by the resident in writing with rationale to the DIO/program director and reviewed by the GMEC for monitoring individual residents and program.

These allowances are not permitted for PGY-1 trainees. Residents **shall not assume responsibility** for a new patient or any new clinical activity **after working 24 consecutive hours.**

IV.  The trainee will **have 48-hour periods off** on alternate weeks, or at least **one 24-hour period** off each week and shall have no call responsibility during that time.

V.   Upon conclusion of a 20-24-hour duty shift, trainees **shall have a minimum of 12 hours** off before being required to be on duty or on call again. Upon completing a duty period of at least 12 but less than 20 hours, **a minimum period of 10 hours** off shall be provided.

VI.  All off-duty time shall be **totally free** from clinical, on call and educational activity.

VII. Rotations in which a trainee is assigned to Emergency Department duty shall ensure that trainees **work no longer than 12 hour shifts** with **no more than 2 additional hours for transfer of care** and any educational activities and must be reported by the resident in writing to the DIO/program director and reviewed by the MEC for monitoring individual residents and program.

VIII. In cases where a trainee is occupied in patient responsibility which cannot be interrupted at the duty hour limits, additional coverage shall be assigned as soon as possible by the attending staff to relieve the resident involved. Patient care responsibility **is not** precluded by the duty hour's policy.

IX.  The trainee shall not be assigned to in-hospital call more often than **every third night** averaged over any consecutive four-week period.
- Home call is not subject to this policy; however, it must satisfy the requirement for time off.
- Any time spent returning to the hospital shall be included in the **80-hour** maximum limit.

X.   The institution shall provide comfortable sleep facilities to trainees who are excessively fatigued at shift conclusion to safely drive, at the trainee's request.

XI.  There shall be always appropriate supervision and backup established for the on-call intern/resident.

XII. **Moonlighting** shall not interfere with the ability of the resident to achieve the objectives of the program. Time spent by residents in Internal and External Moonlighting must be **counted towards the 80-hour** Maximum Weekly Hour Limit. **PGY 1** resident cannot moonlight.

XIII. **Fatigue:** Our training programs will instruct all faculty members and residents to recognize the signs of fatigue and sleep deprivation; educate all faculty members and residents in alertness management and fatigue mitigation processes; and, adopt fatigue mitigation processes to manage the potential negative effects of fatigue on patient care and learning, such as naps or back-up call schedules.

10

PACIFICA-00000741



## PROGRAM LETTER OF AGREEMENT (PLA)

### Brain Health USA Van Nuys

### And

### PMH Neurological Associates

This Program Letter of Agreement will serve as an official Agreement between **Brain Health USA Van Nuys** (hereafter the "**Primary Training Site**") and **PMH Neurological Associates** (hereinafter the "**Participating Institution**"). This Program Letter of Agreement is an educational statement that sets forth important points of agreement between the two parties involved.

This Letter of Agreement is effective on **2/27/2024** (regardless of the date of implementation) and will remain effective for **ten (10) years** or until updated, changed, or terminated by **Primary Training Site** through the recommendation of the DIO and the Program Director. Notification of termination of this Letter of Agreement by either **Primary Training Site** or the **Participating Institution** must be provided in written notice **90 days** prior to termination to the other party and shall be subject to the terms and conditions contained in the Affiliation Agreement(s).

### Section 1: RESPONSIBLE FOR RESIDENT EDUCATION

**Primary Training Site**
Name: Wakelin McNeel, MD
Title:    Program Director
Department: Psychiatry

Name: George Yakoub, NP
Title: Designated Institutional Official (DIO)
Department:  Graduate Medical Education

**Participating Institution**
Name  Munther Hijazin, MD
Title: Affiliate Director

### Responsibilities of Primary Training Site Residency Program Director
The **Primary Training Site** Program Director is ultimately responsible for the content and conduct of educational activities at all training sites, including outside rotations at the **Participating Institution**. The **Primary Training Site** Program Director and the program's faculty determines the educational goals and objectives of the resident's rotations at **Participating Institution**. The **Primary Training Site** Program Director shall develop the curriculum, approve teaching staff, and assign residents to ensure an educational experience which meets the program's goals and objectives following the Requirements of the Essentials of Accredited Residencies.

### Responsibilities of Local Resident Site Director/Supervisor at Participating Institution
The **Participating Institution** shall appoint a **Site Director** and resident's supervisors in collaboration with the Primary Training Site Respective Program Director and shall be identified in the respective Program Letter of Agreement (PLA). The **Site Director** is responsible for the day-to-day oversight of resident activities in collaboration with the **Primary Training Site** Program Director. This includes such activities as scheduling, training, supervision, evaluations, lecture, and monitor work hours (following Accreditation Council for Graduate Medical Education's (ACGME) duty hour requirements), etc. The resident supervisor shall maintain a learning environment conducive to educating the residents in the core competency areas and consistent with the ACGME requirements.

PACIFICA-00000742

**Section 2:** <u>EDUCATIONAL GOALS AND OBJECTIVES</u>
The content of the resident's educational experiences at **Participating Institution** has been developed according to the ACGME program requirements, and include the goals and objectives delineated in the attached document (Exhibit I)

**Section 3:** <u>ASSIGNMENTS OF RESIDENTS AT THE PARTICIPATING INSTITUTION</u>
To ensure that proper educational goals and objectives are obtained by the residents, the recommended educational assignments are described as follows:

**Rotation Name:** Neurology
**Educational Level/Duration:** PGY-1; 16 weeks.
**Faculty:** Munther Hijazin M.D.(Neurology), Antoine Mitri M.D. (Neurology), Theodore Prentice M.D. (Neurology)

**Section 4:** <u>INSTITUTIONAL RESPONSIBILITY FOR TEACHING, SUPERVISION, AND EVALUATION OF RESIDENTS</u>
The responsible parties as outlined above as appointed by the Program Director will be responsible for providing appropriate teaching of the residents along with providing adequate supervision of the residents during the course of their educational experience while rotating at the **Participating Institution** as described by both **Primary Training Site** and the **Participating Institution** medical staff policies. The resident's supervisors at the **Participating Institution** must provide appropriate supervision of residents in patient care activities and maintain a learning environment conducive to educating the resident in the competency areas, as applicable.

The designated individuals at the **Participating Institution** will be responsible for completing resident's performance evaluations and provide the **Primary Training Site** Program Director with the written **evaluation** of the performance of each resident at the end of the rotation or more frequently if needed.

**Section 5:** <u>POLICIES AND PROCEDURES GOVERNING RESIDENTS</u>

While rotating at the **Participating Institution**, the residents will be under the general direction of the **Primary Training Site** Graduate Medical Education Committee and the Program's Manual of Policies and Procedures. Residents are subject to all policies, rules, regulations, and procedures as outlined in the **Primary Training Site** GME House Staff Manual of Policies and Procedures (as amended from time to time). Residents are also subject to all policies, rules, regulations and procedures of **Participating Institution** as well as all governmental (federal, state, or local) laws, rules and regulations to which the Program, Primary Training site and/or the Participating Institution may be subject, all as in effect or amended from time to time.

**Section 6:** <u>RESIDENTS INSURANCE, BENEFITS:</u>

While rotating at the **Participating Institution**, the residents are employees of the **Primary Training Site**. The **Primary Training Site** shall always be responsible for employment **benefits and salary** of Program Residents while rotating at the **Participating Institution**. The **Primary Training Site** shall provide and maintain throughout the educational training program Professional and General Liability to cover resident's activities at the **Participating Institution** facilities, for all its participating program residents and faculty members providing services within the scope of this agreement. Certificates of insurance showing the required coverage shall be provided to the **Participating Institution** by the **Primary Training Site** by request. With respect to benefits, Residents will be under the general direction of the Memorandum of Understanding between Los Angeles County and the Interns and Resident Physicians Employee Representation Unit currently in effect

**Section 7:** <u>ADDENDUMS</u>
This document contains:
- Exhibit I: Rotations Goals and Objectives
- Exhibit II: Duty Hours

2

## Section 8: SIGNATURES

### Primary Training Site

**Brain Health USA, Van Nuys**
14541 Delano St., Van Nuys, CA 91411, Tel 877-515-8113

#### Designated Institutional Official

Signature:

Printed Name:      George Yakoub, NP

Title: Designated Institutional Official

Date:    10/16/2024

#### Program Director

Signature:

Printed Name:    Wakelin McNeel, M.D

Title:    Program Director

Date:    10/25/2024

### Participating Institution

**PMH Neurological Associates Site Director**
10916 Downey Ave, Downey, CA 90241, Tel 562-861-1988

#### Site Director

Signature:

Printed Name:      Munther Hijazin, M.D

Title:      Affiliate Site Director

Date:    10-17-24

3

PACIFICA-00000744

Exhibit I
**Rotation Name: Neurology**
**Educational Level/Duration: PGY-1/ 16 weeks**

## Goals and Objectives

**Goals and Objectives for Patient Care (PC)**

| PC Goal | Objective | Learning Activities | Evaluation Tools | Milestone Subcompetency | PGY1 Responsibilities |
|---|---|---|---|---|---|
| **PC Goal #1:** Provide comprehensive neurological evaluations for patients presenting with neurological symptoms in the outpatient setting. | Perform detailed neurological assessments | Direct patient care, role-play scenarios, supervised interviews | Faculty evaluations, self-assessment quizzes, case presentations, direct observations | PC1: Gather accurate neurological histories and exam findings | Conduct assessments under direct supervision |
| | Develop differential diagnoses for common and complex neurological presentations | Case-based discussions, weekly case reviews | Faculty evaluations, self-assessment quizzes | PC2: Develop appropriate neurological differential diagnoses | Assist in diagnostic formulation with attending oversight |
| | Formulate evidence-based treatment plans | Weekly treatment planning discussions, pharmacology workshops | Faculty evaluations, patient feedback | PC3: Formulate treatment plans for outpatient neurology patients | Create treatment plans independently, with attending review |
| | Manage patients experiencing neurological emergencies | Neurological emergency simulations, emergency room observation | Faculty evaluations, direct observation | PC4: Manage acute neurological crises | Assist in managing crises under supervision |
| **PC Goal #2:** Coordinate care with multidisciplinary teams, ensuring comprehensive management of neurological conditions | Collaborate with healthcare professionals | Multidisciplinary care team meetings, role-play | Faculty evaluations, patient feedback, direct observation | PC5: Work with healthcare teams to ensure comprehensive care | Observe team discussions, participate under attending supervision |

4

PACIFICA-00000745

| | Facilitate transitions of care | Case management discussions, discharge planning | Faculty evaluations, case presentations, direct observation | PC6: Ensure continuity of care | Assist with care transitions under supervision |
|---|---|---|---|---|---|

### Table 3: Goals and Objectives for Medical Knowledge (MK)

| MK Goal | Objective | Learning Activities | Evaluation Tools | Milestone Subcompetency | PGY1 Responsibilities |
|---|---|---|---|---|---|
| **MK Goal #1**: Acquire and apply knowledge of neurological conditions in outpatient settings | Understand diagnostic criteria for major neurological conditions | Didactic sessions, DSM-5 and AAN guidelines, case discussions | Faculty evaluations, case presentations, self-assessment quizzes | MK1: Apply diagnostic criteria | Understand neurological diagnoses under attending guidance |
| | Understand neurobiological mechanisms of neurological conditions | Neuroscience lectures, interdisciplinary rounds | Faculty evaluations, self-assessment quizzes | MK2: Understand neurobiology of neurological conditions | Develop neurobiological knowledge through study and discussion |
| **MK Goal #2**: Stay updated on evolving treatments in neurology | Apply evidence-based guidelines for neurological disorders | Journal club, literature reviews | Faculty evaluations, self-assessment quizzes, journal club | MK3: Implement evidence-based treatments | Participate in evidence-based management under attending review |

### Table 4: Goals and Objectives for Systems-Based Practice (SBP)

| SBP Goal | Objective | Learning Activities | Evaluation Tools | Milestone Subcompetency | PGY1 Responsibilities |
|---|---|---|---|---|---|
| **SBP Goal #1**: Understand healthcare systems in outpatient neurological care | Recognize the role of healthcare systems in neurological care | Healthcare systems lectures, insurance and resource seminars | Faculty evaluations, self-assessment quizzes | SBP1: Understand healthcare systems | Observe and participate in the coordination of care |
| | Coordinate care with outpatient providers and community | Discharge planning, transition-of-care seminars | Faculty evaluations, direct observations, case | SBP3: Ensure continuity of care | Assist with care coordination under supervision |

5

PACIFICA-00000746

| | resources | | presentations | | |
|---|---|---|---|---|---|
| | | | | | |

**Table 5: Goals and Objectives for Practice-Based Learning and Improvement (PBLI)**

| PBLI Goal | Objective | Learning Activities | Evaluation Tools | Milestone Subcompetency | PGY1 Responsibilities |
|---|---|---|---|---|---|
| **PBLI Goal #1**: Improve clinical practice through feedback and self-reflection | Reflect on clinical performance, identifying strengths and areas for improvement | Self-assessment quizzes, faculty mentorship | Self-reflection reports, faculty feedback | PBLI1: Use self-reflection and feedback for improvement | Engage in guided self-reflection with attending feedback |

**Table 6: Goals and Objectives for Professionalism (PROF)**

| PROF Goal | Objective | Learning Activities | Evaluation Tools | Milestone Subcompetency | PGY1 Responsibilities |
|---|---|---|---|---|---|
| **PROF Goal #1**: Demonstrate professionalism in patient interactions | Show respect, integrity, and compassion | Simulation labs, role-playing, family meeting workshops | Faculty and patient feedback, direct observation | PROF1: Display professionalism in all interactions | Demonstrate professionalism in all patient interactions |

**Table 7: Goals and Objectives for Interpersonal and Communication Skills (ICS)**

| ICS Goal | Objective | Learning Activities | Evaluation Tools | Milestone Subcompetency | PGY1 Responsibilities |
|---|---|---|---|---|---|
| **ICS Goal #1**: Demonstrate effective communication with patients, families, and healthcare professionals | Effectively communicate neurological findings and treatment plans to patients and families | Patient education sessions, role-playing, patient interviews | Faculty evaluations, patient feedback, direct observation | ICS1: Communicate effectively with patients and families | Participate in patient communication with direct oversight |

**Table 8: Learning Activities and Evaluation Tools**

| Learning Activity | Description |
|---|---|
| **Direct Patient Care** | Conduct outpatient neurological assessments, manage chronic conditions, and follow-up care. |
| **Role-Play and Simulation Labs** | Simulations for neurological emergencies and complex outpatient cases. |
| **Didactic Sessions and Case Discussions** | Weekly didactic sessions and case-based learning to enhance understanding of neurological conditions. |

6

PACIFICA-00000747

| Workshops | Focus on side effect management, treatment adherence, and care coordination with multidisciplinary teams. |
| Journal Club and Literature Reviews | Weekly reviews of the latest literature on outpatient neurology and its intersection with psychiatry. |

| Evaluation Tool | Description |
|---|---|
| Faculty Evaluations | Regular feedback from Dr. Hijazin based on direct observation and case reviews. |
| Self-Assessment Quizzes | Periodic quizzes to assess the resident's knowledge and clinical skills. |
| Case Presentations | Formal case presentations during didactics and interdisciplinary meetings. |
| Direct Observations | Assessment of resident's ability to perform neurological exams and manage care. |
| Patient and Peer Feedback | Feedback on communication skills and professionalism from patients and peers. |
| Milestone-Based Competency Evaluations | Residents' progress tracked through milestone-based competency evaluations. |

7

PACIFICA-00000748

Exhibit II

ACGME Duty Hours 2024

**Resident/Fellow Duty Hours and the Working Environment**

1. **Supervision of Residents**

Patient care will be supervised by qualified faculty. The program director will ensure, direct, and document adequate supervision of residents always. Residents/fellows will be provided with rapid, reliable systems for communicating with supervising faculty. Faculty schedules will be structured to provide residents with continuous supervision and consultation. Faculty and residents will be educated to recognize the signs of fatigue and adopt and apply policies to prevent and counteract the potential negative effects.

2. **Duty Hours - GRADUATE MEDICAL EDUCATION**

The Designated Institutional Official, the GMEC and each Program Director are responsible for establishing guidelines regarding intern/resident's duty hours. Respectively these guidelines must follow ACGME Basic Standards and communicated to the house staff.

I.   The base institution, DIO, and program directors shall make every effort to stay away from scheduling excessive work hours leading to sleep deprivation, fatigue or inability to conduct personal activities. The institutional policies will be reported in the GME house staff manual and be available for review at all program's site reviews. Evidence of review of the resident's duty hours by the medical education committee shall occur quarterly.

II.  The trainee shall not be assigned to work physically on duty in excess of 80 hours per week averaged over a 4-week period, inclusive of in-house night call and any allowed moonlighting. No exceptions to this policy shall be permitted.

III. The trainee **should not work** in excess of **24 consecutive hours.** Grants for already initiated clinical care, transfer of care, educational debriefing and formal didactic activities may occur, however **shall not exceed 4 additional hours** and will be reported by the resident in writing with rationale to the DIO/program director and reviewed by the GMEC for monitoring individual residents and program.

These allowances are not permitted for PGY-1 trainees. Residents **shall not assume responsibility** for a new patient or any new clinical activity **after working 24 consecutive hours.**

IV.  The trainee will **have 48-hour periods off** on alternate weeks, or at least **one 24-hour period** off each week and shall have no call responsibility during that time.

V.   Upon conclusion of a 20-24-hour duty shift, trainees **shall have a minimum of 12 hours** off before being required to be on duty or on call again. Upon completing a duty period of at least 12 but less than 20 hours, **a minimum period of 10 hours** off shall be provided.

VI.  All off-duty time shall be **totally free** from clinical, on call and educational activity.

VII. Rotations in which a trainee is assigned to Emergency Department duty shall ensure that trainees **work no longer than 12 hour shifts** with **no more than 2 additional hours for transfer of care** and any educational activities and must be reported by the resident in writing to the DIO/program director and reviewed by the MEC for monitoring individual residents and program.

VIII. In cases where a trainee is occupied in patient responsibility which cannot be interrupted at the duty hour limits, additional coverage shall be assigned as soon as possible by the attending staff to relieve the resident involved. Patient care responsibility **is not** precluded by the duty hour's policy.

IX.  The trainee shall not be assigned to in-hospital call more often than **every third night** averaged over any consecutive four-week period.
- Home call is not subject to this policy; however, it must satisfy the requirement for time off.
- Any time spent returning to the hospital shall be included in the **80-hour** maximum limit.

X.   The institution shall provide comfortable sleep facilities to trainees who are excessively fatigued at shift conclusion to safely drive, at the trainee's request.

XI.  There shall be always appropriate supervision and backup established for the on-call intern/resident.

XII. **Moonlighting** shall not interfere with the ability of the resident to achieve the objectives of the program. Time spent by residents in Internal and External Moonlighting must be **counted towards the 80-hour** Maximum Weekly Hour Limit. **PGY 1** resident cannot moonlight.

XIII. **Fatigue:** Our training programs will instruct all faculty members and residents to recognize the signs of fatigue and sleep deprivation; educate all faculty members and residents in alertness management and fatigue mitigation processes; and, adopt fatigue mitigation processes to manage the potential negative effects of fatigue on patient care and learning, such as naps or back-up call schedules.

8

PACIFICA-00000749