**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Pacifica of the Valley Corporation,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11060 (TMH)<br><br>**Re: Docket No. 13** |

**CERTIFICATION OF COUNSEL REGARDING SECOND INTERIM ORDER (I) AUTHORIZING THE DEBTOR TO (A) USE CASH COLLATERAL AND (B) GRANT LIENS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS; (II) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES (III) SCHEDULING A FINAL HEARING; AND (IV) GRANTING RELATED RELIEF**

The undersigned proposed counsel for the above-captioned debtor and debtor in possession (the "Debtor) hereby certifies that:

1. On July 7, 2026, the Debtors filed the *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Use Cash Collateral and (B) Grant Liens and Superpriority Administrative Claims; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief* (the "Motion") [Docket No. 13].

2. On July 7, 2026, the Court held a hearing on the Motion (the "First Day Hearing"). At the First Day Hearing, the Debtor presented a revised interim order that incorporated the comments of the UST.

3. On July 9, 2026, the Court entered the *Interim Order (I) Authorizing the Debtor to (A) Use Cash Collateral and (B) Grant Liens and Superpriority Administrative Expense Claims;*

[1] The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is 7312. The Debtor's mailing address is 9449 San Fernando Road, Sun Valley, CA 91352.

*(II) Granting Adequate Protection to Prepetition Secured Parties (III) Scheduling a Final Hearing; and (IV) Granting Related Relief* [Docket No. 57] (the "First Interim Order").

4. On July 13, 2026, the Debtor filed the *Combined Notice of Further Interim Hearing and Final Hearing on Debtor's Motion For Entry Of Interim And Final Orders (I) Authorizing The Debtor To (A) Use Cash Collateral And (B) Grant Liens And Superpriority Administrative Expense Claims; (II) Granting Adequate Protection To Prepetition Secured Parties; (III) Scheduling A Final Hearing; And (IV) Granting Related Relief* [Docket No. 59].

5. Objections to entry of the further interim order granting the relief requested in the Motion were due no later than July 31, 2026 (the "Objection Deadline"). Prior to the objection deadline, the *Objection of Axios Capital Solutions, LLC to Debtors Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Use Cash Collateral and (B) Grant Liens and Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief* was filed with Court.[Docket No. 106].

6. Attached hereto as **Exhibit A** is a form of Proposed Second Interim Order (the "Proposed Second Interim Order"), which incorporates comments from Axios. Axios does not object to entry of the Proposed Second Interim Order. The Committee, Reliq, and L.A. Care also do not object to entry of the Proposed Second Interim Order.

7. A redline of the Proposed Second Interim Order is attached hereto as **Exhibit B**, showing changes from the First Interim Order.

8. The Debtor respectfully requests entry of the Proposed Second Interim Order at the Court's convenience.

Dated: August 10, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19899
Tel: (302) 652-4100
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com

-and -

**DENTONS US LLP**
Tania M. Moyron ([*pro hac vice admitted*])
Samuel R. Maizel ([*pro hac vice admitted*])
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
samuel.maizel@dentons.com

John D. Beck (*pro hac vice admitted*)
Geoffrey Miller (*pro hac vice forthcoming*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
geoffrey.miller@dentons.com

*Counsel to Debtor and Debtor in Possession*