# Exhibit 1

## Budget

Pacifica of the Valley Corporation
4-Week Cash Flow Forecast
CONFIDENTIAL AND SUBJECT TO FRE 408

| Week # | 4 | 5 | 6 | 7 | 4 Week |
|---|---|---|---|---|---|
| Week Ending | 8/1/26 | 8/8/26 | 8/15/26 | 8/22/26 | Total |
| Actual / Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
| **I. Receipts** | | | | | |
| 1.) Government | $ 310,842 | $ 296,772 | $ 491,404 | $ 606,708 | $ 1,705,725 |
| 2.) Non-Government | 247,508 | 134,912 | 134,912 | 134,912 | 652,243 |
| 3.) QAF | - | - | - | - | - |
| 4.) Sale to LA Care of QAF | - | 5,000,000 | - | - | 5,000,000 |
| 5.) DSH | - | - | - | - | - |
| 6.) LACare | 210,652 | 221,215 | 221,215 | 221,215 | 874,297 |
| 7.) Other | 80,751 | 1,025,163 | 90,184 | 1,060,526 | 2,256,624 |
| 8.) **Total Receipts** | **$ 849,753** | **$ 6,678,061** | **$ 937,715** | **$ 2,023,361** | **$ 10,488,889** |
| **II. Operating Disbursements** | | | | | |
| 9.) Payroll | $ 714,605 | $ 759,763 | $ 714,605 | $ 759,763 | $ 2,948,737 |
| 10.) Payroll Taxes | 36,668 | 776,225 | 245,022 | 411,445 | 1,469,359 |
| 11.) Benefits | - | 464,921 | 214,477 | 184,202 | 863,601 |
| 12.) Rent | - | 630,478 | - | - | 630,478 |
| 13.) Supplies | 44,660 | 88,591 | 87,250 | 87,250 | 307,752 |
| 14.) Pharmaceuticals | 9,314 | 10,000 | 10,000 | 10,000 | 39,314 |
| 15.) Purchased Services | 78,565 | 253,335 | 140,956 | 144,206 | 617,062 |
| 16.) Repairs and Maintenance | 19,898 | 30,975 | 15,228 | 15,228 | 81,329 |
| 17.) Utilities | 4,000 | 13,743 | 83,284 | 5,330 | 106,356 |
| 18.) Insurance | 23,322 | 808,311 | - | - | 831,633 |
| 19.) QAF Fees | - | - | - | - | - |
| 20.) Medical Professional Fees | - | 101,675 | 226,675 | - | 328,350 |
| 21.) Other | - | 528,000 | 100,000 | 100,000 | 728,000 |
| 22.) **Total Operating Disbursements** | **$ 931,032** | **$ 4,466,016** | **$ 1,837,498** | **$ 1,717,424** | **$ 8,951,970** |
| 23.) **Net Operating Cash Flow** | **$ (81,280)** | **$ 2,212,045** | **$ (899,783)** | **$ 305,937** | **$ 1,536,919** |
| **III. Non-Operating Disbursements** | | | | | |
| 24.) Professional Fees | $ - | $ 742,222 | $ 692,222 | $ 692,222 | $ 2,126,667 |
| 25.) UST Fees | - | - | - | - | - |
| 26.) CapEx | - | 800 | - | - | 800 |
| 27.) Other Non-Recurring | - | - | - | - | - |
| 28.) **Total Non-Operating Disbursements** | **$ -** | **$ 743,022** | **$ 692,222** | **$ 692,222** | **$ 2,127,467** |
| 29.) **Net Cash Flow** | **$ (81,280)** | **$ 1,469,022** | **$ (1,592,005)** | **$ (386,285)** | **$ (590,548)** |
| **VI. Liquidity Summary** | | | | | |
| 30.) Beginning Cash Balance | $ 699,811 | $ 618,531 | $ 2,087,553 | $ 495,548 | $ 699,811 |
| 31.) Net Cash Flow | (81,280) | 1,469,022 | (1,592,005) | (386,285) | (590,548) |
| 32.) **Ending Cash Balance** | **$ 618,531** | **$ 2,087,553** | **$ 495,548** | **$ 109,263** | **$ 109,263** |