**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Pacifica of the Valley Corporation,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11060 (TMH) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 11, 2026 AT 1:00 P.M. (ET)[2] (PREVAILING EASTERN TIME) BEFORE THE HONORABLE THOMAS M. HORAN IN THE UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM 5, WILMINGTON, DELAWARE 19801**

**AS NO MATTERS ARE GOING FORWARD**
**THE HEARING HAS BEEN CANCELLED WITH THE COURT'S PERMISSION**

**The hearing has been continued to September 18, 2026 at 1:00 p.m. (ET)**

**MATTER GOING FORWARD**

1. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Use Cash Collateral and (B) Grant Liens and Superpriority Administrative Claims; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 7/7/2026] (Docket No. 13)

   Response Deadline: July 16, 2026 at 4:00 p.m. Eastern Time [Extended further for Axios]

   Responses Received:

   a) Limited Objection and Reservation of Rights of Axios Capital Solutions, LLC to Debtors Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Use Cash Collateral and (B) Grant Liens and Superpriority Administrative Expense Claims; (II)

[1] The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is 7312. The Debtor's mailing address is 9449 San Fernando Road, Sun Valley, CA 91352.

[2] This Agenda contains hyperlinks to filed documents pursuant to the Court's *Interim Order RE: Cessation of Hand Deliveries*, dated March 13, 2020. Parties may access the filed documents through the hyperlinks for a fee through the Court's website at https://www.deb.uscourts.gov.

Granting Adequate Protection to Prepetition Secured Parties; (III) Scheduling a Final Hearing; And (IV) Granting Related Relief [Filed 7/8/26] (Docket No. 36)

b) Objection of Axios Capital Solutions, LLC to Debtors Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Use Cash Collateral and (B) Grant Liens and Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 7/31/26] (Docket No. 106)

Related Documents:

a) Declaration of Peter Chadwick in Support of the Debtor's Cash Collateral Motion [Filed 7/7/2026]( Docket No. 14)

b) Certification of Counsel Regarding Interim Order (I) Authorizing the Debtor to (A) Use Cash Collateral and (B) Grant Liens and Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 7/9/06] (Docket No. 51)

c) [Signed] Interim Order (I) Authorizing the Debtor to (A) Use Cash Collateral and (B) Grant Liens and Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Prepetition Secured Parties (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Entered 7/9/26] (Docket No. 57)

d) Combined Notice of Further Interim Hearing and Final Hearing on Debtor's Motion For Entry Of Interim And Final Orders (I) Authorizing The Debtor To (A) Use Cash Collateral And (B) Grant Liens And Superpriority Administrative Expense Claims; (II) Granting Adequate Protection To Prepetition Secured Parties; (III) Scheduling A Final Hearing; And (IV) Granting Related Relief [Filed 7/13/26] (Docket No. 59)

e) Statement of Reliq Pacifica LLC and Beverly Gemini Investments, LLC in Support of Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Use Cash Collateral and (B) Grant Liens and Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Scheduling a Final Hearing; and (III) Granting Related Relief [Filed 7/20/26] (Docket No. 79)

f) Notice Regarding Amended Budget and Extension of Interim Order (I) Authorizing the Debtor to (A) Use Cash Collateral and (B) Grant Liens and Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 7/22/26] (Docket No. 89)

g) Reservation of Rights of the Official Committee of Unsecured Creditors in Connection with the Amended Budget and Extension of Interim Order (I)

Authorizing the Debtor to (A) Use Cash Collateral and (B) Grant Liens and Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Prepetition Secured Parties (III) Scheduling a Final Hearing, and (IV) Granting Related Relief [Filed 7/27/26] (Docket No. 94)

h) Notice of Rescheduled Final Hearing Regarding Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Use Cash Collateral and (B) Grant Liens and Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 8/6/26] (Docket No. 134)

i) Certification of Counsel Regarding Second Interim Order (I) Authorizing the Debtor to (A) Use Cash Collateral and (B) Grant Liens and Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 8/10/26] (Docket No. 146)

j) [Signed] Second Interim Order (I) Authorizing the Debtor to (A) Use Cash Collateral and (B) Grant Liens and Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 8/11/26] (Docket No. 148)

k) Notice of Rescheduled Hearing Regarding Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Use Cash Collateral and (B) Grant Liens and Superpriority Administrative Expense Claims; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Filed 8/26/26] (Docket No. 171)

Status: This matter will be continued to the hearing on September 18, 2026 at 1:00 p.m. (ET) and the Honorable Judge Owens will handle the hearing.

Dated: September 10, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*

Laura Davis Jones (DE Bar No. 2436)
Timothy Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19899
Tel: (302) 652-4100
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com

-and -

**DENTONS US LLP**
Tania M. Moyron ([*pro hac vice admitted*])
Samuel R. Maizel ([*pro hac vice admitted*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
samuel.maizel@dentons.com

John D. Beck (*pro hac vice admitted)*
Geoffrey Miller (*pro hac vice admitted*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
geoffrey.miller@dentons.com

*Counsel to Debtor and Debtor in Possession*