# **Exhibit A**

Pacifica of the Valley Corporation
3-Week Cash Flow Forecast

| | Week # | 11 | 12 | 13 |
|---|---|---|---|---|
| | Week Ending | 9/19/26 | 9/26/26 | 10/3/26 |
| | Actual / Forecast | Actual | Forecast | Forecast |
| **I. Receipts** | | | | |
| 1.) | Government | $ 656,363 | $ 560,000 | $ 451,828 |
| 2.) | Non-Government | 113,970 | 130,507 | 130,544 |
| 3.) | QAF | - | - | - |
| 4.) | Sale to LA Care of QAF | - | - | - |
| 5.) | DSH | - | - | - |
| 6.) | LACare | 186,034 | 221,215 | 221,215 |
| 7.) | Other | 211,179 | 452,550 | 250,633 |
| 8.) | **Total Receipts** | **$ 1,167,546** | **$ 1,364,273** | **$ 1,054,220** |
| **II. Operating Disbursements** | | | | |
| 9.) | Payroll | $ 859,264 | $ 687,062 | $ 833,850 |
| 10.) | Payroll Taxes | 416,223 | 405,065 | 411,890 |
| 11.) | Benefits | 67,848 | 670,958 | 505,542 |
| 12.) | Rent | - | - | 646,240 |
| 13.) | Supplies | 106,409 | 141,519 | 136,550 |
| 14.) | Pharmaceuticals | 4,050 | 16,500 | 10,000 |
| 15.) | Purchased Services | 60,058 | 218,907 | 214,563 |
| 16.) | Repairs and Maintenance | 10,289 | 15,228 | 15,228 |
| 17.) | Utilities | 16,288 | 16,447 | 1,700 |
| 18.) | Insurance | - | 327,477 | 229,430 |
| 19.) | QAF Fees | - | - | - |
| 20.) | Medical Professional Fees | 8,622 | 30,000 | 105,000 |
| 21.) | Other | 1,000 | 50,000 | 50,000 |
| 22.) | CapEx - Seismic and Opening Beds | - | - | 334,989 |
| 23.) | **Total Operating Disbursements** | **$ 1,550,050** | **$ 2,579,163** | **$ 3,494,982** |
| 24.) | **Net Operating Cash Flow** | **$ (382,503)** | **$ (1,214,890)** | **$ (2,440,762)** |
| **III. Bankruptcy Related Disbursements** | | | | |
| 25.) | Professional Fees | $ 85,000 | $ - | $ - |
| 26.) | UST Fees | - | - | - |
| 27.) | Other Non-Recurring | - | - | - |
| 28.) | **Total Non-Operating Disbursements** | **$ 85,000** | **$ -** | **$ -** |
| 29.) | **Net Cash Flow** | **$ (467,503)** | **$ (1,214,890)** | **$ (2,440,762)** |
| **VI. Liquidity Summary** | | | | |
| 30.) | Beginning Cash Balance | $ 1,905,812 | $ 1,438,309 | $ 223,419 |
| 31.) | Net Cash Flow | (467,503) | (1,214,890) | (2,440,762) |
| 32.) | DIP Draws | - | - | |
| 33.) | **Ending Cash Balance (1)** | **$ 1,438,309** | **$ 223,419** | **$ (2,217,344)** |

(1) Cash balance does not reflect potential DIP financing