**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Pacifica of the Valley Corporation,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11060 (TMH)<br><br>**Obj. Deadline: October 6, 2026 at 4:00 p.m. (ET)** |

**NOTICE OF MONTHLY FEE APPLICATION OF JERRY SEELIG, PATIENT CARE OMBUDSMAN AND SEELIG + CUSSIGH HCO LLC AS ADVISOR TO PATIENT CARE OMBUDSMAN FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE APPLICABLE PERIODS ENDING SEPTEMBER 5, 2026**

**PLEASE TAKE NOTICE** that, on September 22, 2026, Jerry Seelig, the Patient Care Ombudsman appointed in the above-captioned chapter 11 cases, and his advisors retained in these chapter 11 cases, Seelig + Cussigh HCO LLC have filed the *Monthly Fee Application of Jerry Seelig, Patient Care Ombudsman and Seelig + Cussigh LLC as Advisor to the Patient Care Ombudsman for Allowance of Compensation and Reimbursement of Expenses for the Application Periods Ending August 5, 2026* ("Application") with the United States Bankruptcy Court for the District of Delaware ("Court").

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Application, if any, must be made in writing, filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon undersigned counsel and received by the following on or before **October 6, 2026 at 4:00 p.m. (ET).**

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THEN 80% OF FEES AND 100% OF THE EXPENSES REQUESTED IN THE APPLICATION MAY BE PAID PURSUANT TO THE INTERIM COMPENSATION ORDER WITHOUT FURTHER HEARING OR ORDER OF THE COURT.**

**A HEARING ON THE APPLICATION WILL BE HELD ONLY IF OBJECTIONS ARE FILED, OR IF THE COURT DIRECTS OTHERWISE AT A DATE AND TIME TO BE SCHEDULED BY THE COURT.**

Dated: September 22, 2026

/s/ *Brya M. Keilson*
Brya M. Keilson
*Counsel for Patient Care Ombudsman*

[1] The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is 7312. The Debtor's mailing address is 9449 San Fernando Road, Sun Valley, CA 91352.