# **Exhibit B**

Pacifica of the Valley Corporation

2-Week Cash Flow Forecast

| Week # | 13 | 14 | 2 Week |
|---|---|---|---|
| Week Ending | 10/3/26 | 10/10/26 | Total |
| Actual / Forecast | Forecast | Forecast | Forecast |
| **I. Receipts** | | | |
| 1.) Government | $ 451,828 | $ 451,828 | $ 903,656 |
| 2.) Non-Government | 130,544 | 130,544 | 261,088 |
| 3.) QAF | - | - | - |
| 4.) Sale to LA Care of QAF | - | - | - |
| 5.) DSH | - | - | - |
| 6.) LACare | 221,215 | 221,215 | 442,430 |
| 7.) Other | 613,402 | 435,781 | 1,049,183 |
| 8.) **Total Receipts** | **$ 1,416,989** | **$ 1,239,369** | **$ 2,656,357** |
| **II. Operating Disbursements** | | | |
| 9.) Payroll | $ 833,850 | $ 740,831 | $ 1,574,681 |
| 10.) Payroll Taxes | 411,890 | 240,311 | 652,201 |
| 11.) Benefits | 417,279 | 576,269 | 993,548 |
| 12.) Rent | - | 646,240 | 646,240 |
| 13.) Supplies | 211,559 | 117,150 | 328,709 |
| 14.) Pharmaceuticals | 18,000 | 10,000 | 28,000 |
| 15.) Purchased Services | 312,411 | 191,940 | 504,350 |
| 16.) Repairs and Maintenance | 4,090 | 15,228 | 19,318 |
| 17.) Utilities | 8,000 | 86,400 | 94,400 |
| 18.) Insurance | 252,752 | 308,441 | 561,193 |
| 19.) QAF Fees | - | 140,000 | 140,000 |
| 20.) Medical Professional Fees | 120,000 | 263,685 | 383,685 |
| 21.) Other | 50,000 | 50,000 | 100,000 |
| 22.) CapEx - Seismic and Opening Beds | - | 243,112 | 243,112 |
| 23.) **Total Operating Disbursements** | **$ 2,639,832** | **$ 3,629,606** | **$ 6,269,438** |
| 24.) **Net Operating Cash Flow** | **$ (1,222,843)** | **$ (2,390,238)** | **$ (3,613,081)** |
| **III. Bankruptcy Related Disbursements** | | | |
| 25.) Professional Fees | $ - | $ 2,595,000 | $ 2,595,000 |
| 26.) UST Fees | - | - | - |
| 27.) Other Non-Recurring | - | - | - |
| 28.) **Total Non-Operating Disbursements** | **$ -** | **$ 2,595,000** | **$ 2,595,000** |
| 29.) **Net Cash Flow** | **$ (1,222,843)** | **$ (4,985,238)** | **$ (6,208,081)** |
| **VI. Liquidity Summary** | | | |
| 30.) Beginning Cash Balance | $ 1,551,056 | $ 7,328,212 | $ 1,551,056 |
| 31.) Net Cash Flow | (1,222,843) | (4,985,238) | (6,208,081) |
| 32.) DIP Draws | 7,000,000 | - | 7,000,000 |
| 33.) **Ending Cash Balance** | **$ 7,328,212** | **$ 2,342,975** | **$ 2,342,975** |