# **Exhibit B**

## **Budget**

Pacifica of the Valley Corporation
13-Week Cash Flow Forecast

| Week # | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 13 Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Week Ending** | **10/3/26** | **10/10/26** | **10/17/26** | **10/24/26** | **10/31/26** | **11/7/26** | **11/14/26** | **11/21/26** | **11/28/26** | **12/5/26** | **12/12/26** | **12/19/26** | **12/26/26** | **Total** |
| **Actual / Forecast** | **Forecast** | **Forecast** | **Forecast** | **Forecast** | **Forecast** | **Forecast** | **Forecast** | **Forecast** | **Forecast** | **Forecast** | **Forecast** | **Forecast** | **Forecast** | **Forecast** |
| **I. Receipts** | | | | | | | | | | | | | | |
| 1.) Government | $ 451,828 | $ 451,828 | $ 451,828 | $ 451,828 | $ 451,828 | $ 451,828 | $ 451,828 | $ 951,828 | $ 951,828 | $ 951,828 | $ 451,828 | $ 451,828 | $ 451,828 | $ 7,373,765 |
| 2.) Non-Government | 130,544 | 130,544 | 130,544 | 130,544 | 130,544 | 130,544 | 130,544 | 130,544 | 130,544 | 130,544 | 130,544 | 130,544 | 130,544 | 1,697,073 |
| 3.) QAF | - | - | - | - | 2,121,620 | - | 547,147 | 1,998,647 | - | 547,147 | - | - | - | 5,214,561 |
| 4.) Sale to LA Care of QAF | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5.) DSH | - | - | - | 850,000 | - | - | - | - | - | - | - | 850,000 | - | 1,700,000 |
| 6.) LACare | 221,215 | 221,215 | 221,215 | 221,215 | 221,215 | 221,215 | 221,215 | 221,215 | 221,215 | 221,215 | 221,215 | 221,215 | 221,215 | 2,875,795 |
| 7.) Other | 613,402 | 435,781 | 689,781 | 89,781 | 439,781 | 189,781 | 89,781 | 89,781 | 89,781 | 539,781 | 89,781 | 89,781 | 89,781 | 3,536,779 |
| 8.) **Total Receipts** | **$ 1,416,989** | **$ 1,239,369** | **$ 1,493,369** | **$ 1,743,369** | **$ 3,364,989** | **$ 993,369** | **$ 1,440,516** | **$ 3,392,016** | **$ 1,393,369** | **$ 2,390,516** | **$ 893,369** | **$ 1,743,369** | **$ 893,369** | **$ 22,397,973** |
| **II. Operating Disbursements** | | | | | | | | | | | | | | |
| 9.) Payroll | $ 833,850 | $ 740,831 | $ 851,474 | $ 700,681 | $ 851,474 | $ 700,681 | $ 851,474 | $ 700,681 | $ 851,474 | $ 700,681 | $ 851,474 | $ 700,681 | $ 851,474 | $ 10,186,932 |
| 10.) Payroll Taxes | 411,890 | 240,311 | 411,890 | 240,311 | 411,890 | 240,311 | 411,890 | 240,311 | 411,890 | 240,311 | 411,890 | 240,311 | 411,890 | 4,325,099 |
| 11.) Benefits | 417,279 | 576,269 | 415,842 | 340,430 | 501,261 | 310,857 | 308,580 | 339,273 | 290,111 | 1,254,720 | 190,826 | 209,253 | 190,826 | 5,345,527 |
| 12.) Rent | - | 646,240 | - | 646,240 | - | - | - | - | 646,240 | - | - | - | 1,195,704 | 3,134,424 |
| 13.) Supplies | 211,559 | 117,150 | 110,500 | 114,770 | 106,200 | 103,300 | 101,000 | 107,770 | 94,200 | 117,800 | 101,000 | 89,750 | 113,320 | 1,488,319 |
| 14.) Pharmaceuticals | 18,000 | 10,000 | 10,000 | 11,500 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 11,500 | 141,000 |
| 15.) Purchased Services | 312,411 | 191,940 | 97,954 | 105,263 | 173,902 | 129,411 | 64,732 | 80,600 | 81,910 | 252,808 | 63,800 | 66,532 | 86,910 | 1,708,173 |
| 16.) Repairs and Maintenance | 4,090 | 15,228 | 15,228 | 15,228 | 15,228 | 15,228 | 15,228 | 15,228 | 15,228 | 15,228 | 15,228 | 15,228 | 15,228 | 186,826 |
| 17.) Utilities | 8,000 | 86,400 | 1,175 | 13,000 | - | 93,950 | 5,000 | 1,175 | 8,000 | 85,950 | 13,000 | 1,175 | 8,000 | 324,826 |
| 18.) Insurance | 252,752 | 308,441 | - | - | 326,840 | 4,286 | - | 2,576 | 41,156 | 331,126 | - | - | 23,322 | 1,290,500 |
| 19.) QAF Fees | - | 140,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 250,000 |
| 20.) Medical Professional Fees | 120,000 | 263,685 | - | - | - | 368,685 | - | - | - | 368,685 | - | - | - | 1,121,055 |
| 21.) Other | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 650,000 |
| 22.) CapEx - Seismic and Opening Beds | - | 243,112 | 21,600 | - | - | 48,677 | 172,384 | - | 350,000 | 640,554 | - | - | - | 1,476,327 |
| 23.) **Total Operating Disbursements** | **$ 2,639,832** | **$ 3,629,606** | **$ 1,995,663** | **$ 2,247,424** | **$ 2,456,796** | **$ 2,085,387** | **$ 2,000,288** | **$ 1,557,616** | **$ 2,860,209** | **$ 4,077,864** | **$ 1,717,218** | **$ 1,392,931** | **$ 2,968,174** | **$ 31,629,008** |
| 24.) **Net Operating Cash Flow** | **$ (1,222,843)** | **$ (2,390,238)** | **$ (502,295)** | **$ (504,055)** | **$ 908,193** | **$ (1,092,018)** | **$ (559,773)** | **$ 1,834,400** | **$ (1,466,840)** | **$ (1,687,348)** | **$ (823,850)** | **$ 350,438** | **$ (2,074,806)** | **$ (9,231,035)** |
| **III. Bankruptcy Related Disbursements** | | | | | | | | | | | | | | |
| 25.) Professional Fees | $ - | $ 2,595,000 | $ 1,453,965 | $ 1,925,407 | $ 1,950,407 | $ 1,282,907 | $ 89,000 | $ - | $ - | $ 3,075,907 | $ 644,407 | $ 581,000 | $ 581,000 | $ 14,179,000 |
| 26.) DIP Lender Professional Fees | $ - | $ - | $ 497,035 | $ 25,593 | $ 25,593 | $ 25,593 | $ - | $ - | $ - | $ 25,593 | $ 25,593 | $ - | $ - | $ 625,000 |
| 27.) UST Fees | - | - | - | 250,000 | - | - | - | - | - | - | - | - | - | 250,000 |
| 28.) Other Non-Recurring | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 29.) **Total Non-Operating Disbursements** | **$ -** | **$ 2,595,000** | **$ 1,951,000** | **$ 2,201,000** | **$ 1,976,000** | **$ 1,308,500** | **$ 89,000** | **$ -** | **$ -** | **$ 3,101,500** | **$ 670,000** | **$ 581,000** | **$ 581,000** | **$ 15,054,000** |
| 30.) **Net Cash Flow** | **$ (1,222,843)** | **$ (4,985,238)** | **$ (2,453,295)** | **$ (2,705,055)** | **$ (1,067,807)** | **$ (2,400,518)** | **$ (648,773)** | **$ 1,834,400** | **$ (1,466,840)** | **$ (4,788,848)** | **$ (1,493,850)** | **$ (230,562)** | **$ (2,655,806)** | **$ (24,285,035)** |
| **VI. Liquidity Summary** | | | | | | | | | | | | | | |
| 31.) Beginning Cash Balance | $ 1,551,056 | $ 7,328,212 | $ 2,342,975 | $ 3,889,680 | $ 4,184,625 | $ 3,116,818 | $ 716,299 | $ 67,527 | $ 1,901,927 | $ 435,086 | $ 2,646,238 | $ 1,152,388 | $ 921,826 | $ 1,551,056 |
| 32.) Net Cash Flow | (1,222,843) | (4,985,238) | (2,453,295) | (2,705,055) | (1,067,807) | (2,400,518) | (648,773) | 1,834,400 | (1,466,840) | (4,788,848) | (1,493,850) | (230,562) | (2,655,806) | (24,285,035) |
| 33.) DIP Draws | 7,000,000 | - | 4,000,000 | 3,000,000 | - | - | - | - | - | 7,000,000 | - | - | - | 21,000,000 |
| 34.) **Ending Cash Balance** | **$ 7,328,212** | **$ 2,342,975** | **$ 3,889,680** | **$ 4,184,625** | **$ 3,116,818** | **$ 716,299** | **$ 67,527** | **$ 1,901,927** | **$ 435,086** | **$ 2,646,238** | **$ 1,152,388** | **$ 921,826** | **$ (1,733,980)** | **$ (1,733,980)** |

**Footnotes:**
- *Forecast assumes ordinary course operations throughout the 13 weeks and does not contemplate the Asset Purchase Transaction or IMA.*
- *The Fourth Advance ($7mm) during the week ending 12/5/2026 is intended to support administrative expenses associated with Plan Confirmation.*
- *The three weeks ending 11/28/2026 show professional fee escrow payments being deferred.*