# Exhibit A

(Organizational Chart)

# PACIFICA HOSPITAL OF THE VALLEY
# ORGANIZATIONAL CHART(01/2025)

