# Schedule 1

(Tax Table)

| Creditor | Priority Claim | Non-Priority Claim | Total Per Creditor |
|---|---|---|---|
| Internal Revenue Service | $ 30,095,690.98 | $ 14,133,762.85 | $ 44,229,453.83 |
| Cal. Employment Development Department | $ 5,715,443.21 | $ 1,545,882.25 | $ 7,261,325.46 |
| Cal. Federal Trade | | $ 2,332,760.11 | $ 2,332,760.11 |
| LA County Treasurer and Tax Collector | $ 81,567.06 | $ 365,791.94 | $ 447,359.00 |
| City of LA | $ 785,175.09 | $ 283,232.12 | $ 1,068,407.21 |
| **Total** | $ 36,677,876.34 | $ 18,661,429.27 | $ 55,339,305.61 |