**Exhibit 1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PACIFICA OF THE VALLEY CORPORATION,[1] | ) | Case No. 26-11060 (TMH) |
| | ) | |
| Debtor. | ) | **Ref. Docket No. <u>279</u>** |
| | ) | |

**ORDER GRANTING MOTION OF DEBTOR FOR RELIEF FROM BANKRUPTCY RULE 2002(b) AND LOCAL RULE 3017-1(a) TO (I) FIX A HEARING DATE AND (II) SHORTEN NOTICE OF HEARING AND OBJECTION DEADLINE WITH RESPECT TO THE DISCLOSURE STATEMENT**

Upon consideration of the *Motion of Debtor for Relief from Bankruptcy Rule 2002(b) and Local Rule 3017-1(a) to (I) Fix a Hearing Date and (II) Shorten Notice of Hearing and Objection Deadline with Respect to the Disclosure Statement* (the "Motion to Shorten");[2] and good cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is GRANTED as set forth herein.

2. The hearing date for conditional approval of the Disclosure Statement and the Procedures Motion is scheduled for **November 10, 2026 at 3:00 p.m. (prevailing Eastern Time)**.

3. Any objections or responses to the Disclosure Statement or the Procedures Motion must be filed with the Court and served by **November 6, 2026 at 4:00 p.m. (prevailing Eastern Time)**.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is 7312. The Debtor's mailing address is 9449 San Fernando Road, Sun Valley, CA 91352.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion to Shorten.

Case 26-11060-TMH Doc 28-1 Filed 11/02/26 Page 3 of 3

4. The Debtor may serve the Disclosure Statement Notice by November 2, 2026, and such service is deemed compliant with the Bankruptcy Rules and the Local Rules, as modified by this Order.

5. Within one business day of entry of this Order, the Debtor shall serve a copy of this Order by email, if available, or first class mail on the following parties or their respective counsel, as applicable: (a) the U.S. Trustee; (b) Axios, as the Debtor's prepetition and postpetition lender; (c) the Committee; (d) the United States Attorney's Office for the District of Delaware; (e) the Internal Revenue Service; (f) the U.S. Securities and Exchange Commission; (g) the attorneys general in the states where the Debtor conducts its business operations; and (h) any party entitled to notice pursuant to Bankruptcy Rule 2002.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Thomas M. Horan

**Dated: November 2nd, 2026**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**