**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PACIFICA OF THE VALLEY CORPORATION,[1] | Case No. 26-11060 (TMH) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 10, 2026 AT 3:00 P.M. (ET) BEFORE THE HONORABLE THOMAS M. HORAN IN THE UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM 7, WILMINGTON, DELAWARE 19801**

**This proceeding will be conducted in person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Horan's Chambers Procedures (https://www.deb.uscourts.gov/judge-thomas-m-horan) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (ET) the business day before the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

**MATTER GOING FORWARD:**

1. Debtor's Motion for Entry of an Order (I) Conditionally Approving the Disclosure Statement, (II) Scheduling a Combined Hearing on Final Approval of the Disclosure Statement and Confirmation of the Plan, (III) Establishing Plan and Disclosure Statement Objection and Reply Deadlines and Related Procedures, (IV) Approving the Solicitation and Voting Procedures, (V) Approving the Form and Manner of the Confirmation Hearing Notice and Finding Notice Sufficient, (VI) Approving Notice and Objection Procedures for the Assumption of Executory Contracts and Unexpired Leases, and (VII) Granting Related Relief [Filed: 11/1/26] (Docket No. 278)

   Response Deadline: November 6, 2026 at 4:00 p.m. (ET)

[1] The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is Pacifica of the Valley Corporation (7312). The Debtor's mailing address is 9449 San Fernando Road, Sun Valley, CA 91352.

Responses Received:

A. Paul R. Tuft's Limited Objection to Conditional Approval of the Disclosure Statement Contained in Docket 276 and Request for Clarification and Preservation of Rights [Filed: 11/5/26] (Docket No. 286)

Related Documents:

A. Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Pacifica of the Valley Corporation [Filed: 10/30/26] **(**Docket No. 276)

B. Motion of Debtor for Relief From Bankruptcy Rule 2002(b) and Local Rule 3017-1(a) to (I) Fix a Hearing Date and (II) Shorten Notice of Hearing and Objection Deadline with Respect to the Disclosure Statement [Filed: 11/1/26] (Docket No. 279)

i. [Signed] Order Granting Motion of Debtor for Relief from Bankruptcy Rule 2002(b) and Local Rule 3017-1(a) to (I) Fix a Hearing Date and (II) Shorten Notice of Hearing and Objection Deadline with Respect to the Disclosure Statement [Filed: 11/2/26] (Docket No. 280)

C. Notice of Disclosure Statement Hearing [Filed: 11/2/26] (Docket No. 281)

Status: This matter will go forward.

Dated: November 6, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com

-and -

**DENTONS US LLP**
Tania M. Moyron (admitted *pro hac vice*)
Samuel R. Maizel (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
samuel.maizel@dentons.com

John D. Beck (admitted *pro hac vice*)
Geoffrey Miller (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
geoffrey.miller@dentons.com

*Counsel to the Debtor and Debtor in Possession*