**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PACIFICA OF THE VALLEY CORPORATION,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11060 (TMH)<br><br>**Re: Docket No. 288** |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 10, 2026 AT 3:00 P.M. (ET) BEFORE THE HONORABLE THOMAS M. HORAN IN THE UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM 7, WILMINGTON, DELAWARE 19801**

**AS NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELLED WITH THE COURT'S PERMISSION**

**MATTER GOING FORWARD:**

1. Debtor's Motion for Entry of an Order (I) Conditionally Approving the Disclosure Statement, (II) Scheduling a Combined Hearing on Final Approval of the Disclosure Statement and Confirmation of the Plan, (III) Establishing Plan and Disclosure Statement Objection and Reply Deadlines and Related Procedures, (IV) Approving the Solicitation and Voting Procedures, (V) Approving the Form and Manner of the Confirmation Hearing Notice and Finding Notice Sufficient, (VI) Approving Notice and Objection Procedures for the Assumption of Executory Contracts and Unexpired Leases, and (VII) Granting Related Relief [Filed: 11/1/26] (Docket No. 278)

   Response Deadline: November 6, 2026 at 4:00 p.m. (ET)

   Responses Received:

   A. Paul R. Tuft's Limited Objection to Conditional Approval of the Disclosure Statement Contained in Docket 276 and Request for Clarification and Preservation of Rights [Filed: 11/5/26] (Docket No. 286)

---

[1] The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is Pacifica of the Valley Corporation (7312). The Debtor's mailing address is 9449 San Fernando Road, Sun Valley, CA 91352.

[2] **Amended items are in bold.**

**B. Limited Objection and Reservation of Rights of SEIU Local 121RN to (I) Conditional Approval of the Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Pacifica of the Valley Corporation and (II) the Debtor's Procedures Motion [Filed: 11/9/26] (Docket No. 290)**

**C. Reliq Pacifica LLC's and Beverly Gemini Investments, LLC's Reservation of Rights to Conditional Approval of Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Pacifica of the Valley Corporation [Filed: 11/8/26] (Docket No. 295)**

**Replies Received:**

**A. Debtor's Omnibus Reply in Further Support of Conditional Approval of the Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Pacifica of the Valley Corporation and Conditional Approval Motion [Filed: 11/9/26] (Docket No. 296)**

Related Documents:

A. Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Pacifica of the Valley Corporation [Filed: 10/30/26] (Docket No. 276)

B. Motion of Debtor for Relief From Bankruptcy Rule 2002(b) and Local Rule 3017-1(a) to (I) Fix a Hearing Date and (II) Shorten Notice of Hearing and Objection Deadline with Respect to the Disclosure Statement [Filed: 11/1/26] (Docket No. 279)

   i. [Signed] Order Granting Motion of Debtor for Relief from Bankruptcy Rule 2002(b) and Local Rule 3017-1(a) to (I) Fix a Hearing Date and (II) Shorten Notice of Hearing and Objection Deadline with Respect to the Disclosure Statement [Filed: 11/2/26] (Docket No. 280)

C. Notice of Disclosure Statement Hearing [Filed: 11/2/26] (Docket No. 281)

**D. Certification of Counsel Regarding Order on Conditional Approval of Disclosure Statement [Filed: 11/9/26] (Docket No. 300)**

**Status: A proposed order has been submitted under certification of counsel. No hearing will be necessary.**

Dated: November 9, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com

-and -

**DENTONS US LLP**
Tania M. Moyron (admitted *pro hac vice*)
Samuel R. Maizel (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
samuel.maizel@dentons.com

John D. Beck (admitted *pro hac vice*)
Geoffrey Miller (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
geoffrey.miller@dentons.com

*Counsel to the Debtor and Debtor in Possession*