# **Exhibit 4**

## **Publication Notice**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Pacifica of the Valley Corporation,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11060 (TMH) |

**NOTICE OF (I) CONDITIONAL APPROVAL OF DISCLOSURE STATEMENT, (II) COMBINED HEARING ON FINAL APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF CHAPTER 11 PLAN, AND RELATED MATTERS, AND (III) OBJECTION DEADLINE**

**NOTICE IS HEREBY GIVEN AS FOLLOWS:**

1. On [•], 2026, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [Docket No. [•]] (the "Conditional Approval and Procedures Order") conditionally approving, for solicitation purposes only, the disclosure statement contained in the *Combined Disclosure Statement and Chapter 11 Plan* (as may be amended, supplemented or otherwise modified from time to time, the "Combined DS and Plan," the disclosure statement portion thereof, the "Disclosure Statement," and the chapter 11 plan portion thereof, the "Plan"),[2] filed by Pacifica of the Valley Corp., the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), and authorizing the Debtor to solicit votes to accept or reject the Plan from Holders of Claims in Classes 1, 2, 3, 5, and 6 (the "Voting Classes").

2. On July 4, 2026 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the Court. The Combined DS and Plan implements a global settlement among the Debtor, Axios Capital Solutions, LLC ("Axios"), and the Official Committee of Unsecured Creditors (the "Committee"), including the sale of substantially all of the Debtor's assets to Axios and the creation of a Liquidating Trust for the benefit of Holders of Allowed General Unsecured Claims.

3. On October 30, 2026, the Debtor filed the Combined DS and Plan [Docket No. 276]. Copies of the Combined DS and Plan may be obtained free of charge from the Debtor's

---

[1] The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is: Pacifica of the Valley Corporation d/b/a Pacifica Hospital of the Valley (7312). The Debtor's mailing address is 9449 San Fernando Road, Sun Valley, CA 91352.

[2] Capitalized terms used but not defined herein have the meanings given to them in the Plan. The summaries of the Plan and Disclosure Statement in this Notice are not precise or complete statements of all the terms and provisions of the Plan or documents referred to therein. If there is a discrepancy between this Notice and the Plan or Disclosure Statement, the Plan or Disclosure Statement, as applicable, shall control. For a more detailed description of the Plan, please refer to the Disclosure Statement.

claims, noticing, and balloting agent, Kurtzman Carson Consultants LLC, dba Verita Global (the "Claims Agent"), by (a) visiting the Claims Agent's website at https://www.veritaglobal.net/pacificaofthevalley (b) calling (888) 249-2792 (U.S./Canada) or +1 (310) 751-2607 (International), or (c) sending an electronic message to PacificaInfo@veritaglobal.com, or by contacting counsel to the Debtor, (i) Dentons US LLP, 601 S. Figueroa Street, Suite 2500, Los Angeles, CA 90017 (Attn: Tania M. Moyron, tania.moyron@dentons.com, and Samuel R. Maizel, samuel.maizel@dentons.com) and (ii) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19899 (Attn: Laura Davis Jones, ljones@pszjlaw.com, and Timothy Cairns, tcairns@pszjlaw.com). You may also obtain these documents and any other pleadings filed in the Debtor's chapter 11 case (for a fee) via PACER at http://www.deb.uscourts.gov.

**INFORMATION REGARDING THE PLAN AND DISCLOSURE STATEMENT**

**Voting Record Date**. The voting record date is November 10, 2026 (the "Voting Record Date"), which is the date for determining (i) which Holders of Claims in the Voting Classes are entitled to vote to accept or reject the Plan and opt in to the Third Party Release, and (ii) which Holders of Claims and Interests in the Non-Voting Classes are entitled to opt in to the Third Party Release.

**Voting Deadline**. Ballots and Release Opt-In Election Forms must be properly completed, executed, and mailed or uploaded so that they are actually received by the Claims Agent no later than December 10, 2026 at 4:00 p.m. (*prevailing* Eastern Time) (the "Voting Deadline").

**Combined Hearing**. A combined hearing to consider final approval of the Disclosure Statement as containing adequate information, confirmation of the Plan, any objections to any of the foregoing, and any other matter that may properly come before the Court, will be held before the Honorable Thomas M. Horan, United States Bankruptcy Judge, at the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on December 17, 2026 at 1:00 p.m. (*prevailing* Eastern Time) (the "Confirmation Hearing"). The Confirmation Hearing may be adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Confirmation Hearing or in a notice of agenda filed with the Court, and will be available on the electronic case filing docket and the Claims Agent's website at https://www.veritaglobal.net/pacificaofthevalley.

**Objections to the Plan and Disclosure Statement**. Any responses or objections (each an "Objection") to the Disclosure Statement and/or Plan must be filed with the Court and served so as to be **actually received** no later than 4:00 p.m. (*prevailing* Eastern Time) on December 10, 2026 (the "Objection Deadline"), by the following parties: (i) the Debtor c/o Berkeley Research Group, LLC, 1800 M Street NW, Second Floor, Washington, DC 20036, Attn: Peter Chadwick (pchadwick@thinkbrg.com); (ii) counsel for the Debtor, (1) Dentons US LLP, 601 S. Figueroa St., Suite 2500, Los Angeles, CA 90017, Attn: Tania M. Moyron (tania.moyron@dentons.com) and Samuel Maizel (samuel.maizel@dentons.com) and (2) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19899, Attn: Laura Davis Jones (ljones@pszjlaw.com) and Timothy Cairns (tcairns@pszjlaw.com); and (iii) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Hannah J. McCollum (hannah.mccollum@usdoj.gov) (collectively, the "Notice Parties"). Any

such Objection must: (a) be in writing; (b) comply with the Bankruptcy Rules and Local Rules; (c) state the name and address of the objecting party and the amount and nature of the Claim or Interest held by such entity; (d) state with particularity the legal and factual basis for such objection, and, if practicable, a proposed modification to the Plan or Disclosure Statement that would resolve such objection; and (e) be filed with the Court with a proof of service and served upon the Notice Parties so as to be actually received by the Objection Deadline.

**UNLESS A RESPONSE OR OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE, IT MAY NOT BE CONSIDERED BY THE COURT.**

**YOU ARE ADVISED TO CAREFULLY REVIEW AND CONSIDER THE PLAN, INCLUDING THE RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AS YOUR RIGHTS MIGHT BE AFFECTED.**

**ENTITLEMENT TO VOTE ON THE PLAN**

In accordance with the terms of the Plan, Holders of Claims in Classes 1, 2, 3, 5, and 6 are entitled to vote to accept or reject the Plan. Holders of Claims or Interests in Classes 4, 7, and 8 (collectively, the "Non-Voting Classes") are (i) conclusively presumed to have accepted or deemed to have rejected the Plan, as applicable, and (ii) not entitled to vote to accept or reject the Plan. Holders in the Non-Voting Classes may opt in to the Third Party Release by returning a Release Opt-In Election Form so that it is actually received by the Claims Agent by the Voting Deadline.

**EXCULPATION, INJUNCTION AND RELEASE PROVISIONS IN PLAN**

**PLEASE BE ADVISED THAT SECTION 17 OF THE PLAN CONTAINS CERTAIN EXCULPATION, INJUNCTION AND RELEASE PROVISIONS. YOU ARE ADVISED AND ENCOURAGED TO CAREFULLY REVIEW AND CONSIDER THE PLAN, INCLUDING THE RELEASE, EXCULPATION AND INJUNCTION PROVISIONS SET FORTH IN SECTION 17 OF THE PLAN, AS YOUR RIGHTS MAY BE AFFECTED.**

**BINDING NATURE OF THE PLAN: IF CONFIRMED, ON THE EFFECTIVE DATE, AND EFFECTIVE AS OF THE EFFECTIVE DATE, THE PLAN WILL BIND, AND WILL BE DEEMED BINDING UPON, ALL HOLDERS OF CLAIMS AGAINST AND INTERESTS IN THE DEBTOR, AND EACH HOLDER'S RESPECTIVE SUCCESSORS AND ASSIGNS, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NOTWITHSTANDING WHETHER OR NOT ANY SUCH HOLDER (1) WILL RECEIVE OR RETAIN ANY PROPERTY OR INTEREST IN PROPERTY UNDER THE PLAN OR (2) VOTED TO ACCEPT OR REJECT THE PLAN.**