**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Pacifica of the Valley Corporation,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11060 (TMH) |

**NOTICE OF FILING OF AMENDED COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF LIQUIDATION OF PACIFICA OF THE VALLEY CORPORATION**

**PLEASE TAKE NOTICE** that on October 30, 2026, Pacifica of the Valley Corporation (the "Debtor") filed the *Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Pacifica of the Valley Corporation* [Docket No. 276] (the "Combined DS and Plan", and the disclosure statement portion thereof the "Disclosure Statement" and the chapter 11 plan portion thereof, the "Plan").

**PLEASE TAKE FURTHER NOTICE** that on November 9, 2026, the Debtor filed a revised copy of the Combined DS and Plan (the "Revised Combined DS and Plan"). *See* Docket No. 296-1.

**PLEASE TAKE FURTHER NOTICE** that the Court issued an order conditionally approving the Disclosure Statement on November 10, 2026 and that such order allows the Debtor to make non-substantive and ministerial modifications and changes to the Combined DS and Plan without further approval of the Court. *See* Docket No. 303.

**PLEASE TAKE FURTHER NOTICE** that the Debtor hereby files an amended copy of the Combined DS and Plan, attached hereto as **Exhibit A** (the "Amended Combined DS and Plan"). A redline showing the changes to the Revised Combined DS and Plan is attached hereto as **Exhibit B**.[2]

---

[1] The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is: Pacifica of the Valley Corporation d/b/a Pacifica Hospital of the Valley (7312). The Debtor's mailing address is 9449 San Fernando Road, Sun Valley, CA 91352.

[2] The only change to the Amended Combined DS and Plan concerns the exculpation clause covering the Debtor's current Chief Executive Officer. The Ballots, Notices, and related exhibits will be amended, as necessary, to reflect this change.

Dated: November 10, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com

-and-

**DENTONS US LLP**

Tania M. Moyron (*pro hac vice*)
Samuel R. Maizel (*pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Tel: (213) 623-9300
Email: tania.moyron@dentons.com
samuel.maizel@dentons.com

John D. Beck (*pro hac vice*)
Geoffrey M. Miller (*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 768-6700
Email: john.beck@dentons.com
geoffrey.miller@dentons.com

*Counsel to Debtor and Debtor in Possession*