# Exhibit A

## Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Pacifica of the Valley Corporation,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11060 (TMH) |

**ORDER GRANTING EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO ENFORCE THIS COURT'S FINAL DIP ORDER AND CONDITIONAL APPROVAL ORDER**

Upon the motion (the "Motion") of the Official Committee of Unsecured Creditors of Pacifica of the Valley Corporation (the "Debtor") for entry of an order enforcing the Final DIP Order[2] and the Conditional Approval Order; and the Court having reviewed the Motion and any responses thereto; and the Court having considered the statements of counsel at the hearing on the Motion; and due and sufficient notice of the Motion having been given; and after due deliberation and good and sufficient cause appearing therefor, it is hereby **ORDERED** that:

1. The Motion is granted.

2. The Debtor is **p**rohibited from including Ms. Precious Mayes as an Exculpated Party in the form of the Revised Combined DS and Plan that is mailed to creditors as part of the solicitation packages in accordance with the Conditional Approval Order.

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

---

[1] The last four digits of the Debtor's federal tax identification number, is 7312. The Debtor's mailing address is 9449 San Fernando Road, Sun Valley, CA 91352.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.