**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Pacifica of the Valley Corp.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11060 (TMH) |

**AMENDED[2] NOTICE OF REMOTE STATUS CONFERENCE**
**SCHEDULED FOR NOVEMBER 13, 2026 AT 10:00 A.M. (ET)**

**PLEASE TAKE NOTICE** that United States Bankruptcy Court for the District of Delaware (the "Court") has scheduled a remote status conference (the "Status Conference") for **November 13, 2026 at 10:00 a.m. (ET) regarding (i) Emergency Motion of the Official Committee of Unsecured Creditors to Enforce this Court's (A) Final DIP Order and (B) Conditional Approval Order Filed by Committee of Unsecured Creditors [Docket No. 308] and (ii)** certain issues related to *Notice of Filing of Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidating of Pacifica of the Valley Corporation* [Docket No. 304].

**PLEASE TAKE FURTHER NOTICE** that this Status Conference will be conducted remotely via Zoom. Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements.

---

1 The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is: Pacifica of the Valley Corporation d/b/a Pacifica Hospital of the Valley (7312). The Debtor's mailing address is 9449 San Fernando Road, Sun Valley, CA 91352.

2 **Amended items appear in bold.**

**PLEASE TAKE FURTHER NOTICE** that registration is required by 4:00 p.m. (ET) the business day before the Status Conference unless otherwise noticed using the eCourt Apperances tool available on the Court's website.

Dated: November **13**, 2026
Wilmington, Delaware

Respectfully submitted,

*/s/ Andrew C. Ehrmann*

Christopher M. Samis (No. 4909)
Aaron H. Stulman (No. 5807)
Andrew C. Ehrmann (No. 7395)
**ICE MILLER LLP**
500 Delaware Avenue, Suite 220
Wilmington, Delaware 19801
Telephone: (302) 313-0600
Email: christopher.samis@icemiller.com
aaron.stulman@icemiller.com
andrew.ehrmann@icemiller.com

-and-

Andrew H. Sherman (admitted *pro hac vice*)
Boris I. Mankovetskiy (admitted *pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
Email: asherman@sillscummis.com
bmankovetskiy@sillscummis.com

*Counsel for the Official Committee of Unsecured Creditors*