**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>Pacifica of the Valley Corp.,[1]<br>Debtor. | Chapter 11<br>Case No. 26-11060 (TMH)<br>**Re: Docket No. 308**<br>**Hearing Date: November 17, 2026 at 10:30 a.m. (ET)**<br>**Objection Deadline: November 16, 2026 at 4:00 p.m. (ET)** |

**NOTICE OF HEARING REGARDING EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO ENFORCE THIS COURT'S (A) FINAL DIP ORDER AND (B) CONDITIONAL APPROVAL ORDER**

**PLEASE TAKE NOTICE** that, on November 12, 2026, the official committee of unsecured creditors (the "Committee"), appointed in the above-caption case filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Emergency Motion of the Official Committee of Unsecured Creditors to Enforce This Court's (A) Final DIP Order and (B) Conditional Approval Order* [Docket No. 308] (the "Emergency Motion"), **a copy of which you have been previously served with**.

**PLEASE TAKE FURTHER NOTICE** that, on November 13, 2026 at 10:00 a.m. (ET), the Court held a status conference (the "Status Conference") regarding, among other things, an oral motion to hear the Motion on shortened notice (the "Motion to Shorten"). At the Status Conference the Court granted the Motion to Shorten.

**PLEASE TAKE FURTHER NOTICE** that, any responses or objections to the Motion must be in writing, filed with the Clerk of Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 and served upon the undersigned counsel so as to be received by **November 16, 2026 at 4:00 p.m. (ET)** (the "Objection Deadline").

[1] The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is: Pacifica of the Valley Corporation d/b/a Pacifica Hospital of the Valley (7312). The Debtor's mailing address is 9449 San Fernando Road, Sun Valley, CA 91352.

**PLEASE TAKE FURTHER NOTICE** that, a hearing on the Motion will be held on **November 17, 2026 at 10:30 a.m. (ET)** before the Honorable Thomas M. Horan, United States Bankruptcy Judge, at the Court, 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: November 13, 2026
Wilmington, Delaware

Respectfully submitted,

*/s/ Andrew C. Ehrmann*
Christopher M. Samis (No. 4909)
Aaron H. Stulman (No. 5807)
Andrew C. Ehrmann (No. 7395)
**ICE MILLER LLP**
500 Delaware Avenue, Suite 220
Wilmington, Delaware 19801
Telephone: (302) 313-0600
Email: christopher.samis@icemiller.com
aaron.stulman@icemiller.com
andrew.ehrmann@icemiller.com

-and-

Andrew H. Sherman (admitted *pro hac vice*)
Boris I. Mankovetskiy (admitted *pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
Email: asherman@sillscummis.com
bmankovetskiy@sillscummis.com

*Counsel for the Official Committee of Unsecured Creditors*